**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br><br>        Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHRISTOPHER COPE,<br><br>        Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br><br>        Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br><br>        Defendants. | Civil Action No. 4:26-cv-00369-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br><br>    Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MARS TRIGGER, LLC, and PETER BRENNEN,<br><br>    Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>    Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br><br>    Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br><br>    Defendant. | Civil Action No. 4:26-cv-00521-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br><br>    Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>    Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>    Defendant. | Civil Action No. 2:26-cv-00058-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br><br>    Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**ATRIUS DEFENDANTS' OPPOSED MOTION  FOR A 14-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION-RELATED MOTIONS**

The Atrius Customer Defendants[1] in these cases seek a 14-day extension of time to respond to Plaintiffs' three preliminary injunction-related motions: the Consolidated Motion for Preliminary Injunction; the Consolidated Motion for Expedited Discovery; and the Motion to Seal (Plaintiffs' fourth motion, the Motion for Excess Pages, is unopposed). The Atrius Customer Defendants met and conferred with Plaintiffs, and Plaintiffs oppose this Motion.

The Atrius Customer Defendants have good cause for the extension. Defendants have a pending motion that, among other requests, asks the Court to hold a Status Conference to enter a schedule (discovery and briefing) on Plaintiffs' motions. The purpose of that relief is to provide Defendants with adequate process and time to respond to and defend against Plaintiffs' motions, which contain two expert declarations, over 70 exhibits, and cover multiple claims across four patents. Defendants request that the Court hold the preliminary injunction briefing in abeyance until the Court enters a discovery and briefing schedule after the Status Conference.

Plaintiffs responded to Defendants' Motion yesterday, June 17, 2026. Defendants understand that Plaintiffs are amenable to a Status Conference but disagree on the sequencing and timing of discovery and briefing. Defendants' request for a Status Conference remains pending.

In the interim, the deadline to respond to Plaintiffs' preliminary injunction-related motions is June 26, 2026.[2] Thus, the Atrius Defendants request a 14-day extension to provide the Court with additional time to address Defendants' request for a Status Conference and entry of a briefing and discovery schedule.

A Proposed Order is attached.

---

[1] Defendants Mister Guns, LLC, Thomas Carter II, Brandi Carter, Pistolcap Limited Company d/b/a Frisco Guns, Mordekhai Harroch, ProSource Firearms, LLC, and Superior Firearms of Texas, LLC are referred to herein as the "**Atrius Customer Defendants.**"

[2] The deadline, under the Local Rules, was initially June 12, 2026. The Court then granted an unopposed motion for a 14-day extension. Plaintiffs opposed any additional extension of time.

1

Dated: June 18, 2026

*/s/ Christian Hurt*

Robert Manley
Texas Bar No. 787955
Christian Hurt
Texas Bar No. 24059987
Edward K. Chin
Texas State Bar No. 50511688
Scott W. Hejny
Texas Bar No. 24038952
Brandon Merrill
Texas Bar No. 24144769
RManley@McKoolSmith.com
CHurt@McKoolSmith.com
EChin@McKoolSmith.com
SHejny@McKoolSmith.com
BMerrill@McKoolSmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Adam V. Floyd
Texas Bar No. 00790699
AFloyd@FloydIP.com

**Floyd IP**
3203 Bluffs Lane
Parker, Texas 75002
Tel: (512) 497-7500

Conor M. Civins
Texas Bar No. 24040693
Michael Chibib
Texas Bar No. 00793497
Christopher J. Mierzejewski
Texas Bar No. 2407270
Conor.Civins@Bracewell.com
Michael.Chibib@Bracewell.com
Chris.Mierzjewski@Bracewell.com

**Bracewell LLP**
111 Congress Ave., Suite 2300
Austin, TX 78701
Telephone: (512) 472-7800

1

2

**Counsel for Defendants Mister Guns, LLC,
Thomas Carter II, and Brandi Carter; PistolCap
Limited Company, d/b/a Frisco Guns, and
Mordekhai Harroch; Prosource Firearms, LLC;
and Superior Firearms of Texas, LLC**

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record

via the Court's ECF system on June 18, 2026.

/s/ *Christian Hurt*
Christian Hurt


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), counsel for Defendants telephonically conferred with counsel for Plaintiffs on June 18, 2026 regarding the relief requested in this motion. Plaintiffs oppose the relief requested in this Motion.

/s/ *Christian Hurt*
Christian Hurt