# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company,<br><br>and<br><br>RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, a Texas limited liability company,<br><br>and<br><br>MORDEKHAI HARROCH, an individual,<br><br>Defendants. | Case No. 2:26-cv-00053-ALM<br><br>Case No. 4:26-md-03176-ALM |

**DECLARATION OF MORDEKHAI HARROCH IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' CONSOLIDATED MOTION
FOR PRELIMINARY INJUNCTION**

**A.    INTRODUCTION AND BACKGROUND**

1. My name is Mordekhai Harroch, and I am at least 18 years of age.

2. I have personal knowledge of the facts stated in this declaration. I am also familiar with the business records of Frisco Guns and PistolCap Limited Company relevant to the matters addressed below.

3. I own PistolCap Limited Company ("PistolCap") and I separately own Frisco Guns. PistolCap and Frisco Guns are separate businesses.

4. PistolCap does not do business as Frisco Guns, and Frisco Guns is not a trade name, assumed name, or d/b/a of PistolCap. Frisco Guns is a sole proprietorship that I have owned and operated since 2020, located at 4233 E. Crescent Way, Frisco, TX 75034.

5. PistolCap has not operated a firearms-retail business. PistolCap did not purchase, possess, advertise, offer for sale, sell, ship, invoice, receive payment for, or otherwise participate in the sale of any Atrius Forced Reset Selector ("Atrius FRS"). PistolCap also did not maintain delivery of, or receive sales proceeds from, any Atrius FRS.

6. All firearms and Atrius FRS transactions conducted through Frisco Guns were conducted by me through Frisco Guns, not by PistolCap. I am responsible for the day-to-day management and operations of Frisco Guns, including decisions regarding product purchasing, inventory, product listings, and sales practices.

7. I am familiar with the business records of Frisco Guns and PistolCap concerning the Atrius FRS, including product purchasing, inventory, customer sales, invoices, payment records, and shipping records.

8. Frisco Guns has been in continuous operations since 2020 and has an established customer base, supplier relationships, and business reputation built over the past six years of diversified retail operations.

**B.    FRISCO GUNS IS A DIVERSIFIED FIREARMS AND ACCESSORIES RETAILER**

9. Frisco Guns is a diversified online firearms and accessories retailer. We sell a broad range of firearms, firearm accessories, ammunition, optics, and related products from numerous manufacturers.

10. Frisco Guns is not and has not been a designer or manufacturer of forced-reset products, the Atrius FRS, or firearms incorporating the Atrius FRS.

11. Frisco Guns' business model is, and has always been, that of a general firearms retailer serving a diverse customer base with a wide variety of products. Frisco Guns' business depends on maintaining customer confidence in its product judgment, compliance practices, and ability to supply a full range of products from established manufacturers and distributors. A public preliminary injunction directed to the Atrius FRS would adversely affect those interests beyond the immediate removal of the product from Frisco Guns' offerings.

**C.    THE ATRIUS FRS SALES CONDUCTED THROUGH FRISCO GUNS**

12. Frisco Guns is a reseller of the Atrius FRS, which is manufactured and supplied by Atrius Development Group Corporation, Inc. ("Atrius").

13. Frisco Guns did not design, develop, engineer, or manufacture the Atrius FRS.

14. Frisco Guns does not modify, customize, alter, assemble, or install the Atrius FRS into any customer's firearm.

15. Frisco Guns acquired every Atrius FRS that it offered for sale directly through Atrius or through commercial distributors or wholesalers that obtained them from Atrius.

2

16. Frisco Guns offered the Atrius FRS only as a standalone product. Frisco Guns did not sell the Atrius FRS pre-installed in a firearm, pre-packaged with a firearm, combined with a fire-control group, or bundled with a trigger assembly.

17. PistolCap did not participate in any of the conduct described in paragraphs 12 through 16.

**D.     EFFECT OF A PRELIMINARY INJUNCTION**

18. Because PistolCap did not purchase, possess, advertise, offer for sale, sell, ship, invoice, or receive payment for any Atrius FRS product, a preliminary injunction directed to PistolCap would not halt any ongoing PistolCap conduct involving the Atrius FRS.

19. From approximately December 2025 through present, Frisco Guns sold approximately 15 Atrius FRS units.

20. A public preliminary injunction against Frisco Guns would disrupt and harm its relationships with customers, suppliers, and prospective purchasers beyond the immediate removal of the Atrius FRS from sale. In the highly competitive firearms retail market, customer and supplier confidence depends materially on a retailer's reputation for responsible product selection and compliance practices. The effects of a preliminary injunction would not be limited to the immediate lost margin on the Atrius FRS.

21. A preliminary injunction would cause Frisco Guns to incur losses from lost sales opportunities, operational costs, inventory-related costs, and business disruption that may not be fully reflected by the immediate lost margin on the Atrius FRS.

**E.     PISTOLCAP AND FRISCO GUNS DID NOT RECEIVE PRE-SUIT NOTICE**

22. Before Plaintiffs filed or served this action, neither PistolCap nor Frisco Guns received a cease-and-desist letter or other direct communication from Plaintiffs or their counsel asserting that the Atrius FRS infringed any patent.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Dated: June 24, 2026

/s/

Mordekhai Harroch
Owner, Frisco Guns

4