# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, <br><br> and <br><br> RARE BREED TRIGGERS, INC., a Texas corporation, <br><br> *Plaintiffs,* <br><br> v. <br><br> PROSOURCE FIREARMS, LLC, a Texas limited liability company, <br><br><br> Defendant. | Case No. 2:26-cv-00055-ALM <br><br> Case No. 4:26-md-03176-ALM |

**DECLARATION OF ROLAND FELDMAN IN SUPPORT OF DEFENDANT PROSOURCE FIREARMS, LLC'S OPPOSITION TO PLAINTIFFS' CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION**

**A.    INTRODUCTION AND BACKGROUND**

1. My name is Roland Feldman, and I am at least 18 years of age.

2. I have personal knowledge of the facts stated in this declaration.

3. I am an owner and operator of ProSource Firearms, LLC ("ProSource"), located at 110 Main Street, Farmersville, TX 75442. ProSource is a Texas limited liability company.

4. I am an owner of ProSource, and I have been since 2020. I am responsible for its day-to-day management and operations, including decisions regarding product purchasing, inventory, product listings, and sales practices. I am familiar with ProSource's business records concerning inventory, product listings, sales, and customer inquiries relating to the Atrius Forced Reset Selector ("Atrius FRS").

5. ProSource has been in continuous operations since 2020 and has an established customer base, supplier relationships, and business reputation built over the past six years of diversified retail operations.

**B.    PROSOURCE IS A DIVERSIFIED FIREARMS AND ACCESSORIES RETAILER**

6.  ProSource is a diversified firearms and accessories retailer. We sell a broad range of firearms, firearm accessories, ammunition, optics, and related products from numerous manufacturers.

7.  ProSource has a retail location in Farmersville, TX, and operates an online retail store.

8.  ProSource is not and has not been a designer or manufacturer of forced-reset products, the Atrius FRS, or firearms incorporating the Atrius FRS.

9.  ProSource's business model is, and has always been, that of a general firearms retailer serving a diverse customer base with a wide variety of products. ProSource's business depends on maintaining customer confidence in its product judgment, compliance practices, and ability to supply a full range of products from established manufacturers and distributors. A public preliminary injunction directed to the Atrius FRS would adversely affect those interests even though ProSource has never completed a customer sale of the product.

**C.    PROSOURCE'S LIMITED INVOLVEMENT WITH THE ATRIUS FRS**

10.  In late 2025, ProSource acquired two Atrius FRS units from a commercial distributor that sourced them from Atrius to evaluate the product for possible addition to its retail offerings.

11.  ProSource did not design, develop, engineer, or manufacture either Atrius FRS unit that it acquired.

12.  ProSource did not modify, customize, alter, assemble, or install either Atrius FRS unit into any customer's firearm.

13.  The two Atrius FRS units ProSource acquired were standalone components. ProSource did not package either unit with a firearm, combine either unit with a fire-control group or trigger assembly, or sell either unit as part of a firearm or trigger package.

14.  ProSource has never completed or fulfilled a sale of an Atrius FRS to any customer.

**D.    CURRENT STATUS AND EFFECT OF A PRELIMINARY INJUNCTION ON PROSOURCE**

15.  As of the date of this Declaration, ProSource retains the two Atrius FRS units it acquired in late 2025.

16.  ProSource does not currently sell or fulfill customer orders for the Atrius FRS. ProSource has received customer inquiries or requests concerning the Atrius FRS but has not completed or fulfilled a sale of either unit to a customer.

17.  A preliminary injunction would impose public, operational, and reputational burdens on ProSource despite the lack of completed customer sales of the Atrius FRS. Those burdens

would include responding to customer and supplier questions and addressing the effect of a public injunction on ProSource's reputation for responsible product selection and compliance practices.

**E.     PROSOURCE DID NOT RECEIVE PRE-SUIT NOTICE**

18. Before Plaintiffs filed or served this action, ProSource did not receive a cease-and-desist letter or other direct communication from Plaintiffs or their counsel asserting that the Atrius FRS infringed any patent.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

3

Dated: June 24, 2026

/s/ _[signature]_ _____

Roland Feldman
Managing Member, ProSource Firearms

4