# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, <br><br> and <br><br> RARE BREED TRIGGERS, INC., a Texas corporation, <br><br>      *Plaintiffs,* <br><br> v. <br><br> MISTER GUNS, LLC, a Texas limited liability company, <br><br> THOMAS CARTER II, an individual, <br><br> and <br><br> BRANDI CARTER, an individual <br><br>      Defendants. | Case No. 2:26-cv-00056-ALM <br><br> Case No. 4:26-md-03176-ALM |

**DECLARATION OF THOMAS CARTER II IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' CONSOLIDATED
MOTION FOR PRELIMINARY INJUNCTION**

**A.    INTRODUCTION AND BACKGROUND**

1. My name is Thomas Carter II, and I am at least 18 years of age.

2. I have personal knowledge of the facts stated in this declaration.

3. I am the owner and operator of Mister Guns, LLC ("Mister Guns") located at 2540 E Plano Pkwy. #188, Plano, TX 75074. Mister Guns is a Texas limited liability company.

4. I am the owner of Mister Guns and have been since 2011. I am responsible for its day-to-day management, including decisions regarding product purchasing, inventory, product listings, and sales practices. I am familiar with Mister Guns' business records concerning the Atrius Forced Reset Selector ("Atrius FRS").

5. Mister Guns has been in continuous operations since 2011 and has an established customer base, supplier relationships, and business reputation built over the past fifteen years of diversified retail operations.

## B.     MISTER GUNS IS A DIVERSIFIED FIREARMS AND ACCESSORIES RETAILER

6. Mister Guns is a diversified firearms and accessories retailer. We sell a broad range of firearms, firearm accessories, ammunition, optics, and related products from numerous manufacturers.

7. Mister Guns has retail locations in Plano, Frisco, and Sherman, TX, and operates an online retail store.

8. Mister Guns is not and has not been a designer or manufacturer of forced-reset products, the Atrius FRS, or firearms incorporating the Atrius FRS.

9. Mister Guns' business model is, and has always been, that of a general firearms retailer serving a diverse customer base with a wide variety of products. Mister Guns' business depends on maintaining customer confidence in its product judgment, compliance practices, and ability to supply a full range of products from established manufacturers and distributors. An injunction directed to the Atrius FRS would adversely affect those interests beyond the immediate removal of the product from Mister Guns' offerings.

## C.     THE ATRIUS FRS – RESALE ONLY

10. Mister Guns is a reseller of the Atrius FRS, which is manufactured and supplied by Atrius Development Group Corporation, Inc. ("Atrius").

11. Mister Guns did not design, develop, engineer, or manufacture the Atrius FRS.

12. Mister Guns does not modify, customize, alter, assemble, or install the Atrius FRS into any customer's firearm.

13. Mister Guns acquired every Atrius FRS that it offered for sale through Atrius or through commercial distributors or wholesalers that obtained them from Atrius.

14. Mister Guns offered the Atrius FRS only as a standalone product. Mister Guns did not sell the Atrius FRS pre-installed in a firearm, pre-packaged with a firearm, combined with a fire-control group, or bundled with a trigger assembly.

## D.     IMPACT OF A PRELIMINARY INJUNCTION ON MISTER GUNS

15. Since this litigation began, Mister Guns has ceased stocking the Atrius FRS in its stores and has removed the product from its website. Over a two week period in January 2026, prior to being sued, Mister Guns sold approximately 17 Atrius FRS units. Mister Guns does not currently list, advertise, or offer the Atrius FRS for sale and has not done so since

January 2026. Mister Guns nevertheless frequently receives customer inquiries, requests, and attempted purchases regarding the Atrius FRS, resulting in lost sales opportunities.

16. A public preliminary injunction against Mister Guns would disrupt and harm its relationships with customers, suppliers, and prospective purchasers beyond the immediate removal of the Atrius FRS from sale. In the highly competitive firearms retail market, customer and supplier confidence depends materially on a retailer's reputation for responsible product selection and compliance practices. Since this litigation began, Mister Guns has received questions or concerns from customers, suppliers, or prospective purchasers regarding the lawsuit, and the Atrius FRS. Those effects would not be limited to the immediate lost margin on the Atrius FRS.

17. A preliminary injunction would cause Mister Guns to incur losses from lost sales opportunities, operational costs, inventory-related costs, and business disruption that may not be fully reflected by the immediate lost margin on the Atrius FRS.

## E.    MISTER GUNS DID NOT RECEIVE PRE-SUIT NOTICE

18. Before Plaintiffs filed or served this action, Mister Guns did not receive a cease-and-desist letter or other direct communication from Plaintiffs or their counsel asserting that the Atrius FRS infringed any patent.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

3

Dated: June 24, 2026

/s/ *[signature]*

Thomas Carter II
Owner, Mister Guns, LLC

4