# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, <br><br> and <br><br> RARE BREED TRIGGERS, INC., a Texas corporation, <br><br> *Plaintiffs,* <br><br> v. <br><br> SUPERIOR FIREARMS OF TEXAS, LLC, a Texas limited liability company, <br><br> Defendant. | Case No. 2:26-cv-00058-ALM <br><br> Case No. 4:26-md-03176-ALM |

**DECLARATION OF AUSTIN ROHR IN SUPPORT OF DEFENDANT SUPERIOR FIREARMS OF TEXAS, LLC'S OPPOSITION TO PLAINTIFFS' CONSOLIDATED MOTION FOR PRELIMINARY INJUNCTION**

**A.    INTRODUCTION AND BACKGROUND**

1. My name is Austin Rohr, and I am at least 18 years of age.

2. I have personal knowledge of the facts stated in this declaration.

3. I am the Chief Executive Officer and Owner of Superior Firearms of Texas, LLC ("Superior") located at 4572 S. Broadway Ave., Tyler, TX 75703. Superior is a Texas limited liability company.

4. I am the owner of Superior and have been since 2022. I am responsible for its day-to-day management and operations of Superior, including decisions regarding product purchasing, inventory, product listings, and sales practices. I am familiar with Superior's business records concerning the Atrius Forced Reset Selector ("Atrius FRS").

5. Superior has been in continuous operations since 2016 and has an established customer base, supplier relationships, and business reputation built over the past ten years of diversified retail operations.

## B. SUPERIOR IS A DIVERSIFIED FIREARMS AND ACCESSORIES RETAILER

6. Superior is a diversified firearms and accessories retailer. We sell a broad range of firearms, firearm accessories, ammunition, optics, and related products from numerous manufacturers. The Atrius FRS is one product line among a broader retail inventory.

7. Superior has retail locations in Longview, Terrell, and Tyler, TX, and operates an online retail store.

8. Superior is not and has not been a designer or manufacturer of forced-reset products, the Atrius FRS, or firearms incorporating the Atrius FRS.

9. Superior's business model is, and has always been, that of a general firearms retailer serving a diverse customer base with a wide variety of products. Superior's business depends on maintaining customer confidence in its product judgment, compliance practices, and ability to supply a full range of products from established manufacturers and distributors. A public preliminary injunction directed to the Atrius FRS would adversely affect those interests beyond the immediate removal of the product from Superior's offerings.

## C. THE ATRIUS FRS – RESALE ONLY

10. Superior is a reseller of the Atrius FRS, which is manufactured and supplied by Atrius Development Group Corporation, Inc. ("Atrius").

11. Superior did not design, develop, engineer, or manufacture the Atrius FRS.

12. I am unaware of Superior ever modifying, customizing, altering, assembling or installing the Atrius FRS, into any customer's firearm.

13. Superior acquired every Atrius FRS that it offered for sale through Atrius or through commercial distributors or wholesalers that obtained them from Atrius.

14. Superior offered the Atrius FRS only as a standalone product. Superior did not sell the Atrius FRS pre-installed in a firearm, pre-packaged with a firearm, combined with a fire-control group, or bundled with a trigger assembly.

## D. IMPACT OF A PRELIMINARY INJUNCTION ON SUPERIOR

15. A public preliminary injunction against Superior would disrupt and harm its relationships with customers, suppliers, and prospective purchasers beyond the immediate removal of the Atrius FRS from sale. In the highly competitive firearms retail market, customer and supplier confidence depends materially on a retailer's reputation for responsible product selection and compliance practices. Since this litigation began, Superior has received questions or concerns from customers, suppliers, or prospective purchasers regarding the lawsuit, and the Atrius FRS. Those effects would not be limited to the immediate lost margin on the Atrius FRS.

16. A preliminary injunction would cause Superior to incur losses from lost sales opportunities, operational costs, inventory-related costs, and business disruption that may not be fully reflected by the immediate lost margin on the Atrius FRS.

### E.    SUPERIOR DID NOT RECEIVE PRE-SUIT NOTICE

17. Before Plaintiffs filed or served this action, Superior did not receive a cease-and-desist letter or other direct communication from Plaintiffs or their counsel asserting that the Atrius FRS infringed any patent.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

3

Dated: June 24, 2026

/s/
Austin Rohr
CEO & Owner, Superior Firearms of Texas