# EXHIBIT G-1

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15Pre]: **15**. A firearm trigger mechanism comprising: | A standard AR-15 trigger in combination with U.S. Patent No. 7,398,723 ("Blakley '723") renders obvious "[a] firearm trigger mechanism." <br><br> For example, Blakley '723 pertains to a trigger mechanism for use in a semi-automatic firearm. <br><br> As such, the general purpose of the present invention, which will be described subsequently in greater detail, is to provide a new and improved trigger forward displacement system and method which has all the advantages of the prior art and none of the disadvantages. <br> To attain this, the present invention essentially comprises a semi-automatic firearm. The semi-automatic firearm has a forward end and a rearward end. The semi-automatic firearm is comprised of a receiver. The receiver has a safety selector <br><br> **Source**: Blakley '723 (Ex. J) at 1:56–64. <br><br> Specifically, it describes a forced reset trigger ("FRT") for use in an AR-15. <br><br> It is therefore an object of the present invention to provide a new and improved trigger forward displacement system and method which has all of the advantages of the prior art accelerating assemblies for semi-automatic firearms and none of the disadvantages. <br> The present invention also comprises a method for automatically actively and positively moving a trigger from a rearward firing position into a forward ready position during the loading cycle of a semi-automatic firearm. |

1

**DECLARATION OF RYAN COOK**

**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  **Source**: Blakley '723 at 3:46–50, 6:33-36, FIG. 5. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15a]: a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Blakley '723 discloses "a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier." <br><br> For example, as shown in FIG. 5, there is a hammer which has sear catch 52 and hook 54 for engaging a disconnector 38. The hammer is adapted to be (and depicted as) mounted in a fire control pocket of an AR-15 receiver 16. <br><br>  <br> FIG 5 |

3

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
|  | **Source**: Blakley '723 at FIG. 5. <br><br> When the bolt carrier 20 moves rearward, it strikes the face 56 of the hammer which then pivots about a pin 58 which necessarily means it pivots about a transverse (i.e., side-to-side) axis between set (FIG. 2) and released (FIG. 1) positions. <br><br> Provided next is a trigger mounting pin. The trigger mounting pin couples the disconnector and the trigger to the firearm receiver. In this manner the pivotal motion of the trigger and the disconnector is allowed about the trigger pin. <br><br> arm. The firearm is a typical semi-automatic firearm containing a reciprocating member which is used to load a round of live ammunition into the chamber, to position the components of the action to be ready to effect the discharge of the loaded round in response to a pull of the trigger by the operator, and to unload the spent cartridge from the chamber of the firearm after firing. The accelerating mechanism incorporates a plurality of parts designed to allow the reciprocating member of the firearm, said reciprocating member including a bolt, bolt carrier, slide or part of another name depending upon the firearm involved. |

4

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
|  |  |

**DECLARATION OF RYAN COOK**

**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  **Source**: Blakley '723 at 2:23–26, 8:1–11, FIGS. 1-2. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15b]: a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Blakley '723 discloses "a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions."<br><br>For example, Blakley '723 teaches a trigger member 22/90 with a sear 34. The trigger member is comprised of a trigger 22 and a trigger extender 90. Said trigger member 22/90 is adapted to be (and depicted as) mounted in a fire control pocket. The trigger member 22/90 pivots on a pin 46, and thus, pivots on a transverse axis between set (FIG. 2) and released (FIG. 1) positions.<br><br>A trigger 22 is provided. The trigger is fabricated of rigid material. The trigger has an outer finger portion 24 and an inner portion 26. The inner portion has a forward end and a rearward end. The finger portion has a generally forwardly displaced and downwardly projecting arcuate configuration. The rearward inner portion has a seat 28. The seat comprises a generally rectangularly configured rearward portion. The seat has two upwardly projecting side walls and a rear wall. The walls form an upwardly displaced groove 30. The groove has a first width. The inner portion of the trigger also has upwardly facing spring recess 32. The recesses are forward of the groove. The forwardmost end of the inner portion has a beveled sear portion 34. A mounting pin hole 36 is provided through the inner portion of the trigger. In this manner the trigger is allowed to rotate about the pin hole.<br><br>Provided next is a trigger mounting pin 46. The trigger mounting pin couples the disconnector and the trigger to the firearm receiver. In this manner the pivotal motion of the trigger and the disconnector is allowed about the trigger pin.<br><br>Last provided is a trigger extender 90. The trigger extender is in a generally rectilinear configuration. The trigger extender has a stepped upper surface 92 and a lower surface. The trigger extender has two parallel side surfaces and parallel front and rear surfaces. The lower surface has a first external side. The first external side has a side to side first width to be received by and mated with the upward trigger groove. The stepped upper surface is flattened and mated with the lower surface of lower portion of the cam. Mating with the cam is allowed in a rearward position and a disconnected with the cam in the forward position. |

