# EXHIBIT G-3

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| [1Pre]: In a forced rest trigger mechanism, an extended trigger member locking device, comprising: | U.S. Patent No. 7,398,723 ("Blakely '723") discloses "[i]n a forced rest [sic] trigger mechanism, an extended trigger member locking device, comprising."<br><br>For example, Blakely '723 discloses a forced reset trigger mechanism: a "trigger forward displacement system and method" that uses the firearm's reciprocating mechanism to automatically reset the trigger from its rearward, fire position to the forward, ready-to-fire position, and to hold it there until the action returns to its approximately closed, ready-to-fire position.<br><br>It is therefore an object of the present invention to provide a new and improved trigger forward displacement system and method which has all of the advantages of the prior art accelerating assemblies for semi-automatic firearms and none of the disadvantages.<br><br>The present invention also comprises a method for automatically actively and positively moving a trigger from a rearward firing position into a forward ready position during the loading cycle of a semi-automatic firearm. |

---

[1] This chart assumes a claim scope implied by Mr. Luettke's infringement allegations and does not constitute my opinion on the proper claim scope when the claims are given their plain and ordinary meaning. I only adopt Mr. Luettke's implied claim scope for the purposes of this chart and reserve the right to provide differing claim construction opinions at a later time. I maintain my opinion that the Atrius FRS does not contain a "locking member" comprising a "body portion" and an "upwardly extending deflectable portion." However, under Plaintiffs' application of the claim language, Blakely '723 anticipates each limitation of the Asserted Claims.

1

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | <br><br>**Source:** Blakley '723 (Ex. J) at 3:46-50, 6:33-36, FIGS. 1-3, 5.<br><br>Further, Blakely '723 discloses an extended trigger member locking device. The locking device comprises a cam body subassembly 62 and a safety selector 82 (collectively, the "selector-cam") together with a trigger extender 90 that extends from the trigger and is engaged by the cam to hold the trigger forward in the ready-to-fire position, thereby locking the trigger against rearward (pulling) movement. |

2

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | Also provided is a cam body subassembly. The cam body subassembly comprises a cam body housing, a cam, and a cam mounting pin. The cam body has a generally rectangular configuration. The cam body has two side surfaces, a rear surface, and a forward surface. The cam body further has a top surface and a bottom surface. The body has a forward portion and a rearward portion. A side to side recess is provided through the rearward portion. In this manner the receiver of the firearm is accommodated. The forward portion has a pair of forwardly projecting cam holders. Through each cam holder is a cam holder pin aperture. The cam has a lower portion. The lower portion has a lower surface. The cam has an upper portion, a front portion, and a rear portion. The lower portion has a generally rectilinear configuration. The upper portion has an upwardly projecting front and rear beveled configuration. In this manner a point is formed. A cam pin aperture is provided in the cam. The cam pin aperture aligns with and mates with the cam holder pin apertures. The cam mounting pin is sized to be received by and mated with the cam holder pin apertures. The cam mounting pin allows the pivotal rotation of the cam about the mounting pin. <br><br> Further provided is a safety selector. The safety selector has an outer portion and an inner portion. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place. <br><br> Last provided is a trigger extender. The trigger extender is in a generally rectilinear configuration. The trigger extender has a stepped upper surface and a lower surface. The trigger extender has two parallel side surfaces and parallel front and rear surfaces. The lower surface has a first external side. The first external side has a side to side first width to be received by and mated with the upward trigger groove. The stepped upper surface is flattened and mated with the lower surface of the lower portion of the cam. Mating with the cam is allowed in a rearward position and a disconnected with the cam in the forward position. |

3

**DECLARATION OF RYAN COOK**

**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | <br>**Source:** Blakley '723 at 2:49-3:20, FIG. 5. |
| [1a]: a locking member that is movable between a | Blakely '723 discloses "a locking member that is movable between a first position in which it locks a trigger member against pulling movement." |

