# EXHIBIT G-4

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| **[14Pre]**<br>A trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | To the extent that the preamble is held to be limiting, U.S. Patent No. 3,045,555 ("Stoner '555") in combination with U.S. Patent No. 10,514,223 ("Rounds '223") renders obvious "[a] trigger mechanism for a firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode."<br><br>Stoner '555 discloses a trigger mechanism with a three-position selector providing "safety, semi-automatic or automatic condition." The selector places the mechanism in multiple selectable operating modes.<br><br><br><br>**Source:** Stoner '555 at Fig. 1, 5:19–22.<br><br>Rounds '223 discloses a forced-reset trigger mechanism for semi-automatic AR-pattern firearms. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| | **FIG. 1** **Source:** Rounds '223 at Fig. 1, 2:38–41. Both references address increasing the rate of semi-automatic fire in AR-pattern firearms using the same receiver geometry and bolt-carrier interface; a POSITA would be motivated to combine and provide selectable standard-semi and forced-reset operation. |
| **[14a]** a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means; | Stoner '555 discloses "a hammer having a hammer sear catch and a hammer hook and adapted to pivot on a transverse hammer pivot axis between a set position and a released position, the hammer adapted to be pivoted rearward by rearward movement of a bolt means." For example, Stoner's hammer (62) has a sear abutment (64) (i.e., hammer sear catch) and an intermediate sear abutment (76) (i.e., hammer hook). The hammer pivots on pivot pin (82), which constitutes a transverse hammer pivot axis, between set and released positions. The hammer is pivoted rearward by the bolt carrier (42) during cycling. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
|  | <br>**Source:** Stoner '555 at Fig. 2, 2:48–72.<br><br>Rounds '223 also discloses a hammer (18) with a sear catch (46), pivoting on pin (40), and pushed rearward by a bolt carrier lower surface (102). |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
|  | **FIG. 3** **Source:** Rounds '223 at Fig. 3, 5:26–31. Stoner's "intermediate sear abutment 76" is the structure the '403 calls a "hammer hook"; Stoner's "sear abutment 64" is the structure the '403 calls a "hammer sear catch." Both serve to engage the disconnector/intermediate sear and the trigger sear, respectively, to hold the hammer during cycling. *See Cook Decl.* at 12.5.10. |
| **[14b]** a trigger member having a trigger member sear and adapted to move | Rounds '223 discloses "a trigger member having a trigger member sear and adapted to move between a set position and a released position, the trigger member being forced to the set position … and are out of engagement in the released position." Every part of this |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| between a set position and a released position, the trigger member being forced to the set position as a result of cycling action of the bolt means, such that the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released position of the hammer and the released position of the trigger member; | limitation is disclosed by Rounds '223 standing alone; the sear/sear-catch engagement clause is in any event conventional AR-pattern operation and is independently shown in Stoner '555.<br><br>Trigger member forced to set: Rounds' trigger member (26) has a sear (48) and moves between set and released positions. During cycling, the bolt carrier pushes the hammer rearward, and the hammer contacts the trigger member's contact surface (30), forcing the trigger member to pivot to its set position.<br><br><br>**Source:** Rounds '223 at Fig. 5, 5:31–37. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
|  | Sear engagement: Rounds' sear (48) engages sear catch (46) in the set position and disengages in the released position — conventional AR-pattern operation.<br><br>FIG. 3 |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| |

