# EXHIBIT G-5

**EX. G-5: VIDEO DEMONSTRATING OPERATION OF
ATRIUS FORCED RESET SELECTOR**

A thumb drive including a copy of the cited video will be mailed to the Court by

Defendants' counsel at the following address:

Clerk's Office
United States District Court for the Eastern District of Texas, Sherman Division
Paul Brown United States Courthouse
101 East Pecan Street, Room 216
Sherman, TX 75090