# EXHIBIT H

**EX. H - @ATRIUSDEV INSTAGRAM POSTS**

