# EXHIBIT I

**EXHIBIT I**

**TIMELINE OF KEY EVENTS DEMONSTRATING PLAINTIFFS' DELAY IN SEEKING PRELIMINARY INJUNCTIVE RELIEF AGAINST ATRIUS CUSTOMER DEFENDANTS**

| No. | Date | Event Description |
|---|---|---|
| A | **May 16, 2025** | **Atrius releases forced-reset selector ("FRS").** |
| B | | RBT and the federal government settle ongoing litigations, lifting preliminary injunction against RBTs' sales. |
| C | June 6, 2025 | First lawsuits filed by RBT—all alleging infringement against the Super Safety design. No claims asserted against the Atrius FRS. (*See* Table 1.) |
| D | June 13, 2025 – January 7, 2026 | RBT files at least 13 additional lawsuits against manufacturers and resellers of non-Atrius products. (*See* Table 2.) |
| E | **January 7, 2026** | **First lawsuits alleging infringement against the Atrius FRS.** (*See* Table 3.) |
| F | | RBT files its first preliminary-injunction motion against Timothy Hoffman (designer of Super Safety). *Hoffman, et al.,* No. 1:25-cv-00389 (E.D. Tenn.). PI granted—currently on appeal. |
| G | January 16, 2026 | RBT files preliminary-injunction motion against Peak Tactical (manufacturer of Partisan Disruptor). *Peak Tactical, et al.,* No. 2:26-cv-00018 (D. Wyo.). PI denied—currently on appeal. |
| H | **January 22, 2026** | **First lawsuits filed against Atrius Customer Defendants ("ACDs").**<br><br>**Note:** No pre-suit cease-and-desist letters were sent to any ACD. (*See* Table 4.) |
| I | January 12 – May 28, 2026 | RBT continues litigation campaign—files at least 22 additional cases (plus the ACD cases) alleging infringement against Atrius FRS and other products, but does not seek any injunctive relief against the Atrius FRS. (*See* Table 5.) |
| J | **May 29, 2026** | **RBT files Consolidated Motion for Preliminary Injunction—first time RBT seeks injunctive relief against the Atrius FRS.**<br><br>Total delay from Atrius FRS product launch (May 16, 2025) to PI motion: over 1 year.<br><br>Total delay from filing complaints against ACDs (Jan. 22, 2026) to PI motion: over 4 months. |

1

## CASE TABLES

### Table 1 — First RBT Lawsuits (June 6, 2025) [Event C]

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| June 6, 2025 | *DNT, et al.* | No. 25-cv-00298 | D. Idaho | No. 4:26-cv-00377 (E.D. Tex.) |
| | *Hanes Tactical, et al.* | No. 3:25-cv-00201 | W.D. Tex. | No. 4:26-cv-00369 (E.D. Tex.) |
| | *Harrison Gunworks, et al.* | No. 4:25-cv-00299 | D. Idaho | No. 4:26-cv-00379 (E.D. Tex.) |

### Table 2 — 13 Lawsuits Filed Prior to First PI Motion (June 6, 2025 – January 7, 2026) [Event D]

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| June 6, 2025 | *DNT, et al.* | No. 25-cv-00298 | D. Idaho | No. 4:26-cv-00377 (E.D. Tex.) |
| | *Hanes Tactical, et al.* | No. 3:25-cv-00201 | W.D. Tex. | No. 4:26-cv-00369 (E.D. Tex.) |
| | *Harrison Gunworks, et al.* | No. 4:25-cv-00299 | D. Idaho | No. 4:26-cv-00379 (E.D. Tex.) |
| June 13, 2025 | *Dairyland Defense Solns, et al.* | No. 2:25-cv-00852 | E.D. Wis. | No. 4:26-cv-00374 (E.D. Tex.) |
| June 17, 2025 | *80 Mills, et al.* | No. 1:25-cv-01262 | N.D. Ohio | No. 4:26-cv-00380 (E.D. Tex.) |
| June 23, 2025 | *Z3 Productions* | No. 5:25-cv-00695 | W.D. Okla. | No. 4:26-cv-00367 (E.D. Tex.) |
| | *Kline* | No. 3:25-cv-00454 | S.D. Miss. | — |
| June 26, 2025 | *Nguyen, et al.* | No. 4:25-cv-02961 | S.D. Tex. | No. 4:26-cv-00425 (E.D. Tex.) |
| December 23, 2025 | *Hoffman, et al.* | No. 1:25-cv-00389 | E.D. Tenn. | No. 4:26-cv-00378 (E.D. Tex.) |
| | *Firearm Sys., et al.* | No. 2:25-cv-04938 | D. Ariz. | No. 4:26-cv-00695 (E.D. Tex.) |
| December 30, 2025 | *AS Designs, et al.* | No. 1:25-cv-01192 | M.D.N.C. | No. 4:26-cv-00370 (E.D. Tex.) |
| January 5, 2026 | *Cloak Indus., et al.* | No. 1:26-cv-00001 | D. Idaho | No. 4:26-cv-00608 (E.D. Tex.) |
| January 7, 2026 | *SGC, et al.* | No. 2:25-cv-00085 | D. Ariz. | No. 4:26-cv-00694 (E.D. Tex.) |

