# EXHIBIT K

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 26875 | 7590 | 05/22/2024 | |

WOOD, HERRON & EVANS, LLP
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202

| EXAMINER |
|---|
| TILLMAN, JR, REGINALD S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3641 | |

DATE MAILED: 05/22/2024

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/325,225 | 05/30/2023 | Brian A. Blakley | RARETRG 12US | 5749 |

TITLE OF INVENTION: FIREARM TRIGGER MECHANISM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 08/22/2024 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980.**
**It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 11/23)

PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26875          7590          05/22/2024
WOOD, HERRON & EVANS, LLP
600 VINE STREET
SUITE 2800
CINCINNATI, OH 45202

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

|  | (Typed or printed name) |
| --- | --- |
|  | (Signature) |
|  | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 18/325,225 | 05/30/2023 | Brian A. Blakley | RARETRG 12US | 5749 |

TITLE OF INVENTION: FIREARM TRIGGER MECHANISM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 08/22/2024 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
| --- | --- | --- |
| TILLMAN, JR, REGINALD S | 3641 | 042-069010 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:  ❏ Issue Fee  ❏ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system     ❏ Enclosed check     ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

PTOL-85 Part B (11/23) Approved for use through 03/31/2026     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/325,225 | 05/30/2023 | Brian A. Blakley | RARETRG 12US | 5749 |

| | | | EXAMINER |
|---|---|---|---|
| 26875    7590    05/22/2024 | | | TILLMAN, JR, REGINALD S |
| WOOD, HERRON & EVANS, LLP | | | |

| | ART UNIT | PAPER NUMBER |
|---|---|---|
| 600 VINE STREET | 3641 | |
| SUITE 2800 | | |
| CINCINNATI, OH 45202 | | |

DATE MAILED: 05/22/2024

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 11/23)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013). https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| *Notice of Allowability* | Application No. 18/325,225 | Applicant(s) Blakley, Brian A. | |
|---|---|---|---|
| | Examiner REGINALD S TILLMAN, JR | Art Unit 3641 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to Application Filing of 5-30-23.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-23 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All      b) ☐ Some*      c) ☐ None of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 8-31-23.

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/REGINALD S TILLMAN, JR/
Primary Examiner, Art Unit 3641

Application/Control Number: 18/325,225                                                    Page 2
Art Unit: 3641

**Notice of Pre-AIA or AIA Status**

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**Allowable Subject Matter**

2.      The following is an examiner's statement of reasons for allowance:

**In regards to independent claims 1, 4, 9, 14, and 20**, the closest prior art is to Blakley (US 7,398,723), provided by applicant.  Blakley (Fig 1) discloses a firearm trigger mechanism comprising: a hammer (56) having a sear catch (52) and a hook (54) for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, a trigger member (Fig 1) having a sear (34) and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, a disconnector (44) having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on said transverse trigger member pivot axis, a cam (66) having a cam lobe (71) and adapted to be mounted in the fire control mechanism pocket to pivot on a

transverse cam pivot axis, said cam being pivotable between a first position at which said cam lobe does not force said trigger member towards said set position and a second position at which said cam lobe does force said trigger member towards said set position.

Blakley does not show, however, a safety selector adapted to be mounted in the fire control mechanism pocket to pivot between safe, standard semi-automatic, and forced reset semi-automatic positions, whereupon in said standard semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer and pivoting of said cam from said first position to said second position such that said cam lobe forces said trigger member towards said set position but prior to reaching said set position said disconnector hook catches said hammer hook, and thereafter forward movement of the bolt carrier causes said cam to pivot to said first position, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and whereupon in said forced reset semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer and pivoting of said cam from said first position to said second position such that said cam lobe forces said trigger member to said set position, said safety selector preventing said disconnector hook from catching

said hammer hook, and thereafter forward movement of the bolt carrier causes said cam to pivot to said first position, at which time the user can pull said trigger member to fire the firearm without manually releasing said trigger member; and there is no teaching in the prior art that would have motivated one of ordinary skill in the art to modify Blakley in such a manner.

