# EXHIBIT M

Doc Code: TR.PROV
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## Provisional Application for Patent Cover Sheet
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c)

### Inventor(s)

Inventor 1                                                                    [ Remove ]

| Given Name | Middle Name | Family Name | City | State | Country ¡ |
|---|---|---|---|---|---|
| Mladen | Thomas | Strbac | Cleveland | OH | US |

All Inventors Must Be Listed – Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.        [ Add ]

| **Title of Invention** | Improved Firearm Trigger Mechanism |
|---|---|
| Attorney Docket Number (if applicable) | MTS-101prv |

### Correspondence Address

Direct all correspondence to (select one):

( ● ) The address corresponding to Customer Number      ( ○ ) Firm or Individual Name

| Customer Number | 24036 |
|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

- ● No.

  Yes, the invention was made by an agency of the United States Government. The U.S. Government agency name is:

  Yes, the invention was under a contract with an agency of the United States Government. The name of the U.S. Government agency and Government contract number are:

EFS - Web 1.0.1

Doc Code: TR.PROV
Document Description: Provisional Cover Sheet (SB16)

PTO/SB/16 (11-08)
Approved for use through 05/31/2015. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

**Entity Status**
**Applicant asserts small entity status under 37 CFR 1.27 or applicant certifies micro entity status under 37 CFR 1.29**

○ Applicant asserts small entity status under 37 CFR 1.27

◉ Applicant certifies micro entity status under 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.

○ No

**Warning**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**Signature**

Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Howard M. Cohn/ | | | Date (YYYY-MM-DD) | 2022-01-10 |
|---|---|---|---|---|---|
| First Name | Howard M. | Last Name | Cohn | Registration Number (If appropriate) | 25808 |

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **This form can only be used when in conjunction with EFS-Web. If this form is mailed to the USPTO, it may cause delays in handling the provisional application.**

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or paten. Accordingly, pursuant to the requirements of the Act, please be advised that : (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, t o a n other federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Improved Firearm Trigger Mechanism
FRT-15-3MD

## BACKGROUND OF THE INVENTION

In a standard semi-automatic weapon once you load a bullet into the barrel via the bolt carrier and you actuate the trigger, it will release the hammer via the sear and the hammer will strike the loaded cartridge that will propel the bullet and the ammunitions propellant will force the bolt backwards ejecting the spent ammunition and force the hammer to the original state and load new ammunition.

Similar devices Us Pat.:
Jeffrey - Rounds, 9,568264 Thomas Graves
Patent # 10514223 (Wolf Tactical)

Field of Invention:

Firearm Trigger Mechanism

Trigger mechanism comes in a form of a cassette or cartridge that is placed into a firearm lower that is held with two pins in the lower receiver. The cartridge consists of a hammer, trigger, a disconnect, springs, safety bar, and a housing along with a 3-position safety to activate the trigger once placed into the receiver.

## Summary of Invention

Increasing the rate of fire in a controlled manner is the goal, particularly in the AR style platform, but not limited just to the AR. It can also be adapted to the very popular Ruger 10/22, AK-47.

For example, the rate of fire in a 9mm AR rifle can exceed 1,200 and per minute.

## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1: Cassette or cartridge housing

Figure 2: Set screw to hold back the safety spring

Figure 3: Guide pin for safety spring

Figure 4: Safety spring

Figure 5: Safety bar

Figure 6: Safety bar pin

Figure 7: Disconnect

Figure 8: Hammer

Figure 9: Trigger

Figure 10: Hammer spring

Figure 11: Trigger spring

Figure 12: Disconnect spring

Figure 13: Set of 4 set screws to lock cartridge into lower

Figure 15: 3-position safety

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In this mechanism you are forcing the trigger to reset via the bolt in the carrier moving backwards and forcing your trigger forward and resetting the trigger into firing mode. All forced reset triggers currently float in the receiver via two pins in the lower receiver. This leads into the elongation of the aluminum lower receiver housing therefore at a certain point of elongation the trigger mechanism becomes inoperative. The Frt-15-3MD is securely held tight via 4 set screws in the housing and locked against the lower receiver pins. The FRT-15-3MD also has an adjustable trigger stop. The FRT-15-3MD also has a disconnect as well as a safety bar therefore it does not allow for automatic fire or does not become a machine gun.

The FRT-15-3MD also has an adjustable trigger pull so that the shooter can easily adjust the pull weight of the trigger to his or her preference.
The FRT-15-3MD has a 3 position select fire safety which consists of safe mode (the trigger cannot fire ammunition) semi mode (or single shot mode) and the third position goes into the FRT mode (forced reset mode ) increased rate of fire.

The spring that operates the safety bar is at 60 and 30 degrees inclusive, with a guide pin inserted in the coils of the spring to ensure durability and correct angle for operating the safety bar fail safe.