**DECLARATION OF RYAN COOK**

**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

8

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |
| | **Source**: Blakley '723 at 5:13–27, 5:35–38, 6:22–33, FIGS. 1-2, 5. |

10

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15c]: wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Blakley '723 discloses "wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member." For example, Blakley '723 discloses that a trigger sear 34 engages a hammer sear 52 in a set position. As the trigger member 22/90 is pulled rearward, it pivots about trigger pin 46 until sear engagement is lost, at which point the hammer spring will rotate the hammer into the released position where the hammer face 56 strikes the firing pin. Next, a hammer is provided. The hammer has a pair of parallel side walls. A thickness is provided between the sidewalls. The hammer has a lower attachment portion and an upper striking portion. A hammer mounting pin aperture **50** is provided through the attachment portion from side to side. The lower portion has a trigger sear **52** catch. The trigger sear engages the trigger and the hammer. The upper portion has a The next step is providing a hammer having a pair of parallel side walls and a thickness there between, the hammer having a lower attachment portion and an upper striking portion with the attachment portion having a hammer mounting pin aperture there through from side to side, with the lower portion having a trigger sear catch to engage the trigger and the hammer, the upper portion having a rearwardly displaced disconnector hook receptacle and a forwardly disposed striking surface. |

**DECLARATION OF RYAN COOK**

**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| | <br>**Source**: Blakley '723 at 5:44–50, 7:4–12, FIG. 3A. |

12

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15d]: said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and | Blakley '723 discloses "said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis." <br><br> For example, Blakley '723 discloses a disconnector 38 having a hook 54 for engaging the hammer. The disconnector pivots on a trigger pin 36, and thus, transverse trigger member pivot axis. The disconnector 38 is adapted to be (and depicted as) mounted in the fire control pocket via the trigger pin 46. <br><br> |

13

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |
| | **Source**: Blakley '723 at FIGS. 1, 2, 5. |

15

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15e]: a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position, | Blakley '723 discloses "a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a second position, in said second position said cam lobe forces said trigger member towards said set position." <br><br> For example, Blakley '723 discloses a cam 66 which has a cam lobe 69 and is to be mounted in a fire control pocket, as seen in FIG. 5. The cam 66 pivots on a pin 74, and thus, is movably mounted, between a first position (FIG. 3A) in which it does not force a trigger reset and a second position (FIG. 2) in which it does. <br><br> The next step is providing a cam body subassembly comprising a cam body housing and a cam and a cam mounting pin, the cam body having a generally rectangular configuration with two side surfaces and a rear surface and a forward surface and a top surface and a bottom surface, the body having a forward portion and a rearward portion, the rearward portion having a side to side recess there through sized to accommodate the receiver of the firearm, the forward portion having a pair of forwardly projecting cam holders, with each cam holder having a cam holder pin aperture there through, the cam having a lower portion with a lower surface and an upper portion and a front portion and a rear portion, the lower portion having a generally rectilinear configuration and the upper portion having an upwardly projecting front and rear beveled configuration forming a point, the cam having a cam pin aperture there through to align with and mate with the cam holder pin apertures, the cam mounting pin sized to be received by and mated with the cam holder pin apertures, with the cam mounting pin allowing the pivotal rotation of the cam about the mounting pin. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| | After the trigger has been pulled and the hammer has fallen, impacting the firing pin and igniting a round of ammunition, the bolt is driven rearward by the firing action and in so moving will first pivot the hammer to the cocked rearward position whereupon it will engage the disconnector. As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the discon- |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| | <br>**Source**: Blakley '723 at 7:19-38, 10:34-46, FIGS. 2, 3A. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15f]: whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger | The Tommy Triggers FRT-15-3MD ("FRT-15-3MD") discloses "whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm." <br><br> For example, it is well-known to a POSITA and inherent in FRT-15-3MD that in semi-automatic mode, after a round is fired, the bolt carrier moves rearward, striking the hammer and causing it to pivot back and latch on the disconnector hook. As the bolt carrier continues rearward, it strikes the cam, which is rotated rearward, however, because the disconnector is engaged, the trigger cannot reset. As the bolt carrier reverses direction and moves forward, it again strikes the cam resetting it back to its original position. The bolt carrier moves into battery. The shooter must release the trigger to free the hammer from the disconnector, but before the hammer can fall, it resets itself when the hammer sear catch mates with the sear on the trigger. <br>**Source**: https://www.youtube.com/watch?v=Kj2S8gfTWew; https://www.youtube.com/watch?v=00mQ2mfjqfU (Demonstrating how a 3-position selector switch works in conjunction with an FRT); https://www.youtube.com/watch?v=PSvjkaUGJ3Q (Demonstrating the installation of a Tommy Trigger for use with a 3-position selector). <br><br> Combining Blakley '723 with FRT-15-3MD would have resulted in an FRT which, when operating in semi-auto mode, would have resulted in rearward movement of the bolt carrier, after firing a round, which would cause rearward pivoting of the hammer, followed by rearward pivoting of the cam from the first position to the second position. The cam lobe would force the trigger member towards the set position but prior to reaching the set position, the disconnector hook would catch the hammer hook. As the bolt carrier reversed direction and moved forward, it would strike the cam causing it to pivot back to the first position. At that time the shooter would need to manually release the trigger, thus freeing the hammer from the disconnector and allowing the hammer and trigger member to pivot back to their set positions so that the firearm could be fired again. |