4

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| first position in which it locks a trigger member against pulling movement and | For example, Blakely '723 discloses a cam body subassembly 62 which comprises a cam body housing 64, a cam 66, and a cam mounting pin 68.<br><br>Also provided is a cam body subassembly **62**. The cam body subassembly comprises a cam body housing **64**, a cam **66**, and a cam mounting pin **68**. The cam body has a generally<br><br>**Source:** Blakley '723 at 5:60-62.<br><br>Further, Blakely '723 discloses a safety selector 82 which is rotatable.<br><br>Further provided is a safety selector **82**. The safety selector has an outer portion **84** and an inner portion **86**. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces **88**. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place.<br><br>**Source:** Blakley '723 at 6:15-21.<br><br>The combination of the cam body subassembly 62 and the safety selector 82 (the "selector-cam") is a "locking member that is movable between a first position in which it locks a trigger member against pulling movement." In the first (locking) position, the selector-cam holds the trigger member forward in the ready-to-fire position and prevents the operator from pulling it: as Blakely '723 explains, "once reset, the operator's finger pressure is prevented from being able to move the trigger in the rearward direction toward the fire position until the firearm reciprocating mechanism has reached an approximately closed, ready to fire position," and the trigger is "positively held in the forward, ready-to-fire position" during that interval. This locking position is depicted in Figure 2.<br><br>The final step is automatically actively and positively moving the trigger of a semi-automatic firearm from the rearward fire position to the reset, unpulled and ready to fire position by the reciprocating function of the firearm mechanism, such that, once reset, the operator's finger pressure is prevented from being able to move the trigger in the rearward direction toward the fire position until the firearm reciprocating mechanism has reached an approximately closed, ready to fire position, with such means also preventing the binding or displacement of the reciprocating loading mechanism by a pressure placed on the trigger. |

5

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | On the rearward travel of the reciprocating member the mechanism resets the trigger to the forward, ready-to-fire position. The trigger reset may be against the rearward pressure on the trigger applied by the operator's finger. The trigger is positively held in the forward, ready-to-fire position until such time as the reciprocating member has reversed direction and has reached the nearly-fully-forward position where it is safe to allow discharge of the firearm. |
| | It is intended that the effect of the disclosed invention be able to be optionally selected or deselected by operating the selector-cam and by configuring the trigger extension to be able to move forward and rearward within/upon the rear of the trigger by means of a spring bias that competes with engagement surfaces machined into the selector-cam. Moving the trigger-extension forward or rearward would allow or prevent the cam from contacting the top/bearing surface of the trigger-extension by having the top/bearing surface of the trigger-extension crafted so that it has a lower and higher part, and such that when the lower part is beneath the cam the cam does not make contact with the top/bearing surface of the trigger-extension as the cam moves through its range of motion, thereby allowing or preventing the cam from resetting the trigger. |
| |  FIG 2 |

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | **Source:** Blakley '723 at 7:54-64, 8:12-19, 11:11-25, FIG. 2.<br><br>Further, Blakely '723 discloses the structural mechanism by which the selector-cam locks the trigger against pulling movement: the bottom surface of the cam "press[es] downward on the trigger-extension forcing the rear of the trigger down," which holds the trigger's forward engagement surface against the hammer's sear notch so that the operator cannot pull the trigger to release the hammer until the action cycles to its approximately closed position.<br><br>After the trigger has been pulled and the hammer has fallen, impacting the firing pin and igniting a round of ammunition, the bolt is driven rearward by the firing action and in so moving will first pivot the hammer to the cocked rearward position whereupon it will engage the disconnector. As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the disconnector ceases to engage the hammer. The hammer then continues to be held to the rear by the forward engagement surface of the trigger engaging the notch in the sear notch at the bottom of the hammer. The nature of the cam and its action is such that the trigger is held firmly down/forward potentially against the finger pressure of the operator, but the force of the operator's finger is not transmitted to the bolt as an upward displacing force. Such upward displacing force would bind<br><br>**Source:** Blakley '723 at 10:34-54. |
| [1b]: a second position where it does not restrict movement of the trigger member, | Blakely '723 discloses "a second position where it does not restrict movement of the trigger member."<br><br>For example, FIG. 1 shows the selector-cam (locking member) moved into a second position in which the trigger member is permitted to move rearward, such that the selector-cam does not restrict movement of the trigger member. Blakely '723 expressly discloses this second position: "When the nearly-fully-forward, or nearly closed, position is reached, the accelerating mechanism disengages and allows the operator to again pull the trigger rearward." |