**FIG. 4**

**Source:** Rounds '223 at Figs. 3, 4; 4:25–27, 5:15–18. |
| **[14c]** wherein the trigger member sear and the hammer sear catch are in engagement in the set position of the hammer and the set position of the trigger member and are out of engagement in the released | This limitation repeats the sear/sear-catch engagement clause of element [14b]. The same prior-art support applies. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| position of the hammer and the released position of the trigger member, | |
| **[14d]**<br>a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis; and | Stoner '555 discloses "a disconnector having a disconnector hook for engaging the hammer hook and adapted to pivot on a transverse disconnector pivot axis."<br><br>For example, Stoner's intermediate sear (68) is a disconnector having a hook (74) that engages the hammer's intermediate sear abutment (76) (i.e., hammer hook). The intermediate sear is "pivotally mounted in said trigger" on pivot pin (52), constituting a transverse disconnector pivot axis within the fire control mechanism pocket.<br><br><br><br>**Source:** Stoner '555 at Fig. 5, 6:58–61, 2:53–62. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| **[14e]** a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means, | Rounds '223 discloses "a locking member adapted to be movably mounted, the locking member being movable between a first position at which the locking member mechanically blocks the trigger member from moving to the released position and a second position at which the locking member does not mechanically block the trigger member allowing the trigger member to be moved to the released position and adapted to be moved to the second position by forward movement of the bolt means." For example, Rounds' locking bar is movably mounted (pivoting on a locking/blocking member pin or screw in the housing). It is spring-biased into a first (blocking) position where its contact surface interacts with surface of the trigger member, preventing the trigger member from being pulled. When the bolt carrier reaches substantially in-battery, the bolt carrier's engagement surface contacts the locking member's contact surface, displacing the locking bar to a second (non-blocking) position, allowing the trigger to be actuated. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| | <br>**FIG. 3**<br><br>**FIG. 4**<br>**Source:** Rounds '223 at Figs. 3–4, 4:61–5:9. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| **[14f]**<br>wherein in the standard semi-automatic mode, rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again; and | Stoner '555 discloses the standard semi-automatic mode: "rearward movement of the bolt means causes rearward pivoting of the hammer such that the disconnector hook holds the hammer hook, at which time a user must manually reduce pressure on the trigger member to free the hammer from the disconnector to permit the hammer and the trigger member to pivot to the set positions so that the user can pull the trigger member to fire the firearm again."<br><br>For example, in Stoner's semi-automatic mode (second selector position), the bolt carrier (42) moves rearward and causes rearward pivoting of the hammer (62). During this pivoting, the intermediate sear hook (74) catches the hammer's intermediate sear abutment (76), holding the hammer. The user must release (reduce pressure on) the trigger (50) to allow the intermediate sear (68) to release the hammer, permitting the hammer and trigger to return to their set positions so the trigger can be pulled again.<br><br><br><br>**Source:** Stoner '555 at Fig. 5, 4:3–15. |

DECLARATION OF RYAN COOK
EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403

| Claim | Invalidating Prior Art |
|---|---|
| **[14g]** wherein in the forced reset semi-automatic mode, rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again. | Stoner '555 in combination with Rounds '223 renders obvious the forced-reset semi-automatic mode: "rearward movement of the bolt means causes the trigger member to be forced to the set position, and the disconnector hook is prevented from holding the hammer hook, and thereafter when the bolt means reaches a substantially in-battery position or an in-battery position the user can actuate the trigger member to fire the firearm again." <br><br> Stoner '555 (disconnector disabled): In Stoner's third selector position, the control cam (124) / deeper cam portion (136) "lock[s] the disconnect against movement" to "prevent engagement of the hook 74 of said intermediate sear upon the corresponding abutment 76 on the hammer 62." That is, the disconnector hook is prevented from holding the hammer hook. <br><br>  <br><br> **Source:** Stoner '555 at Figs. 7–8, 3:34–41. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim | Invalidating Prior Art |
|---|---|
| | Rounds '223 (trigger forced to set; re-fire at in-battery): The hammer forces the trigger member (26) to its set/reset position during cycling. The trigger "can immediately be pulled again" once the locking bar (62) is displaced at in-battery—without the user having to release the trigger. The force applied by the user's trigger finger "is incapable of overcoming the mechanical interference and force of the hammer." |

FIG. 4        FIG. 5

**Source:** Rounds '223 at Figs. 4–5, 6:1–12.

The combination produces the complete forced-reset mode: selector disables disconnector (Stoner); locking member cleared at in-battery permits trigger actuation (Rounds). The trigger member is forced to set by the hammer during cycling (Rounds), and the user can fire without first releasing.

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[15a]** The trigger mechanism of claim 14, further comprising a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode. | Stoner '555 discloses "a safety selector, movement of which selects between at least standard semi-automatic mode and forced reset semi-automatic mode." <br><br> For example, Stoner's three-position control member (120) with control cam (124) is rotatable to place the mechanism in one of three positions: safety, semi-automatic, or the third mode. By rotation of the control cam, the user selects between operating modes. In the combination, the second position provides standard semi-automatic mode and the third position provides forced-reset semi-automatic mode. <br><br> |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**



**Source:** Stoner '555 at Figs. 1, 7, 5:19–22.

In the combination, the three selector positions provide: (1) safe; (2) standard semi-automatic (disconnector active); (3) forced-reset semi-automatic (disconnector disabled by Stoner's third position).