**Table 3 — First Atrius FRS Infringement Claims (January 7, 2026) [Event E]**

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| January 7, 2026 | *Hawkphin Sales, et al.* | No. 4:26-cv-00015 | S.D. Iowa | No. 4:26-cv-00707 (E.D. Tex.) |
| | *WebCorp, et al.* | No. 4:26-cv-00018 | E.D. Mo. | — |

**Table 4 — First ACD Lawsuits (January 22, 2026) [Event H]**

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| January 22, 2026 | *PistolCap, et al.* | No. 2:26-cv-00053 | E.D. Tex. | — |
| | *ProSource Firearms* | No. 2:26-cv-00055 | E.D. Tex. | — |
| | *Mister Guns, et al.* | No. 2:26-cv-00056 | E.D. Tex. | — |
| | *Superior Firearms of Texas* | No. 2:26-cv-00058 | E.D. Tex. | — |

**Table 5 — Continued Litigation Campaign (~22 Cases, January – May 2026) [Event I]**

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| January 12, 2026 | *MaRs Trigger, et al.* | No. 2:26-cv-00030 | E.D. Tex. | — |
| January 13, 2026 | *AR-TT, et al.* | No. 2:26-cv-00014 | E.D. Wash. | No. 4:26-cv-00693 (E.D. Tex.) |
| | *Cope* | No. 2:26-cv-00033 | E.D. Tex. | — |
| January 15, 2026 | *Peak Tactical, et al.* | No. 2:26-cv-00018 | D. Wyo. | No. 4:26-cv-00698 (E.D. Tex.) |
| January 22, 2026 | *PistolCap, et al.* | No. 2:26-cv-00053 | E.D. Tex. | — |
| | *ProSource Firearms* | No. 2:26-cv-00055 | E.D. Tex. | — |
| | *Mister Guns, et al.* | No. 2:26-cv-00056 | E.D. Tex. | — |
| | *Superior Firearms of Texas* | No. 2:26-cv-00058 | E.D. Tex. | — |
| | *Hush Distribution* | No. 2:25-cv-00054 | E.D. Tex. | — |
| January 29, 2026 | *Optics Planet* | No. 1:26-cv-01072 | N.D. Ill. | No. 4:26-cv-00521 (E.D. Tex.) |
| February 4, 2026 | *Orion Arms* | No. 4:26-cv-00032 | S.D. Ind. | — |
| | *HK Parts* | No. 2:26-cv-00090 | D. Utah | — |
| March 13, 2026 | *TRG Ventures, et al.* | No. 2:26-cv-00201 | E.D. Tex. | — |
| March 17, 2026 | *Canuck Tactical* | No. 2:26-cv-00576 | E.D. La. | No. 4:26-cv-00705 (E.D. Tex.) |
| May 27, 2026 | *TX Defense Supply, et al.* | No. 1:26-cv-01413 | W.D. Tex. | — |
| | *Trinity Trigger* | No. 1:26-cv-01414 | W.D. Tex. | — |

| Filing Date | Defendant | Case No. | Court | MDL Transfer |
|---|---|---|---|---|
| May 27, 2026 | *Cornfire Arsenal* | No. 3:26-cv-05045 | W.D. Mo. | — |
| | *Pembleton & Sons* | No. 4:26-cv-04216 | S.D. Tex. | — |
| | *Olde English Gun Shoppe* | No. 1:26-cv-00523 | S.D. Ohio | — |
| | *Lam Solns, et al.* | No. 4:26-cv-00049 | N.D. Ind. | — |
| | *Faulkner* | No. 1:26-cv-00126 | N.D. Fla. | — |
| May 28, 2026 | *Vance Outdoors, et al.* | No. 2:26-cv-00645 | S.D. Ohio | — |
| | *Sker Indus.* | No. 7:26-cv-04425 | S.D.N.Y. | — |
| | *Dogwood Armory, et al.* | No. 1:26-cv-00498 | M.D.N.C. | — |
| | *Guy, et al.* | No. 1:26-cv-00071 | M.D. Ga. | — |
| | *Redacted Arms* | No. 5:26-cv-03669 | E.D. Pa. | — |