**In regards to independent claim 15**, the closest prior art is to Blakley (US 7,398,723), provided by applicant.  Blakley discloses a firearm trigger mechanism comprising :a hammer having a sear catch and a hook for engaging a disconnector and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, said disconnector having a hook for engaging said hammer and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, and a cam having a cam lobe and adapted to be movably mounted in the fire control mechanism pocket, said cam being movable between a first position and a

second position, in said second position said cam lobe forces said trigger member towards said set position.

Blakley does not show, however, a trigger mechanism whereupon in a standard semi-automatic mode, said cam is in said first position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and whereupon in a forced reset semi-automatic mode, said cam is in said second position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook is prevented from catching said hammer hook, and thereafter the bolt carrier moves forward into battery, at which time the user can pull said trigger member to fire the firearm; and there is no teaching in the prior art that would have motivated one of ordinary skill in the art to modify Blakley in such a manner.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably

Application/Control Number: 18/325,225                                          Page 6
Art Unit: 3641

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

3.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to REGINALD S TILLMAN, JR whose telephone number is

(571)270-7010. The examiner can normally be reached M-F 830-530.

        Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Troy Chambers can be reached on 571-272-6874. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number: 18/325,225                                                                      Page 7
Art Unit: 3641

/REGINALD S TILLMAN, JR/
Primary Examiner, Art Unit 3641

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 18325225 |
| Filing Date | | 2023-05-30 |
| First Named Inventor | Brian A. Blakley | |
| Art Unit | | N/A |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket  Number | | RARETRG 12US |

| | | | | U.S.PATENTS | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 7398723 | | 2008-07-15 | Blakley, Brian A. | |
| | 2 | 9568264 | | 2017-02-14 | Graves, Thomas Allen | |
| | 3 | 9816772 | | 2017-11-14 | Graves, Thomas Allen | |
| | 4 | 9939221 | | 2018-04-10 | Graves, Thomas Allen | |
| | 5 | 10514223 | | 2019-12-24 | Rounds, Jeffrey Cooper | |
| | 6 | 11346627 | | 2022-05-31 | DeMonico, Lawrence | |
| | 7 | 11724003 | | 2023-08-15 | Strbac, Mladen Thomas | |
| | 8 | 2765562 | | 1956-10-09 | ROPER et al. | |