20

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| member to fire the firearm, and | |

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| [15g]: whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm. | Blakley '723 and the FRT-15-3MD collectively disclose "whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm." <br><br> For example, in FRT mode, Blakley '723 teaches, that after the trigger is pulled (FIG. 1), the bolt carrier 20 moves rearward striking the face 56 of the hammer causing it to pivot rearward (FIG. 2). The disconnector catches the hammer for a tiny fraction of a second because it is not disabled. As bolt carrier 20 continues rearward it strikes the forward face of the cam 66 causing it to pivot from a first position (shown in FIG. 1) to a second position (shown in FIG. 2). As the cam 66 rotates, the cam lobe 69 pushes down on trigger extender 90 causing the trigger member 22/90 to reset. <br><br> On the rearward travel of the reciprocating member the mechanism resets the trigger to the forward, ready-to-fire position. The trigger reset may be against the rearward pressure on the trigger applied by the operator's finger. The trigger is positively held in the forward, ready-to-fire position until such time as the reciprocating member has reversed direction and has reached the nearly-fully-forward position where it is safe to allow discharge of the firearm. |

22

**DECLARATION OF RYAN COOK**

**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

23

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  |

**Source**: Blakley '723 at 8:12–19, FIGS. 1-2.

Once the bolt carrier 20 reverses directions and moves forward, it strikes the rearward surface of the cam 66 causing it to pivot back to its first position (FIG. 3A), at which time the user can pull the trigger.

> When the nearly-fully-forward, or nearly closed, position is reached, the accelerating mechanism disengages and allows the operator to again pull the trigger rearward. This cycle will be repeated the firearm to be discharged at a accelerated rate. The semi-automatic status of the firearm is retained as the firearm only discharges one round of ammunition for each pull of the trigger.

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| |  **Source**: Blakley '723 at 8:20–26, FIG. 3A.<br><br>Because the disconnector catches the hammer (albeit only for a small period of time) because it is not disabled, Blakley '723 does not disclose a "safety selector preventing said disconnector hook from catching said hammer hook."<br><br>As discussed above (*see supra* 15f), combining Blakley '723 with FRT-15-3MD would have resulted in an FRT which would also have a standard semi-automatic mode. In FRT mode, a narrow semi-circular portion of the FRT-15-3MD safety selector allows the tail portion of the trigger member to rotate, thus, allowing the trigger to be pulled. However, the narrow portion contacts the tail of the disconnector, which is sticking out of the housing, thus preventing the disconnector hook from engaging the hammer hook. Thus, combining the FRT of Blakley '723 with a three-position |

25

**DECLARATION OF RYAN COOK**
**EXHIBIT 1: INVALIDITY CHART FOR U.S. PATENT NO. 12,038,247**

| Claim | Invalidating Prior Art |
|---|---|
| | selector switch using the teachings of FRT-15-3MD, would have resulted in the disconnector being disabled in FRT mode, so that the hammer would not engage the disconnector when it is struck by the bolt carrier. Instead, the cam would serve the role of the disconnector holding the hammer back until the bolt carrier moved forward far enough to strike the cam again, thus, releasing the hammer. **Source**: https://www.youtube.com/watch?v=Kj2S8gfTWew; https://www.youtube.com/watch?v=00mQ2mfjqfU (Demonstrating how a 3-position selector switch works in conjunction with an FRT); https://www.youtube.com/watch?v=PSvjkaUGJ3Q (Demonstrating the installation of a Tommy Trigger for use with a 3-position selector). |

26