7

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | When the nearly-fully-forward, or nearly closed, position is reached, the accelerating mechanism disengages and allows the operator to again pull the trigger rearward. This cycle will be repeated the firearm to be discharged at a accelerated rate. The semi-automatic status of the firearm is retained as the firearm only discharges one round of ammunition for each pull of the trigger. **Source:** Blakley '723 at 8:20-26, FIG. 1 (depicting the trigger member moved rearward). |
| [1c]: the locking member configured to be movably supported by a frame and | Blakely '723 discloses "the locking member configured to be movably supported by a frame." For example, the cam body subassembly 62 and safety selector 82 (collectively the "locking member") are movably supported by the receiver of the firearm (the "frame"). The cam body subassembly 62 includes a side-to-side recess 70 through its rearward portion that accommodates the receiver of the firearm; the cam 66 is mounted to the cam body by a cam mounting pin 68 that "allows the pivotal rotation of the cam about the mounting pin"; and the safety selector 82 "is mated with and received by the receiver safety aperture" so that it "is rotatable when in place." |

8

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
|  | Also provided is a cam body subassembly **62**. The cam body subassembly comprises a cam body housing **64**, a cam **66**, and a cam mounting pin **68**. The cam body has a generally rectangular configuration. The cam body has two side surfaces, a rear surface, and a forward surface. The cam body further has top surface and a bottom surface. The body has a forward portion and a rearward portion. A side to side recess **70** is provided through the rearward portion. In this manner the receiver of the firearm is accommodated. The forward portion has a pair of forwardly projecting cam holders **72**. Through each cam holder is a cam holding pin aperture **74**. The cam has a lower portion **76**. The lower portion has a lower surface. The cam has an upper portion **78**, a front portion, and a rear portion. The lower portion has a generally rectilinear configuration. The upper portion has an upwardly projecting front and rear beveled configuration. In this manner a point is formed. A cam pin aperture **80** is provided in the cam. The cam pin aperture aligns with and mates with the cam holder pin apertures. The cam mounting pin is sized to be received by and mated with the cam holder pin apertures. The cam mounting pin allows the pivotal rotation of the cam about the mounting pin.<br><br>Further provided is a safety selector **82**. The safety selector has an outer portion **84** and an inner portion **86**. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces **88**. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place. |

9

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | **Source:** Blakley '723 at 5:60-6:21, FIG. 5. |
| [1d]: including a generally upward extension portion | Blakely '723 discloses "including a generally upward extension portion configured to make actuating contact with a surface of a bolt carrier." |

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| configured to make actuating contact with a surface of a bolt carrier, | For example, the selector-cam (locking member) includes a cam 66 having an upper portion 78 with "an upwardly projecting front and rear beveled configuration" forming a point (a generally upward extension portion) that is configured to make actuating contact with a surface of the bolt carrier. Blakely '723 discloses that the firearm's reciprocating member "includ[es] a bolt, bolt carrier, slide or part of another name," and that as the bolt carrier travels it "contact[s] the cam," pivoting it.<br><br>surface. The cam has an upper portion **78**, a front portion, and a rear portion. The lower portion has a generally rectilinear configuration. The upper portion has an upwardly projecting front and rear beveled configuration. In this manner a point is formed. A cam pin aperture **80** is provided in the cam. The cam pin aperture aligns with and mates with the cam holder pin apertures. The cam mounting pin is sized to be received by and mated with the cam holder pin apertures. The cam mounting pin allows the pivotal rotation of the cam about the mounting pin.<br><br>arm. The firearm is a typical semi-automatic firearm containing a reciprocating member which is used to load a round of live ammunition into the chamber, to position the components of the action to be ready to effect the discharge of the loaded round in response to a pull of the trigger by the operator, and to unload the spent cartridge from the chamber of the firearm after firing. The accelerating mechanism incorporates a plurality of parts designed to allow the reciprocating member of the firearm, said reciprocating member including a bolt, bolt carrier, slide or part of another name depending upon the firearm involved.<br><br>position whereupon it will engage the disconnector. As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the discon- |