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[17Pre]** A trigger mechanism for a semi-automatic firearm, comprising: | To the extent that the preamble is held to be limiting, either reference U.S. Patent No. 3,045,555 ("Stoner '555") or U.S. Patent No. 10,514,223 ("Rounds '223") renders obvious "[a] trigger mechanism for a semi-automatic firearm." **Source:** Stoner '555 at 5:19–22; Rounds '223 at 1:11–14. |
| **[17a]** a hammer comprising a hammer hook; | Stoner '555 discloses "a hammer comprising a hammer hook." For example, Stoner's hammer (62) has an intermediate sear abutment (76), which constitutes the claimed "hammer hook"—the structure that engages the disconnector. **Source:** Stoner '555 at Fig. 5, 4:3–15. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| [17b] a disconnector comprising a disconnector hook for holding the hammer hook; | Stoner '555 discloses "a disconnector comprising a disconnector hook for holding the hammer hook." |
| --- | --- |
| | For example, Stoner's intermediate sear (68) is a disconnector having a hook (74) that engages and holds the hammer's intermediate sear abutment (76) (hammer hook) during cycling in the semi-automatic mode.<br><br><br><br>**Source:** Stoner '555 at Fig. 5, 2:53–62, 6:58–61. |
| [17c] a trigger member, wherein the trigger member can be is [sic] forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | Rounds '223 discloses "a trigger member ... forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action."<br><br>For example, Rounds' trigger member (26) has a sear (48) and moves between set and released positions. During cycling, the bolt carrier pushes the hammer rearward, and the hammer contacts the trigger member's contact surface (30), forcing the trigger member to pivot to its set position. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**



**FIG. 5**

**Source:** Rounds '223 at Fig. 5, 5:31–37.

| | |
|---|---|
| **[17d]**<br>a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from | Rounds '223 discloses "a locking member configured to move between a block position and a non-block position" with the recited blocking/non-blocking behavior.<br><br>For example, Rounds' locking bar is movably mounted (pivoting on a locking/blocking member pin or screw in the housing). It is spring-biased into a first (blocking) position where its contact surface interacts with surface of the trigger member, preventing the trigger member from being pulled. When the bolt carrier reaches substantially in-battery, the bolt carrier's engagement surface contacts the locking member's contact surface, displacing the locking bar to a second (non-blocking) position, allowing the trigger to be actuated. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| the trigger set position to the trigger released position, wherein the locking member is moved into the block position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action, and wherein: | <br><br>FIG. 3<br><br>FIG. 4<br><br>**Source:** Rounds '223 at Figs. 3–4, 4:61–5:9. |
|---|---|

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| **[17e]**<br><br>in a standard semi-automatic mode, after cycling of the action and while the trigger member is in the trigger released position, the trigger mechanism is configured such that the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated, and | Stoner '555 discloses the standard semi-automatic mode where "the disconnector hook holds the hammer hook, at which point, rearward pressure on the trigger member must be reduced before the trigger member can be actuated."<br><br>For example, in Stoner's semi-automatic position, after cycling (bolt carrier drives hammer rearward) and while the trigger is held in the released position, the intermediate sear hook (74) holds the hammer's intermediate sear abutment (76). The user must reduce rearward pressure on (release) trigger (50) before the trigger mechanism resets and the trigger can be pulled again.<br><br><br><br>**Source:** Stoner '555 at Fig. 5, 4:3–15. |
| **[17f]**<br><br>in a forced reset semi-automatic mode, the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action | Stoner '555 in combination with Rounds '223 renders obvious the forced-reset mode: "the disconnector hook is prevented from holding the hammer hook, and the trigger member can be actuated when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position."<br><br>Stoner '555 (disconnector disabled): In Stoner's third selector position, the control cam (124) / deeper cam portion (136) "lock[s] the disconnect against movement" to "prevent engagement |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| reaches a substantially in-battery position or an in-battery position. | of the hook 74 of said intermediate sear upon the corresponding abutment 76 on the hammer 62." That is, the disconnector hook is prevented from holding the hammer hook.<br><br><br><br>**Source:** Stoner '555 at Figs. 7–8, 3:34–41.<br><br>Rounds '223 (trigger forced to set; re-fire at in-battery): The hammer forces the trigger member (26) to its set/reset position during cycling. The trigger "can immediately be pulled again" once the locking bar (62) is displaced at in-battery—without the user having to release the trigger. The force applied by the user's trigger finger "is incapable of overcoming the mechanical interference and force of the hammer." |
|---|---|

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**



**Source:** Rounds '223 at Figs. 4–5, 6:1–12.

The combination produces the complete forced-reset mode: selector disables disconnector (Stoner); locking member cleared at in-battery permits trigger actuation (Rounds). The trigger member is forced to set by the hammer during cycling (Rounds), and the user can fire without first releasing.