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99)** | Application Number | 18325225 | | |
| | Filing Date | 2023-05-30 | | |
| | First Named Inventor | Brian A. Blakley | | |
| | Art Unit | N/A | | |
| | Examiner Name | Not Yet Assigned | | |
| | Attorney Docket Number | RARETRG 12US | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 3045555 | | 1962-07-24 | STONER EUGENE M | |
| 10 | 3292492 | | 1966-12-20 | STURTEVANT FOSTER E | |
| 11 | 3301133 | | 1967-01-31 | STURTEVANT FOSTER E | |
| 12 | 3670442 | | 1972-06-20 | Kennedy et al. | |
| 13 | 4023465 | | 1977-05-17 | Inskip, Thomas C. | |
| 14 | 4151670 | | 1979-05-01 | Rath, Hans M. | |
| 15 | 4057003 | | 1977-11-08 | Atchisson, Maxwell G. | |
| 16 | 4276808 | | 1981-07-07 | York, Norman N. | |
| 17 | 4433610 | | 1984-02-28 | Tatro, Henry J. | |
| 18 | 4463654 | | 1984-08-07 | Barnes et al. | |
| 19 | 4516466 | | 1985-05-14 | Jennie, Fred | |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 18325225 |
| Filing Date | | 2023-05-30 |
| First Named Inventor | | Brian A. Blakley |
| Art Unit | | N/A |
| Examiner Name | | Not Yet Assigned |
| Attorney Docket  Number | | RARETRG 12US |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 4580484 | | 1986-04-08 | Moore, Wildey J. | |
| 21 | 4656993 | | 1987-04-14 | Yuzawa et al. | |
| 22 | 4658702 | | 1987-04-21 | Tatro, Henry J. | |
| 23 | 4693170 | | 1987-09-15 | Atchisson, Maxwell G. | |
| 24 | 4697495 | | 1987-10-06 | Beretta, Pier G. | |
| 25 | 4787288 | | 1988-11-29 | Miller, Clifford E. | |
| 26 | 4937964 | | 1990-07-03 | Crandall, David L. | |
| 27 | 5149898 | | 1992-09-22 | Chesnut et al. | |
| 28 | 5183959 | | 1993-02-02 | McCoan et al. | |
| 29 | 5223649 | | 1993-06-29 | Claridge, Joseph M. | |
| 30 | 5339721 | | 1994-08-23 | Beretta, Pier G. | |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 18325225 |
|---|---|---|---|
| | | Filing Date | 2023-05-30 |
| | | First Named Inventor | Brian A. Blakley |
| | | Art Unit | N/A |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | RARETRG 12US |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | 5517897 | | 1996-05-21 | Perrine, Walter E. |
| | 32 | 5614691 | | 1997-03-25 | Taylor, James M. |
| | 33 | 5623114 | | 1997-04-22 | Soper, Terry A. |
| | 34 | 5682699 | | 1997-11-04 | Gentry, Roger |
| | 35 | 5701698 | | 1997-12-30 | Wesp et al. |
| | 36 | 5704153 | | 1998-01-06 | Kaminski et al. |
| | 37 | 5760328 | | 1998-06-02 | Robbins, Laurance E. |
| | 38 | 5770814 | | 1998-06-23 | Ealovega, George D. |
| | 39 | 6101918 | | 2000-08-15 | Akins, William |
| | 40 | 6360467 | | 2002-03-26 | Knight, William A. |
| | 41 | 6601331 | | 2003-08-05 | Salvitti, Alfred W. |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 18325225 |
| Filing Date | | 2023-05-30 |
| First Named Inventor | | Brian A. Blakley |
| Art Unit | | N/A |
| Examiner Name | | Not Yet Assigned |
| Attorney Docket  Number | | RARETRG 12US |

| | | | | | |
|---|---|---|---|---|---|
| | 42 | 6718680 | | 2004-04-13 | Roca et al. |
| | 43 | 6722072 | B1 | 2004-04-20 | McCormick, Michael L. |
| | 44 | 6851346 | | 2005-02-08 | Herring, Geoffrey A. |
| | 45 | 6889459 | | 2005-05-10 | Salvitti, Alfred W. |
| | 46 | 6976416 | | 2005-12-20 | Ealovega, George D. |
| | 47 | 7051638 | | 2006-05-30 | Thomele, Adrian |
| | 48 | 7162824 | B1 | 2007-01-16 | McCormick, Michael L. |
| | 49 | 7213359 | | 2007-05-08 | Beretta, Ugo Gussalli |
| | 50 | 7293385 | B2 | 2007-11-13 | McCormick, Michael L. |
| | 51 | 7337574 | | 2008-03-04 | Crandall et al. |
| | 52 | 7347021 | | 2008-03-25 | Jones, C. Barry |

| | | | | | |
|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 18325225 | |
| | | Filing Date | | 2023-05-30 | |
| | | First Named Inventor | | Brian A. Blakley | |
| | | Art Unit | | N/A | |
| | | Examiner Name | | Not Yet Assigned | |
| | | Attorney Docket  Number | | RARETRG 12US | |