11

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | **Source:** Blakley '723 at 6:5-14, 8:1-10, 10:38-46, FIG. 2A. |
| [1e]: such actuating contact causing the locking member to move from the first position to the second position, | Blakely '723 discloses "such actuating contact causing the locking member to move from the first position to the second position."<br><br>For example, Figures 2A and 3A show how actuating contact between the bolt carrier and the cam 66 causes the selector-cam (locking member) to move from the first position to the second position. As the bolt carrier returns toward the in-battery position, it "contacts a now vertical surface of the cam rotating the cam forward," and Blakely '723 confirms that "[w]hen the nearly-fully-forward, or nearly closed, position is reached, the accelerating mechanism disengages and allows the operator to again pull the trigger rearward," i.e., the actuating contact moves the locking member out of the first (locking) position and into the second (non-restricting) position. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
|  | On the rearward travel of the reciprocating member the mechanism resets the trigger to the forward, ready-to-fire position. The trigger reset may be against the rearward pressure on the trigger applied by the operator's finger. The trigger is positively held in the forward, ready-to-fire position until such time as the reciprocating member has reversed direction and has reached the nearly-fully-forward position where it is safe to allow discharge of the firearm.<br><br>When the nearly-fully-forward, or nearly closed, position is reached, the accelerating mechanism disengages and allows the operator to again pull the trigger rearward. This cycle will be repeated the firearm to be discharged at a accelerated rate. The semi-automatic status of the firearm is retained as the firearm only discharges one round of ammunition for each pull of the trigger.<br><br>The present invention relates generally to firearms. Specifically, the present invention relates to methods and structural arrangements by which to accelerate the cyclic firing rate of a semi-automatic firearm. The method utilized by this invention is the resetting of the trigger to the forward ready-to-fire position by use of the reciprocating mechanism of the firearm. The mechanism moves the trigger from the fire, rearward, position into the ready-to-fire, forward, position. The trigger is held in the ready-to-fire position until the firearm has completed the discharge, extraction, reloading sequence. Once the sequence is complete and the bolt is in the nearly-fully-forward, or nearly closed position, and then mechanism disengages the trigger thereby allowing the operator to pull the trigger and repeat the sequence. As the trigger is actively moving forward and rearward for each shot fired, and as the shooter must in fact pull the trigger each time, the semi-automatic status of the firearm is preserved. |

13

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | the bolt and abnormally terminate the firing cycle. Ultimately the bolt reaches the mechanical limit of its rearward motion (limited by the buffer spring which is not illustrated) and the bolt begins moving forward by force of said spring. As the bolt nears the end of its forward movement the face of the trailing bottom surface of the bolt (which is lower with regard to the cam than the bottom surface of the forward portion of the bolt) contacts a now vertical surface of the cam rotating the cam forward 8 or more degrees (the impact may rotate the cam further than is mechanically imperative). After the forward rotation of the cam, if finger pressure is applied to the surface of the trigger that is engaged by the operator's finger, the resulting upward force of the trigger-extension against the |
| | flat surface of the cam currently at an angle to the trigger-extension will force the cam to finish rotating forward to it's original position. The applied finger pressure will then be permitted to fully pivot the trigger to the point that it releases the hammer and begin the firing sequence again. |
| | <br>FIG 2A |

14

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | <br>**Source:** Blakley '723 at 8:12-43, 10:55-11:5, FIGS. 2A, 3A. |
| [1f]: the locking member having a body portion that is movably supported and | Blakely '723 discloses "the locking member having a body portion that is movably supported."<br><br>For example, the selector-cam (locking member) comprises a safety selector 82 (body portion) whose inner portion 86 has a generally solid tubular configuration with a plurality of flat recessed surfaces 88, and which "is mated with and received by the receiver safety aperture" such that the safety selector 82 "is rotatable when in place" (movably supported).<br><br>Further provided is a safety selector **82**. The safety selector has an outer portion **84** and an inner portion **86**. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces **88**. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place. |

15

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | <br>**Source:** Blakley '723 at 6:15-21, FIG. 5. |
| [1g]: an upwardly extending deflectable portion | Blakely '723 discloses "an upwardly extending deflectable portion that is separately movable relative to the body portion between an extended position and a deflected position." |

16

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| that is separately movable relative to the body portion between an extended position and a deflected position. | For example, the cam 66 (the upwardly extending deflectable portion) is separately movable relative to the safety selector 82 (the body portion) between an extended position (shown in FIG. 3A) and a deflected position (shown in FIG. 2A). The cam 66 is mounted by the cam mounting pin 68, which "allows the pivotal rotation of the cam about the mounting pin" independently of the safety selector 82. As Blakely '723 describes, the cam rotates rearward "more than 45 degrees" (deflected position) so that the forward portion of the bolt "is allowed to pass over the cam freely", and is then rotated "forward 8 or more degrees" back toward its original (extended) position. |