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[29a]**<br>The trigger mechanism of claim 17, comprising a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode. | Stoner '555 discloses "a safety selector ... selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode."<br><br>For example, Stoner's three-position control member (120) with control cam (124) is rotatable to place the mechanism in one of three positions: safety, semi-automatic, or the third mode. By rotation of the control cam, the user selects between operating modes. In the combination, the second position provides standard semi-automatic mode and the third position provides forced-reset semi-automatic mode.<br><br> |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**



**Source:** Stoner '555 at Figs. 1, 7, 5:19–22.

In the combination, the three selector positions provide: (1) safe; (2) standard semi-automatic (disconnector active—Stoner's semi-automatic mode); (3) forced-reset semi-automatic (disconnector disabled by selector cam—Stoner's third position, repurposed with Rounds' hammer-to-trigger-member forced reset instead of full-auto).

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[30a]**<br>The trigger mechanism of claim 17, comprising a safety selector that is separate from the locking member. | Stoner '555 in combination with Rounds '223 discloses "a safety selector that is separate from the locking member."<br><br>For example, in both references, the rotatable control member / safety selector is a rotary cam mounted on its own axis within the receiver. Rounds' locking bar (62) is a separate, distinct component that pivots on a pin (68) in the housing and is biased by its own biasing spring (70). These are physically separate structures on different pivots performing different functions.<br><br><br>**Source:** Stoner '555 at Fig. 2.          **Source:** Rounds '223 at Fig. 2. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[32Pre]**<br>A trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode, comprising: | Stoner '555 in combination with Rounds '223 renders obvious "[a] trigger mechanism for a semi-automatic firearm operable in at least a standard semi-automatic mode and a forced reset semi-automatic mode."<br><br>*See* [14Pre] above. The same combination produces a mechanism operable in both modes. |
| **[32a]**<br>a disconnector; | Stoner '555 discloses "a disconnector."<br><br>*See* [14d] above. |
| **[32b]**<br>a trigger member, wherein the trigger member is forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action of the semi-automatic firearm; and | Rounds '223 discloses "a trigger member ... forced into a trigger set position responsive to rearward motion of a cyclic semi-automatic action."<br><br>*See* [14b] above. |
| **[32c]**<br>a locking member configured to move between a block position and a non-block position, wherein the block position mechanically blocks the trigger member from moving from the trigger set position to a trigger released position, wherein the non-block position permits the trigger member to be moved from the trigger set position to the trigger released position, wherein the locking member is moved into the block | Rounds '223 discloses "a locking member configured to move between a block position and a non-block position" with the recited blocking/non-blocking, rearward-motion/forward-motion behavior.<br><br>*See* [14e] above. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| position during rearward motion of the cyclic semi-automatic action and moved into the non-block position during forward motion of the cyclic semi-automatic action; | |
| **[32d]**<br>a safety selector, wherein the safety selector is selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode; and wherein: | Stoner '555 discloses "a safety selector ... selectable between at least the standard semi-automatic mode and the forced reset semi-automatic mode."<br><br>*See* [15a] above. |
| **[32e]**<br>in the standard semi-automatic mode, rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated; and | Stoner '555 discloses that in standard semi-automatic mode "rearward pressure on the trigger member must be reduced to disengage a hammer from the disconnector before the trigger member can again be actuated."<br><br>*See* [14f] above. |
| **[32f]**<br>in the forced reset semi-automatic mode, the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position. | Stoner '555 in combination with Rounds '223 renders obvious the forced-reset mode: "the trigger member is forced to the trigger set position and can be actuated without reducing pressure on the trigger member to fire another round when the cyclic semi-automatic action reaches a substantially in-battery position or an in-battery position."<br><br>*See* [14g] above. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| | **6**<br><br>Force applied by the user's trigger finger against the trigger blade portion **28** is incapable of overcoming the mechanical interference and force of the hammer **18** against the contact surface **30** of the trigger member **26**. However, the trigger can immediately be pulled again—only by application of an external force—as soon as the locking bar **62** has been rotated against the spring **70** and out of blocking engagement with the trigger member **26**, as the bolt carrier assembly **52** approaches or reaches its in-battery position. This allows the highest possible standard rate of fire, without risk of hammer-follow, for the semiautomatic action of the firearm.<br><br>**Source:** Rounds '223 at 6:1–12. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| Claim Element | Invalidating Prior Art |
|---|---|
| **[38Pre]**<br>A forced reset trigger mechanism, comprising: | Stoner '555 in combination with Rounds '223 renders obvious "[a] forced reset trigger mechanism."<br><br>Rounds '223 is expressly a forced-reset trigger mechanism. Stoner '555 discloses a selectable trigger mechanism. The combination produces a forced-reset trigger mechanism with selectable modes.<br>**Source:** Rounds '223 at 2:38–44. |
| **[38a]**<br>a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | Stoner '555 discloses "a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis."<br><br>*See* [14a] above. |
| **[38b]**<br>a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Stoner '555 discloses "a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis."<br><br>*See* [14d] above. |
| **[38c]**<br>a trigger member; and | Both Stoner '555 and Rounds '223 disclose "a trigger member."<br><br>Stoner discloses trigger (50). Rounds discloses trigger member (26).<br>**Source:** Stoner '555 at 2:43–46; Rounds '223 at 3:67–4:2. |
| **[38d]**<br>a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | Stoner '555 in combination with Rounds '223 renders obvious "a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position."<br><br>*See* [15a] above. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| **[38e]**<br>wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | Stoner '555 discloses that in the standard semi-automatic position: "after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire."<br><br>*See* [14f] above. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