| | | | | | |
|---|---|---|---|---|---|
| 53 | 7421937 | | 2008-09-09 | Gangl, John | |
| 54 | 7634959 | | 2009-12-22 | Frickey, Steven J. | |
| 55 | 7661220 | | 2010-02-16 | Crandall et al. | |
| 56 | 7806039 | | 2010-10-05 | Gomez, Jesus S | |
| 57 | 8037805 | | 2011-10-18 | Neroni, Randy A. | |
| 58 | 8112928 | | 2012-02-14 | Keough, Ronald William | |
| 59 | 8156854 | | 2012-04-17 | Brown, Michael J. | |
| 60 | 8127658 | | 2012-03-06 | Cottle, Jeremiah | |
| 61 | 8443537 | | 2013-05-21 | Curry, Brett | |
| 62 | 8464454 | | 2013-06-18 | Martin et al. | |
| 63 | 8490309 | | 2013-07-23 | Zukowski, Gary | |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 18325225 | |
| Filing Date | 2023-05-30 | |
| First Named Inventor | Brian A. Blakley | |
| Art Unit | N/A | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket  Number | RARETRG 12US | |

| | | | | | |
|---|---|---|---|---|---|
| | 64 | 8667881 | | 2014-03-11 | Hawbaker, Peter Jonathan |
| | 65 | 8695477 | | 2014-04-15 | Esch, Brian |
| | 66 | 8720096 | | 2014-05-13 | Siddle, Kevin |
| | 67 | 8820211 | | 2014-09-02 | Hawbaker, Peter Jonathan |
| | 68 | 8893607 | | 2014-11-25 | Audibert et al. |
| | 69 | 8925234 | | 2015-01-06 | Barrett, Christopher Gene |
| | 70 | 8985006 | | 2015-03-24 | Christensen et al. |
| | 71 | 9016187 | | 2015-04-28 | Findlay, David S. |
| | 72 | 9021732 | | 2015-05-05 | Johnson, Julian Eric |
| | 73 | 9021733 | | 2015-05-05 | DiChario, Anthony |
| | 74 | 9052150 | | 2015-06-09 | Talasco, Eric |

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 18325225 |
| Filing Date | | 2023-05-30 |
| First Named Inventor | | Brian A. Blakley |
| Art Unit | | N/A |
| Examiner Name | | Not Yet Assigned |
| Attorney Docket Number | | RARETRG 12US |

| | | | | |
|---|---|---|---|---|
| 75 | 9121661 | | 2015-09-01 | Calvete, Angel |
| 76 | 9146066 | | 2015-09-29 | Cason, Russell |
| 77 | 9146067 | B2 | 2015-09-29 | Stakes, Michael A. |
| 78 | 9182189 | | 2015-11-10 | Seigler, Stanley Hahn |
| 79 | 9228786 | | 2016-01-05 | Sullivan et al. |
| 80 | 9310150 | | 2016-04-12 | Geissele, William H. |
| 81 | 9347726 | | 2016-05-24 | Thomas, Phillip Brady |
| 82 | 9448023 | | 2016-09-20 | Sheets, Jr. et al. |
| 83 | 9476660 | | 2016-10-25 | Potter et al. |
| 84 | 9618288 | | 2017-04-11 | Wilson, John |
| 85 | 9618289 | | 2017-04-11 | Geissele, William H. |

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 18325225 | | |
| | Filing Date | 2023-05-30 | | |
| | First Named Inventor | Brian A. Blakley | | |
| | Art Unit | N/A | | |
| | Examiner Name | Not Yet Assigned | | |
| | Attorney Docket  Number | RARETRG 12US | | |

| | | | | | |
|---|---|---|---|---|---|
| | 86 | 9625231 | | 2017-04-18 | Hass, David N. |
| | 87 | 9631886 | | 2017-04-25 | Findlay, David S. |
| | 88 | 9651329 | | 2017-05-16 | Hittmann, Karl |
| | 89 | 9513076 | | 2016-12-06 | Kolev et al. |
| | 90 | 9658007 | | 2017-05-23 | Withey, Michael |
| | 91 | 9683800 | | 2017-06-20 | Sewell, Jr. et al. |
| | 92 | 9733031 | | 2017-08-15 | Sylvester et al. |
| | 93 | 9759504 | | 2017-09-12 | Geissele, William H. |
| | 94 | 9777980 | | 2017-10-03 | Heizer, Charles K. |
| | 95 | 9810493 | | 2017-11-07 | Fluhr et al. |
| | 96 | 9810496 | | 2017-11-07 | Kolev et al. |