Also provided is a cam body subassembly **62**. The cam body subassembly comprises a cam body housing **64**, a cam **66**, and a cam mounting pin **68**. The cam body has a generally rectangular configuration. The cam body has two side surfaces, a rear surface, and a forward surface. The cam body further has top surface and a bottom surface. The body has a forward portion and a rearward portion. A side to side recess **70** is provided through the rearward portion. In this manner

the receiver of the firearm is accommodated. The forward portion has a pair of forwardly projecting cam holders **72**. Through each cam holder is a cam holding pin aperture **74**. The cam has a lower portion **76**. The lower portion has a lower surface. The cam has an upper portion **78**, a front portion, and a rear portion. The lower portion has a generally rectilinear configuration. The upper portion has an upwardly projecting front and rear beveled configuration. In this manner a point is formed. A cam pin aperture **80** is provided in the cam. The cam pin aperture aligns with and mates with the cam holder pin apertures. The cam mounting pin is sized to be received by and mated with the cam holder pin apertures. The cam mounting pin allows the pivotal rotation of the cam about the mounting pin.

Further provided is a safety selector **82**. The safety selector has an outer portion **84** and an inner portion **86**. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces **88**. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place.

17

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | After the trigger has been pulled and the hammer has fallen, impacting the firing pin and igniting a round of ammunition, the bolt is driven rearward by the firing action and in so moving will first pivot the hammer to the cocked rearward position whereupon it will engage the disconnector. As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the disconnector ceases to engage the hammer. The hammer then continues to be held to the rear by the forward engagement surface of the trigger engaging the notch in the sear notch at the bottom of the hammer. The nature of the cam and its action is such that the trigger is held firmly down/forward potentially against the finger pressure of the operator, but the force of the operator's finger is not transmitted to the bolt as an upward displacing force. Such upward displacing force would bind the bolt and abnormally terminate the firing cycle. Ultimately the bolt reaches the mechanical limit of its rearward motion (limited by the buffer spring which is not illustrated) and the bolt begins moving forward by force of said spring. As the bolt nears the end of its forward movement the face of the trailing bottom surface of the bolt (which is lower with regard to the cam than the bottom surface of the forward portion of the bolt) contacts a now vertical surface of the cam rotating the cam forward 8 or more degrees (the impact may rotate the cam further than is mechanically imperative). After the forward rotation of the cam, if finger pressure is applied to the surface of the trigger that is engaged by the operator's finger, the resulting upward force of the trigger-extension against the<br><br>flat surface of the cam currently at an angle to the trigger-extension will force the cam to finish rotating forward to it's original position. The applied finger pressure will then be permitted to fully pivot the trigger to the point that it releases the hammer and begin the firing sequence again. |

18

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | <br>**Source:** Blakley '723 at 5:60-6:21, 10:38-11:5, FIGS. 2A, 3A. |

19

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| [3][2]: The device of claim **1**, wherein the locking member body portion pivots between the first and second positions. | Blakely '723 discloses "[t]he device of claim 1 wherein the locking member body portion pivots between the first and second positions." <br><br> *See supra*, Claim 1. <br><br> Blakely '723 further discloses that the locking member body portion (the safety selector 82) pivots between the first and second positions. The safety selector 82 "is mated with and received by the receiver safety aperture" so that it "is rotatable when in place," and Blakely '723 discloses that the effect of the selector-cam may be "optionally selected or deselected by operating the selector-cam," i.e., by rotating the safety selector between a position in which the selector-cam resets and holds (locks) the trigger and a position in which it does not. It is also well known to POSITAs in the field of firearms that a safety selector as described by Blakely '723 pivots between a "safe" position (first position) and a "fire" position (second position). <br><br> Further provided is a safety selector **82**. The safety selector has an outer portion **84** and an inner portion **86**. The outer portion comprises a downwardly displaced lever. The inner portion has a generally solid tubular configuration. The inner portion has a plurality of flat recessed surfaces **88**. The selector is mated with and received by the receiver safety aperture. In this manner the selector is rotatable when in place. |

---

[2] Plaintiffs are allegedly asserting claim 3 of the '784 Patent. However, I understand that neither Plaintiffs nor Mr. Luettke present any evidence of infringement of claim 3. To the extent Plaintiffs allege infringement of claim 3, claim 3 is anticipated by Blakely '723 and thus invalid.