**CLAIM 39 (Independent — Selector-Only Family; Both Modes Recited)**
**Combination:** Stoner '555 in view of Rounds '223. Claim 39 requires a hammer/hook, disconnector/hook, trigger member, and selector, and recites both modes: in either position, cycling pivots the hammer past the disconnector hook; in standard mode, pressure must be reduced; in forced-reset mode, the trigger is forced to full reset against pressure and pressure need not be reduced.

| Claim Element | Invalidating Prior Art |
|---|---|
| **[39Pre]**<br>A forced reset trigger mechanism, comprising: | Stoner '555 in combination with Rounds '223 renders obvious "[a] forced reset trigger mechanism."<br><br>*See* [38Pre] above. |
| **[39a]**<br>a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | Stoner '555 discloses "a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis."<br><br>*See* [14a] above. |
| **[39b]**<br>a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Stoner '555 discloses "a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis."<br><br>*See* [14d] above. |
| **[39c]**<br>a trigger member; and | Both Stoner '555 and Rounds '223 disclose "a trigger member."<br><br>*See* [38c] above. |
| **[39d]**<br>a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | Stoner '555 in combination with Rounds '223 renders obvious "a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position."<br><br>*See* [15a] above. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| **[39e]** <br><br> wherein, when in either position, when the trigger member is pulled rearward, cycling of a firearm action rearwardly pivots the hammer to a position where the hammer hook is past the disconnector hook, | Stoner '555 discloses that in both the semi-automatic and the third position, when the trigger is pulled rearward, cycling causes "the hammer to pivot rearward to a position where the hammer hook is past the disconnector hook." <br><br> For example, in both modes of operation in Stoner, when the trigger member is pulled rearward (firing the weapon), the bolt carrier (42) drives the hammer (62) rearward during cycling, pivoting it to a position where the intermediate sear abutment (76) (hammer hook) passes the intermediate sear hook (74) (disconnector hook). This occurs regardless of the selector position—the bolt carrier always drives the hammer rearward after a round is fired. <br><br>  <br><br> **Source:** Stoner '555 at Fig. 7, 4:3–15 (semi-automatic), 4:42–47 (fully automatic). <br><br> In the combination having a disconnector, regardless of selector position, cycling drives the hammer rearward past the disconnector hook. |

**DECLARATION OF RYAN COOK**
**EXHIBIT 4: INVALIDITY CHART FOR U.S. PATENT NO. 12,636,403**

| | |
|---|---|
| **[39f]** wherein if the safety selector is in the standard semi-automatic position, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm, and | Stoner '555 discloses that in the standard semi-automatic position "rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm."<br><br>*See* [14f] above. |
| **[39g]** wherein, if the safety selector is in the forced reset semi-automatic position, the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to be reduced to actuate the trigger to fire the firearm. | Stoner '555 in combination with Rounds '223 renders obvious the forced-reset mode: "the trigger member is forced to move to a full reset position against rearward pressure on the trigger member and the rearward pressure on the trigger member does not need to be reduced to actuate the trigger to fire the firearm."<br><br>*See* [14g] above.<br><br>**6**<br><br>Force applied by the user's trigger finger against the trigger blade portion **28** is incapable of overcoming the mechanical interference and force of the hammer **18** against the contact surface **30** of the trigger member **26**. However, the trigger can immediately be pulled again—only by application of an external force—as soon as the locking bar **62** has been rotated against the spring **70** and out of blocking engagement with the trigger member **26**, as the bolt carrier assembly **52** approaches or reaches its in-battery position. This allows the highest possible standard rate of fire, without risk of hammer-follow, for the semiautomatic action of the firearm.<br><br>**Source:** Rounds '223 at 6:1–12. |