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 18325225 |
| | | | Filing Date | 2023-05-30 |
| | | | First Named Inventor | Brian A. Blakley |
| | | | Art Unit | N/A |
| | | | Examiner Name | Not Yet Assigned |
| | | | Attorney Docket Number | RARETRG 12US |

| | | | | |
|---|---|---|---|---|
| 97 | 9829263 | | 2017-11-28 | Bonner, James Dillon |
| 98 | 9835398 | | 2017-12-05 | Biegel, Jack Richard |
| 99 | 9863730 | | 2018-01-09 | Elftmann, Arthur J. |
| 100 | 9869522 | | 2018-01-16 | Larson, Jr. et al. |
| 101 | 9874417 | | 2018-01-23 | Zajk et al. |
| 102 | 9927197 | | 2018-03-27 | Geissele, William H. |
| 103 | 10002500 | B2 | 2018-06-19 | Hall et al. |
| 104 | 10006734 | B1 | 2018-06-26 | Findlay, David S. |
| 105 | 10030924 | B1 | 2018-07-24 | Smith, Clinton Lee |
| 106 | 10077960 | B2 | 2018-09-18 | Geissele, William H. |
| 107 | 10107580 | B2 | 2018-10-23 | Fellows et al. |

EFS Web 2.1.18

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | | 18325225 | |
| | Filing Date | | 2023-05-30 | |
| | First Named Inventor | | Brian A. Blakley | |
| | Art Unit | | N/A | |
| | Examiner Name | | Not Yet Assigned | |
| | Attorney Docket Number | | RARETRG 12US | |

| | | | | | |
|---|---|---|---|---|---|
| | 108 | 10254067 | | 2019-04-09 | Foster, David |
| | 109 | 10267584 | B2 | 2019-04-23 | Kasanjian-King, Zackary |
| | 110 | 10330413 | B2 | 2019-06-25 | Williams et al. |
| | 111 | 10488136 | B2 | 2019-11-26 | Sullivan et al. |
| | 112 | 10502511 | | 2019-12-10 | Graves, Thomas Allen |
| | 113 | 10584932 | B2 | 2020-03-10 | Foster, David |
| | 114 | 11287205 | B2 | 2022-03-29 | Biegel, Jack Richard |
| | 115 | 11293715 | | 2022-04-05 | Newsome et al. |

If you wish to add additional U.S. Patent citation information please click the Add button.    **Add**

### U.S.PATENT APPLICATION PUBLICATIONS    **Remove**

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060048426 | A1 | 2006-03-09 | Crandall, David L. | |

EFS Web 2.1.18

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99** ) | | Application Number | | 18325225 | |
| | | Filing Date | | 2023-05-30 | |
| | | First Named Inventor | Brian A. Blakley | | |
| | | Art Unit | | N/A | |
| | | Examiner Name | Not Yet Assigned | | |
| | | Attorney Docket Number | | RARETRG 12US | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 20060101695 | A1 | 2006-05-18 | Longueira, Dino C. | |
| 3 | 20070051236 | A1 | 2007-03-08 | Groves et al. | |
| 4 | 20070199435 | A1 | 2007-08-30 | Hochstrate et al. | |
| 5 | 20090151213 | A1 | 2009-06-18 | Bell, Timothy L. | |
| 6 | 20090188145 | A1 | 2009-07-30 | Fluhr et al. | |
| 7 | 20110209607 | A1 | 2011-09-01 | St. George, Charles | |
| 8 | 20130118343 | A1 | 2013-05-16 | Hirt, Robert | |
| 9 | 20140311004 | A1 | 2014-10-23 | Barrett, Ronnie | |
| 10 | 20160010933 | A1 | 2016-01-14 | Bonner | |
| 11 | 20160102933 | A1 | 2016-04-14 | Graves | |
| 12 | 20160161202 | A1 | 2016-06-09 | LARUE, MARK C. | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 18325225 |
|---|---|
| Filing Date | 2023-05-30 |
| First Named Inventor | Brian A. Blakley |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket  Number | RARETRG 12US |