**DECLARATION OF RYAN COOK**

**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | It is intended that the effect of the disclosed invention be able to be optionally selected or deselected by operating the selector-cam and by configuring the trigger extension to be able to move forward and rearward within/upon the rear of the trigger by means of a spring bias that competes with engagement surfaces machined into the selector-cam. Moving the trigger-extension forward or rearward would allow or prevent the cam from contacting the top/bearing surface of the trigger-extension by having the top/bearing surface of the trigger-extension crafted so that it has a lower and higher part, and such that when the lower part is beneath the cam the cam does not make contact with the top/bearing surface of the trigger-extension as the cam moves through its range of motion, thereby allowing or preventing the cam from resetting the trigger. <br><br> **Source:** Blakley '723 at 6:15-21, 11:10-25. |
| [4a]: The device of claim **1**, wherein the locking member deflectable portion pivots relative to the body portion. | Blakely '723 discloses "[t]he device of claim 1 wherein the locking member deflectable portion pivots relative to the body portion." <br><br> *See supra*, Claim 1. <br><br> For example, the cam 66 (locking member deflectable portion) pivots relative to the safety selector 82 (body portion) about its own cam mounting pin 68, independently from the safety selector. When contacted by the bolt carrier moving aft, the cam 66 pivots rearward "more than 45 degrees" relative to the body portion, and is later rotated "forward 8 or more degrees" relative to the body portion as the bolt carrier returns forward. <br><br> surface. The cam has an upper portion **78**, a front portion, and a rear portion. The lower portion has a generally rectilinear configuration. The upper portion has an upwardly projecting front and rear beveled configuration. In this manner a point is formed. A cam pin aperture **80** is provided in the cam. The cam pin aperture aligns with and mates with the cam holder pin apertures. The cam mounting pin is sized to be received by and mated with the cam holder pin apertures. The cam mounting pin allows the pivotal rotation of the cam about the mounting pin. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
|  | After the trigger has been pulled and the hammer has fallen, impacting the firing pin and igniting a round of ammunition, the bolt is driven rearward by the firing action and in so moving will first pivot the hammer to the cocked rearward position whereupon it will engage the disconnector. As the bolt continues its rearward progress, it will secondly contact the cam pivoting it rearward until such time as the bottom surface of the forward portion of the bolt is allowed to pass over the cam freely. In rotating to the rear (more than 45 degrees) the bottom surface of the cam has pressed downward on the trigger-extension forcing the rear of the trigger down thereby moving forward the surface of the trigger that the operator's finger engages. In resetting the trigger the disconnector ceases to engage the hammer. The hammer then continues to be held to the rear by the forward engagement surface of the trigger engaging the notch in the sear notch at the bottom of the hammer. The nature of the cam and its action is such that the trigger is held firmly down/forward potentially against the finger pressure of the operator, but the force of the operator's finger is not transmitted to the bolt as an upward displacing force. Such upward displacing force would bind the bolt and abnormally terminate the firing cycle. Ultimately the bolt reaches the mechanical limit of its rearward motion (limited by the buffer spring which is not illustrated) and the bolt begins moving forward by force of said spring. As the bolt nears the end of its forward movement the face of the trailing bottom surface of the bolt (which is lower with regard to the cam than the bottom surface of the forward portion of the bolt) contacts a now vertical surface of the cam rotating the cam forward 8 or more degrees (the impact may rotate the cam further than is mechanically imperative). After the forward rotation of the cam, if finger pressure is applied to the surface of the trigger that is engaged by the operator's finger, the resulting upward force of the trigger-extension against the |
|  | flat surface of the cam currently at an angle to the trigger-extension will force the cam to finish rotating forward to it's original position. The applied finger pressure will then be permitted to fully pivot the trigger to the point that it releases the hammer and begin the firing sequence again. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 3: INVALIDITY CHART FOR U.S. PATENT NO. 12,031,784**

| Claim | Invalidating Prior Art[1] |
|---|---|
| | **Source:** Blakley '723 at 6:5-14, 10:38-11:5, FIG. 2A. |