| | | | | |
|---|---|---|---|---|
| 13 | 20170176124 | A1 | 2017-06-22 | Wilson, John |
| 14 | 20170219307 | A1 | 2017-08-03 | Foster, David |
| 15 | 20170276447 | A1 | 2017-09-28 | Foster, David |
| 16 | 20170284761 | A1 | 2017-10-05 | Lewis et al. |
| 17 | 20170299309 | A1 | 2017-10-19 | Fellows et al. |
| 18 | 20170328663 | A1 | 2017-11-16 | Fellows et al. |
| 19 | 20180066911 | A1 | 2018-03-08 | Graves |
| 20 | 20180087860 | A1 | 2018-03-29 | Sullivan et al. |
| 21 | 20180112944 | A1 | 2018-04-26 | Underwood et al. |
| 22 | 20180195823 | A1 | 2018-07-12 | Schafer et al. |
| 23 | 20180202740 | A1 | 2018-07-19 | Elftmann, Jr., Arthur J. |

<table>
<tr><td rowspan="6"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>18325225</td></tr>
<tr><td>Filing Date</td><td>2023-05-30</td></tr>
<tr><td>First Named Inventor</td><td>Brian A. Blakley</td></tr>
<tr><td>Art Unit</td><td>N/A</td></tr>
<tr><td>Examiner Name</td><td>Not Yet Assigned</td></tr>
<tr><td>Attorney Docket Number</td><td>RARETRG 12US</td></tr>
</table>

| | 24 | 20180231342 | A1 | 2018-08-16 | Martinez, Michael | |
| | 25 | 20210222974 | A1 | 2021-07-22 | Graves, Thomas Allen | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add

**FOREIGN PATENT DOCUMENTS** | Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 4008351 | DE | A1 | 1991-09-19 | Fritz, Bernhard | | |
| | 2 | 1678458 | EP | B1 | 2012-02-08 | Ra Brands, L.l.c | | |
| | 3 | 2950033 | EP | B1 | 2016-11-23 | Merkel Jagd Und Sportwaffen GmbH | | |
| | 4 | 409847 | TW | U | 2000-10-21 | 205th Factory, Combined Service Forces | | ✕ |
| | 5 | 2016/028337 | WO | A1 | 2016-02-25 | Tubb, George | | ☐ |
| | 6 | 2018/058174 | WO | A1 | 2018-04-05 | Oceania Prec Pty Limited | | ☐ |
| | 7 | 582963 | DE | C | 1933-08-26 | Firma, Franz Stock | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 18325225 |
|---|---|---|
| | Filing Date | 2023-05-30 |
| | First Named Inventor | Brian A. Blakley |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | RARETRG 12US |

## NON-PATENT LITERATURE DOCUMENTS  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | Statutory Invention Registration No. H107, Inventor: Bauer, Published Aug. 5, 1986 (8 pages) | |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

\*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two–letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 18325225 |
|---|---|---|
| | Filing Date | 2023-05-30 |
| | First Named Inventor | Brian A. Blakley |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | RARETRG 12US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Wayne L. Jacobs/ | Date (YYYY-MM-DD) | 2023-08-31 |
|---|---|---|---|
| Name/Print | Wayne L. Jacobs | Registration Number | 35,553 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.18

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.