# EXHIBIT R

US009267751B2

## (12) United States Patent
### Ruiz

(10) Patent No.: **US 9,267,751 B2**
(45) Date of Patent: **Feb. 23, 2016**

(54) **TRIGGER MECHANISMS**

(71) Applicant: **TAC-CON DISTRIBUTION, LLC**, Tucson, AZ (US)

(72) Inventor: **Addison M. Ruiz**, Anthem, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/700,074**

(22) Filed: **Apr. 29, 2015**

(65) **Prior Publication Data**

US 2015/0233662 A1      Aug. 20, 2015

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 13/919,085, filed on Jun. 17, 2013, now Pat. No. 9,146,067.

(51) **Int. Cl.**
| | |
|---|---|
| *F41A 19/00* | (2006.01) |
| *F41A 19/10* | (2006.01) |
| *F41A 19/14* | (2006.01) |
| *F41A 19/12* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. *F41A 19/10* (2013.01); *F41A 19/12* (2013.01); *F41A 19/14* (2013.01)

(58) **Field of Classification Search**
USPC .......... 42/69.01, 69.03, 20; 89/144, 139, 147, 89/27.11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,004,496 | A | 1/1977 | Snodgrass et al. |
| 5,501,134 | A | 3/1996 | Milazzo et al. |
| 5,680,724 | A | 10/1997 | Peterken |
| 5,881,485 | A | 3/1999 | Milazzo |
| 6,131,324 | A | 10/2000 | Jewell |
| 6,615,527 | B1 | 9/2003 | Martin |
| 7,331,136 | B2 | 2/2008 | Geissele |
| 7,398,723 | B1 | 7/2008 | Blakley |
| 7,421,937 | B1 * | 9/2008 | Gangl ............................ 89/142 |
| 7,600,338 | B2 | 10/2009 | Geissele |
| 7,854,084 | B1 | 12/2010 | Rutherford |
| 8,047,119 | B2 | 11/2011 | Hochstrate et al. |
| 8,069,602 | B2 | 12/2011 | Geissele |
| 8,074,393 | B2 | 12/2011 | Geissele |
| 8,667,881 | B1 * | 3/2014 | Hawbaker ....................... 89/139 |
| 2003/0126781 | A1 | 7/2003 | Herring |
| 2003/0136041 | A1 | 7/2003 | Herring |
| 2006/0086031 | A1 | 4/2006 | Geissele |
| 2007/0051236 | A1 | 3/2007 | Groves et al. |
| 2009/0183414 | A1 | 7/2009 | Geissele |
| 2009/0188145 | A1 * | 7/2009 | Fluhr et al. ................... 42/69.01 |
| 2010/0281739 | A1 | 11/2010 | Geissele |
| 2011/0099871 | A1 | 5/2011 | Geissele |
| 2011/0167697 | A1 | 7/2011 | Geissele |
| 2011/0185615 | A1 * | 8/2011 | Gangl .......................... 42/69.01 |
| 2012/0180356 | A1 | 7/2012 | Bender |

* cited by examiner

*Primary Examiner* — J. Woodrow Eldred
(74) *Attorney, Agent, or Firm* — Michael W. Goltry; Robert A. Parsons; Parsons & Goltry

(57)      **ABSTRACT**

A trigger mechanism includes a trigger assembly having a trigger nose and a preparator. A hammer includes a striking end. The hammer pivots about a hammer pivot between a cocked position of the hammer and a firing position of the hammer. The trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage. The trigger nose is engaged to the hammer holding the hammer in the cocked position, in the charged stage. The trigger nose is released from the hammer, and the preparator is engaged to the hammer holding the hammer in the cocked position, in the partially discharged stage. The preparator is released from the hammer, in the fully discharged stage.

**17 Claims, 34 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent          Feb. 23, 2016          Sheet 3 of 34          US 9,267,751 B2



FIG. 2A



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

U.S. Patent    Feb. 23, 2016    Sheet 12 of 34    US 9,267,751 B2



FIG. 17



FIG. 12



FIG. 13



FIG. 14



FIG. 15

FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34

US 9,267,751 B2

## 1

### TRIGGER MECHANISMS

#### FIELD OF THE INVENTION

The present invention relates to trigger mechanisms.

#### BACKGROUND OF THE INVENTION

There are numerous trigger mechanisms capable of being locked in safe, semi-automatic, burst, and fully automatic operation. Different variations of rifles will allow some or all of the various modes of operation. Selector mechanisms have been developed for use with the trigger mechanisms to select between some or all of the various modes.

In firearms limited to safe and semi-automatic modes of operation, one of the drawbacks to the trigger mechanism occurs when the hammer is returned to the cocked position by the bolt carrier. After firing a round, the bolt carrier moves rearwardly, contacting the hammer and pivoting the hammer backwards into the cocked position. This action results in the sear hook at the striking end of the hammer directly striking the hammer-receiving surface of the disconnector and transferring energy to an operator's finger upon the trigger in the form of a sharp snap or forward movement of the trigger. After repeated firings of the weapon, this trigger snap can begin to cause bruising or other injury to the finger, making continued firing uncomfortable.

Another drawback to the trigger mechanism occurs after firing when the trigger nose resets into the trigger notch of the hammer to prevent forward motion of the hammer preparatory to firing by another trigger pull, where there is a substantial pause as the hammer travels rearwardly from the cocked position, to the past-cocked position, and then forwardly to the cocked position preparatory to firing by another trigger pull. This pause inherently limits the speed of repeated trigger pulls in the semi-automatic mode of operation, which, for many competitive shooters, is not satisfactory.

A further drawback to the trigger mechanism occurs during the pull of the trigger to initiate the firing of a round. In conventional trigger mechanisms, the pull of the trigger occurs in one, uncontrolled stroke. The trigger snap that inherently occurs during the trigger pull can compromise aim and lead to missed shots, especially when shooting at targets that at long distances downrange.

Accordingly, there is a need in the art for trigger mechanisms that limit trigger snap and that improves the trigger-to-hammer reset between trigger pulls in the semi-automatic mode of operation, and that provides a staged trigger pull for providing a controlled trigger pull for improving accuracy downrange.

#### SUMMARY OF THE INVENTION

According to the principle of the invention, a trigger mechanism includes a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook. A reset lever is mounted for pivotal movement between open and closed positions. The trigger disconnector assembly is mounted for pivotal movement between charged and discharged orientations, the charged orientation being a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation being a released position of the trigger nose and an engaged position of the disconnector hook. A hammer includes a striking end, a hammer disconnector notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked posi-

## 2

tion of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The trigger disconnector assembly is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the trigger disconnector assembly to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnector notch. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer.

According to the principle of the invention, a trigger mechanism includes a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook and a cam surface. A reset lever is mounted for pivotal movement between open and closed positions. The trigger disconnector assembly is mounted for pivotal movement between charged and discharged orientations, the charged orientation being a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation being a released position of the trigger nose and an engaged position of the disconnector hook. A hammer includes a striking end including a striking surface and an opposed hammer tail, a hammer disconnector notch, a pivot end pivotable about a hammer pivot between a forward position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the set position of the trigger nose and the cocked position of the hammer. The cam surface of the trigger disconnector assembly is in mechanical communication with the reset lever, the hammer tail of the striking end of the hammer strikes the reset lever in the past-cocked position the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnector notch. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer. The hammer tail of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the

US 9,267,751 B2

3

disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnector notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector lever, a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnector notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The disconnector lever of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector lever to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer. The striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the disconnector lever and the disconnector hook.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and

4

released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector hook, a cam surface, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnector notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The cam surface of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer. The striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

According to the principle of the invention, a trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger, the trigger nose for receiving the trigger notch in a cocked position of the hammer and a set position of the trigger body and for releasing the trigger nose when the trigger body is moved a travel distance from the set position to a fired position, a disconnector coupled between the hammer and the trigger body, and a selector movable between a first position and a second position for adjusting the travel distance of the trigger body. The selector has a first stop aligned with the tail of the trigger body in the first position, and a second stop aligned with the tail of the trigger body in the second position. The first stop is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and the second stop is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector. In the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the trigger body is arrested by the tail contacting the first stop. In the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is arrested by the tail contacting the second stop. The second distance is less than the first distance, wherein the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector.

According to the principle of the invention, a trigger mechanism includes a trigger assembly having a trigger nose and a preparator. A hammer includes a striking end. The

US 9,267,751 B2

5

hammer pivots about a hammer pivot between a cocked position of the hammer and a firing position of the hammer. The trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage. The trigger nose is engaged to the hammer holding the hammer in the cocked position, in the charged stage. The trigger nose is released from the hammer, and the preparator is engaged to the hammer holding the hammer in the cocked position, in the partially discharged stage. The preparator is released from the hammer, in the fully discharged stage. The preparator engages the hammer between the hammer pivot and the striking end, in the partially discharged stage. The trigger nose is engaged to a trigger notch in the hammer, in the charged stage. The trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

According to the principle of the invention, a trigger mechanism includes a trigger assembly having a trigger nose, a disconnector, and a preparator. A hammer includes a striking end. The hammer pivots about a hammer pivot between a firing position of the hammer and a cocked position of the hammer. The trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage. The trigger nose is engaged to the hammer holding the hammer in the cocked position, and the disconnector is in a disengaged position relative to the hammer, in the charged stage. The trigger nose is released from the hammer, the disconnector is in an engaged position relative to the hammer, and the preparator is engaged to the hammer holding the hammer in the cocked position, in the partially discharged stage. The disconnector is in the engaged position relative to the hammer, and the preparator is released from the hammer, in the fully discharged stage. The preparator engages the hammer between the hammer pivot and the striking end, in the partially discharged stage. The trigger nose is engaged to a trigger notch in the hammer, in the charged stage. The trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

According to the principle of the invention, a trigger mechanism includes a trigger assembly having a trigger nose and a preparator hook. A hammer includes a striking end and a hammer prep notch. The hammer pivots about a hammer pivot between a cocked position of the hammer and a firing position of the hammer. The trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage. The trigger nose is engaged to the hammer holding the hammer in the cocked position, in the charged stage. The trigger nose is released from the hammer, and the preparator hook is engaged to the hammer prep notch holding the hammer in the cocked position, in the partially discharged stage. The preparator hook is released from the hammer prep notch, in the fully discharged stage. The hammer prep notch is between the striking end and the hammer pivot. The trigger nose is engaged to a trigger notch in the hammer, in the charged stage. The trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

According to the principle of the invention, a trigger mechanism includes a trigger assembly having a trigger nose, a disconnector hook, and a preparator hook. A hammer includes a striking end, a hammer disconnector notch, and a hammer prep notch. The hammer pivots about a hammer pivot between a firing position of the hammer and a cocked position of the hammer. The trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage. The trigger nose is

6

engaged to the hammer holding the hammer in the cocked position, and the disconnector hook is in a disengaged position relative to the hammer disconnector notch, in the charged stage. The trigger nose is released from the hammer, the disconnector hook is in an engaged position relative to the hammer disconnector notch, and the preparator hook is engaged to the hammer prep notch holding the hammer in the cocked position, in the partially discharged stage. The preparator hook is released from the hammer prep notch, and the disconnector hook is in the engaged position relative to the hammer disconnector notch, in the fully discharged stage. The hammer disconnector notch is between the striking end and the hammer pivot. The hammer prep notch is between the hammer pivot and the hammer disconnector notch. The trigger nose is engaged to a trigger notch in the hammer, in the charged stage. The trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

BRIEF DESCRIPTION OF THE DRAWINGS

Referring to the drawings:

FIG. 1 is a perspective view of a trigger mechanism constructed and arranged in accordance with the principle of the invention, the trigger mechanism including a trigger body, a disconnector, a hammer, a reset lever, and a selector, and the trigger mechanism being shown as it would appear in a safe mode of operation;

FIG. 2 is a view similar to that of FIG. 1 with portions thereof being shown in phantom outline for illustrative purposes;

FIG. 2A is a bottom perspective view of the trigger body, the disconnector, and the hammer of the embodiment of FIG. 1;

FIG. 3 is a partially exploded perspective view of the trigger body, the disconnector, the hammer, and the reset lever of the trigger mechanism of FIG. 1;

FIG. 4 is a view of the trigger body, the disconnector, the hammer, the assisted reset lever, and the selector of the trigger mechanism of FIG. 1 in a semi-automatic mode of operation;

FIG. 5 is a view similar to that of FIG. 4 illustrating the trigger mechanism as it would appear in an assisted reset semi-automatic mode of operation;

FIGS. 6-9 show a sequence of operation of the trigger body, the disconnector, the hammer, the reset lever, and the selector of the trigger mechanism of FIG. 1 in a semi-automatic mode of operation;

FIGS. 10-14 show a sequence of operation of the trigger body, the disconnector, the hammer, the reset lever, and the selector of the trigger mechanism of FIG. 1 in an assisted-reset semi-automatic mode of operation;

FIG. 15 is a fragmented end elevation view of the trigger mechanism of FIG. 1 illustrating contact between a cam of the selector and the reset lever in the semi-automatic mode of operation of the trigger assembly;

FIG. 16 is a fragmented end elevation view of the trigger mechanism of FIG. 1 illustrating contact between a cam of the selector and the reset lever in the assisted-reset semi-automatic mode of operation of the trigger assembly;

FIG. 17 is a side elevation view of the trigger body, the selector, and the hammer of the embodiment of FIG. 4 illustrating the selector in the semi-automatic mode of operation, and illustrating the trigger body in a set position holding the hammer in a cocked position;

FIG. 18 is a view of the embodiment of FIG. 17 illustrating the trigger body as it would appear in a pulled or fired position

US 9,267,751 B2

7

and a tail of the trigger body shown as it would appear contacting a first stop of the selector;

FIG. 19 is a side elevation view of the trigger body, the selector, and the hammer of the embodiment of FIG. 5 illustrating the selector in the assisted reset semi-automatic mode of operation, and illustrating the trigger body in a set position holding the hammer in a cocked position;

FIG. 20 is a view of the embodiment of FIG. 19 illustrating the trigger body as it would appear in a pulled or fired position and a tail of the trigger body shown as it would appear contacting a second stop of the selector;

FIG. 21 is a perspective view of a trigger mechanism constructed and arranged in accordance with the principle of the invention, the trigger mechanism including a trigger body, a disconnector, a preparator, a hammer, a reset lever, and a selector, and the trigger mechanism being shown as it would appear in a safe mode of operation;

FIG. 22 is an exploded perspective view of the embodiment of FIG. 21;

FIG. 23 is a side elevation view of the embodiment of FIG. 21 show is it would be positioned in relation to a bolt carrier;

FIG. 24 is a view of the embodiment of FIG. 1 shown as it would be in a semi-automatic mode of operation;

FIG. 25 is a view of the embodiment of FIG. 1 shown as it would be in staged semi-automatic mode of operation; and

FIGS. 26-34 show a sequence of operation of trigger mechanism in the staged semi-automatic mode of operation in FIG. 25.

DETAILED DESCRIPTION

Known trigger mechanisms used with various semi-automatic firearms that fire a single round each time the trigger is pulled and that have select fire capabilities that permit selection between safe and semi-automatic modes of operation include a trigger assembly having a trigger, a hammer having a sear hook, a disconnector, and a sear assembly. Operation of such a mechanism is well known to those skilled in the art and will not be described in detail, other than to describe how, after firing, the hammer is pivoted rearwardly by the action of the bolt carrier. As the hammer is moved to a cocked position and beyond to a past-cocked position, from the cocked position the hammer disconnector notch clips past the disconnector hook of the disconnector and over-travels to the past-cocked position where the portion of the hammer having the sear hook strikes the disconnector which in turn imparts the energy from the striking hammer to a rear portion of the trigger assembly, causing the trigger to sharply move or snap forward to reset the trigger nose relative to the trigger notch formed in the pivot end of the hammer where the hammer is retained in the cocked position by the trigger nose preparatory to firing by another trigger pull. The over-travel of the hammer from the cocked position to the past-cocked position delays the trigger-to-hammer reset, which limits the speed of semi-automatic fire.

To overcome this problem, a trigger mechanism, generally designated 20, is provided. It will be understood that trigger mechanism 20 is intended to be employed with any of the various semi-automatic firearms that fire a single round each time the trigger is pulled and that have select fire capabilities. It will also be understood that trigger mechanism 20 is carried by a lower receiver of a firearm. A lower receiver is not shown, as they are well known in the art and trigger mechanism 20 is carried in a conventional manner. Trigger mechanism 20 can also be formed as a drop-in trigger mechanism, as is the case with after-market trigger mechanisms.

8

This particular trigger mechanism 20 allows selection between safe, semi-automatic, and assisted-reset semi-automatic modes of fire or operation. The assisted-reset semi-automatic mode of operation is a form of a semi-automatic mode of operation. Looking in relevant part to FIGS. 1-5, trigger mechanism 20 includes a trigger assembly 21 having a trigger body 23 with a trigger nose 24 at a head 24A of trigger body 23, a notch 25 at a tail 25A, and a trough 26 formed therein extending from tail 25A of trigger body 23 across a pivot 28 to just short of trigger nose 24 at head 24A. Trigger nose 24 is a part of head 24A of trigger body 23, and notch 25 is a part of tail 25A of trigger body 23. A trigger 27 extends from trigger body 23 generally at pivot 28. A disconnector 30 is positioned within trough 26 and is pivotally coupled to trigger assembly 21 at pivot 28. Disconnector 30 is a semi-automatic disconnector and is coupled between hammer 40 and trigger body 23. Disconnector 30 includes a rearwardly extending disconnector lever 32, and an upwardly extending disconnector hook 33. Disconnector lever 32 is positioned within trough 26 and includes a cam surface 35. Disconnector 30 pivots about a pivot or pivot point 38 denoted in FIG. 3, concurrent with pivot 28 of trigger assembly 22 as is known in the art. In this trigger mechanism 20, trigger body 23 and disconnector 30 concurrently pivot about pivot 28 and pivot point 38. Trigger assembly 21 has the customary and well-known trigger spring that acts on trigger body 23 so as to keep constant tension on trigger body 23 and thus trigger 27, the details of which are well-known to the skilled person. According to this disclosure, trigger body 23 and its various components and disconnector 30 and its various components cooperate to form a trigger disconnector assembly, which is denoted generally at 39.

Trigger mechanism 20 also includes a hammer 40 coupled for pivotal movement at a hammer pivot 42 defined at a pivot end 43 of hammer 40 from a forward or firing position rearwardly to a cocked position and beyond to a past-cocked position as the rearward most position. Trigger assembly 21 has the customary and well-known hammer spring 48 that acts on hammer 40 so as to keep constant tension on hammer 40, the details of which are well-known to the skilled person. Hammer 40 further includes a striking surface 44 formed in a striking end 45. Striking end 45 opposes pivot end 43, and has a hammer tail 46 opposite to striking surface 44. A trigger notch 49 is formed in pivot end 43. Trigger nose 24 is received in trigger notch 49, holding hammer 40 in the cocked position prior to firing. In this trigger mechanism 20, trigger notch 49 is formed perpendicular to the axis of rotation, directly in line with the center of pivot point 42.

Trigger mechanism 20 further includes an assisted-reset lever 50. Assisted-reset or reset lever 50 is positioned within trough 26 proximate to notch 25 of tail 25A and rearwardly of, or otherwise behind, disconnector lever 32 of disconnector 30 between selector 70 and disconnector lever 32 of disconnector 30 of disconnector assembly 39. Reset lever 50 includes two arms 52 and 53 connected at an angle at an intermediate portion, mid-section, or middle 54 of reset lever 50. Arms 52 and 53 are lever arms and are angularly offset relative to one another like a boomerang. In this reset lever 50, the angle between arms 52 and 53 is approximately 110 degrees, meaning 110 degrees+/−1-6 degrees variation as may be desired. Reset lever 50 is pivotally coupled to trigger body 23 of trigger assembly 21 at a pivot 56. Arm 52 is a rearwardly extending arm that extends rearwardly through trough 26 from pivot 56 at tail 25A of trigger body 23. Arm 53 is an upwardly extending arm that extends upwardly from pivot 56 and trough 26 at tail 25A of trigger body 23. Reset lever 50 pivots or pivotally moves at pivot 56 in the directions of

US 9,267,751 B2

9          10

double arrowed line A in FIGS. **1** and **2** between what is considered an inoperative position as shown in FIGS. **1**, **2**, **4**, and **6-9**, and what is considered an operative position as shown in FIGS. **3**, **5**, and **10-14** relative to the trigger disconnector assembly **39** and, more specifically, relative to cam surface **35** of disconnector **30** of trigger disconnector assembly **39**.

In the inoperative position of reset lever **50**, arm **53** is in an inoperative position, which is an aft or rearward upright position toward selector **70** and away from trigger disconnector assembly **39**. In a further and more specific aspect, in the inoperative position of reset lever **50**, arm **53** is in an inoperative position, which is an aft or rearward upright position toward selector **70** and away from cam surface **35** of disconnector **30** of trigger disconnector assembly **39**. In the inoperative position of reset lever **50**, arm **53** is de-united from or otherwise not in contact with cam surface **35** and is held there by selector **70**. In the operative position of reset lever **50**, arm **53** is in an operative position, which is a fore or forward upright position away from selector **70** and toward and in contact against disconnector assembly **39**. In a further and more specific aspect, in the operative position of reset lever **50**, arm **53** is in an operative position, which is a fore or forward upright position away from selector **70** and toward and in contact against cam surface **35** of disconnector **30** of trigger disconnector assembly **39**.

A reset lever spring **60** is coupled between reset lever **50** and trigger body **23** of trigger assembly **21**. Reset lever spring **60** keeps constant tension on reset lever **50**. Here, reset lever spring **60** is a compression spring having active coils with a constant moduli of elasticity encircled about pivot **56**, a tag end **61** connected to arm **52**, and a tag end **62** connected to trigger body **23** of trigger assembly **21**. Tag end **61** is received in and against a notch **61A** formed in reset lever **50** between middle **54** and arm **52** and there tag end **61** is held. Tag end **62** extends downwardly through trough **26** from pivot **56** and through a small opening **62A** in a bottom wall of trigger body **23** and there tag end **62** is held. Reset lever spring **60** constantly acts on reset lever **50** keeping constant tension on reset lever **50** constantly biasing/urging/tensioning reset lever **50** from its inoperative position relative to trigger disconnector assembly **39** to its operative position relative to trigger disconnector assembly **39**.

Trigger mechanism **20** is a select fire trigger mechanism that has safe, semi-automatic, and assisted-reset semi-automatic modes of fire or operation, which are set or activated by a selector **70**. Selector **70** is mounted for rotation so to rotate and is situated in notch **25** of trigger body **23** and has a handle **71** used to rotate selector **70** between different positions including a position corresponding to a safe mode of operation as in FIG. **1**, another position corresponding to a semi-automatic mode of fire or operation as in FIG. **4**, and yet another position corresponding to an assisted-reset semi-automatic mode of fire or operation as in FIG. **5**, wherein these positions of selector **70** are different from one another. Trigger mechanism **20** is rendered inoperative in the safe mode of selector **70**, trigger mechanism **20** is rendered operative for semi-automatic fire in the semi-automatic mode of selector **70**, and trigger mechanism **20** is rendered operative for assisted-reset semi-automatic fire in the assisted-reset semi-automatic mode of selector **70**.

FIG. **1** shows trigger body **23** and disconnector **30** that form trigger disconnector assembly **39**, hammer **40**, reset lever **50**, and selector **70** of trigger mechanism **20** in the safe mode of operation. In FIG. **1**, selector **70** is in the safe mode or safe setting and trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position. In the safe mode

position of selector **70**, trigger mechanism **20** is disabled and incapable of being fired. At the same time, selector **70** engages arm **52** of reset lever **50** holding reset lever **50** in its inoperative position.

Selector **70** is rotated in the direction of arrowed line B in FIG. **1** from the safe mode or safe setting to the semi-automatic mode or semi-automatic setting in FIG. **4** to adjust trigger mechanism **20** from the safe mode of operation as in FIG. **1** to the semi-automatic mode of operation as in FIG. **4**. At the same time, cam **75** of selector **70** contacts/abuts/engages arm **52** of reset lever **50**, as shown in FIG. **15**, so as to act on arm **52** holding reset lever **50** in its inoperative position. For reference purposes, cam **75** is illustrated in FIGS. **17**, **19**, and **20**. As arm **52** is the thing against which cam **75** of selector **70** contacts, arm **52** of reset lever **50** is an abutment of reset lever **50** on or against which cam **75** of selector **70** abuts or contacts. In FIG. **4**, selector **70** is in the semi-automatic mode or semi-automatic setting and trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position in preparation for firing. In the semi-automatic mode of operation of trigger mechanism **20** in preparation for firing, trigger disconnector assembly **39** is in a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body **23** and trigger nose **24** are each in a set position. In this set position of trigger body **23**, trigger nose **24** at head **24A** is received in trigger notch **49** and disconnector hook **33** is in a disengaged position being disengaged from or otherwise relative to hammer disconnector notch **47** formed in hammer **40** between pivot end **43** and striking end **45** allowing forward movement of hammer **40** upon pulling trigger **27**. Upon pulling trigger **27** so as to move trigger body **23** and trigger **27** a trigger pull or pulling travel distance in the semi-automatic mode of operation from the set position holding hammer **40** to the pulled or fired position releasing hammer **40**, trigger disconnector assembly **39** is pivoted from the charged orientation to a discharged orientation, lowering trigger nose **24** out of trigger notch **49** from the set position to a released position, releasing hammer **40** and moving disconnector hook **33** forwardly from the disengaged position to an engaged position, as shown in FIG. **6**, causing hammer **40** pivot forwardly in the direction of arrowed line C to a firing position shown in FIG. **7** to fire a round, while at the same time raising tail **25A** of trigger body **23** toward selector **70**.

After a round has been fired, the rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly in the direction of arrowed line D in FIG. **7** toward the cocked position in FIG. **8** and beyond the cocked position to the past-cocked position in FIG. **9**. With trigger **27** pulled and held in its pulled or fired position locating disconnector hook **33** in the engaged position as in FIG. **8**, hammer disconnector notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer **40** moves toward and beyond the cocked position in FIG. **8** to the past-cocked position in FIG. **9**. In the past-cocked position of hammer **40** and the discharged orientation of trigger disconnector assembly **39** in FIG. **9** with trigger **27** pulled and held in its pulled/fired position, disconnector hook **33** engages hammer disconnector notch **47** in the engaged position of disconnector hook **33** preventing forward movement of hammer **40**. Forward movement of hammer **40** is thus arrested by disconnector hook **33** engaging hammer disconnector notch **47**. This prevents automatic fire. When trigger **27** is released, trigger body **23** and trigger **27** pivot a trigger reset or resetting travel distance in the semi-automatic mode of operation from the pulled/fired position of trigger body **23** and trigger **27** to the set position of trigger body **23** and trigger **27**, whereby trigger disconnector assembly **39** pivots from the

US 9,267,751 B2

11

discharged orientation to the charged orientation in FIG. **4**, in which trigger **27** is moved forwardly, trigger nose **24** at head **24**A is raised to its set position received in trigger notch **49**, holding hammer **40** in the cocked position, and tail **25**A is lowered away from selector **70**. At the same time, disconnector hook **33** is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnector notch **47**. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull.

After disconnector hook **33** clips past hammer disconnector notch **47** in response to hammer **40** moving into the past-cocked position beyond the cocked position, hammer **40** over-travels in the past-cocked position, as indicated by the phantom outline of hammer **40** in FIG. **9**, misses reset lever **50**, including arm **53**, in the inoperative position of reset lever **50**, and strikes disconnector **30** which in turn imparts the energy from the striking hammer **40** to a rear portion of trigger disconnector assembly **39** of trigger assembly **21**, causing trigger disconnector assembly **39** to reset, namely, to pivot from the discharged position to the charged position. Once in the charged position, disconnector hook **33** is in its disengaged position free from interfering with hammer disconnector notch **47** and trigger nose **24** is in its set position in preparation to be received by the trigger notch **49** in the cocked position of hammer **40**. As hammer **40** then pivots forwardly from the past-cocked position toward the cocked position, hammer disconnector notch **47** passes by disconnector hook **33** and trigger nose **24** is received trigger notch **49**, holding hammer **40** in the cocked position preparatory to firing by another trigger **27** pull. In the inoperative position of reset lever **50** in the semi-automatic mode of operation of trigger mechanism **20**, selector **70** holds reset lever **50** out-of-play away from hammer **40** preventing hammer **40** from contacting/striking or otherwise interacting with reset lever **50** during semi-automatic firing.

FIG. **17** is a side elevation view of trigger body **23**, selector **70**, and hammer **40** oriented as in FIG. **4** illustrating selector **70** in the semi-automatic mode of operation, and illustrating trigger body **23** in the set position holding hammer **40** in the cocked position. Disconnector **30** is not shown in FIG. **17**, but is referenced in the figures described above. Selector **70** has a stop body **78**. Stop body **78** is located near, above, and opposite to, notch **25** of tail **25**A of trigger body **23**. Stop body **78** includes two stops, including stop **78**A and stop **78**B. Stops **78**A and **78**B are surfaces of stop body **78**. Here, stops **78**A and **78**B are perpendicular relative to each other.

In a first position of selector **70** corresponding to the semi-automatic mode of operation of selector **70** as in FIG. **17**, stop **78**A is registered with, meaning aligned with, tail **25**A, specifically notch **25** of tail **25**A. With trigger nose **24** received in trigger notch **49** holding hammer **40** in the cocked position in preparation for firing, a distance D1 is defined between semi-automatic stop **78**A and tail **25**A, specifically notch **25** of tail **25**A. Again, in the semi-automatic mode of operation of trigger mechanism **20** in preparation for firing trigger body **23** and trigger nose **24** are each in a set position, and in this set position of trigger body **23** trigger nose **24** at head **24**A is received in trigger notch **49** in preparation for pulling trigger **27** to release hammer **40**. Upon pulling trigger **27** so as to move trigger body **23** and trigger **27** the trigger pulling travel distance in the semi-automatic mode of operation from the set position holding hammer **40** to the pulled/fired position releasing hammer **40**, trigger nose **24** is lowered out of trigger notch **49** from the set position to a released position, releasing hammer **40**, while at the same time raising tail **25**A of trigger

12

body **23** toward stop **78**A of stop body **78** of selector **70** closing distance D1 between notch **25** of tail **25**A of trigger body **23** so as to bring notch **25** of tail **25**A of trigger body **23** into direct contact against stop **78**A of stop body **78**. Upward movement of tail **25**A of trigger body **23** is thus arrested by notch **25** of tail **25**A contacting stop **78**A of stop body **78** which, in turn, arrests movement of trigger body **23**, or in other words limits or otherwise arrests the pivotal movement of trigger **27** and trigger body **23** past the pulled/fired position in the semi-automatic mode of operation. Trigger body **23** and trigger **27** in turn move the trigger reset travel distance in the semi-automatic mode of operation from the pulled position to the set position to hold hammer **40** in the cocked position preparatory to firing another round as described above. In the semi-automatic mode of operation of trigger mechanism **20**, the trigger pulling and trigger reset travel distances of trigger body **23** and trigger **27** are equal.

Assisted-reset semi-automatic firing is achieved by utilizing selector **70**, which is rotated in the direction of arrowed line E in FIG. **4** from the semi-automatic mode or semi-automatic setting to the assisted-reset semi-automatic mode or assisted-reset semi-automatic setting in FIG. **5** to adjust trigger mechanism **20** from the semi-automatic mode of operation as in FIG. **4** to the assisted-reset semi-automatic mode of operation as in FIG. **5**. At the same time, cam **75** of selector **70** contacts/abuts/engages arm **52**, as seen in FIG. **16**, so as to act on arm **52** of reset lever **50** pivoting reset lever **50** from its inoperative position defining the inoperative position of arm **53** to its operative position defining the operative position of arm **53**, resulting in the movement of arm **53** from the aft or rearward upright position toward selector **70** and away from cam surface **35** of disconnector **30** to the fore of forward upright position away from selector **70** and toward and in contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. The constant tension on reset lever **50** provided by reset lever spring **60** constantly biasing/urging/tensioning reset lever **50** from its inoperative position relative to trigger disconnector assembly **39** to its operative position relative to trigger disconnector assembly **39** pivots reset lever from its inoperative position to its operative position in response to cam **75** acting on arm **52** in response to rotation of selector **70** from its semi-automatic mode or semi-automatic setting to its assisted-reset semi-automatic mode or assisted-reset semi-automatic setting.

The contact between cam surface **35** and arm **53** of reset lever **50** is a mechanical coupling. This mechanical coupling defines a mechanical communication between arm **53** of reset lever **50** and trigger disconnector assembly **39** and, more specifically, between arm **53** of reset lever **50** and disconnector **30** and, still more specifically, between arm **53** of reset lever **50** and disconnector lever **32** of disconnector **30** and, yet still more specifically, between arm **53** of reset lever **50** and cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**, all according to various aspects of the invention. As a result of the contact between cam surface **35** and arm **53**, trigger disconnector assembly **39** is in mechanical communication with reset lever **50**, disconnector **30** is in mechanical communication with reset lever **50**, disconnector lever **32** is in mechanical communication with reset lever **50**, and cam surface **35** is in mechanical communication with reset lever **50**. As arm **53** is the thing that engages cam surface **35** in the operative position of reset lever, arm **53** of reset lever **50** is an abutment of reset lever **50** that contacts cam surface **35** in the operative position of reset lever **50**.

US 9,267,751 B2

13

In the inoperative position of reset lever **50** in the semi-automatic mode of operation of trigger mechanism **20**, reset lever **50** is out of play, whereby hammer **40** does not contact or otherwise strike or interact with reset lever **50** during semi-automatic firing. In the operative position of reset lever **50**, reset lever **50** is in play being operatively coupled to hammer tail **46** of striking end **45** of hammer **40**, wherein reset lever **50** is positioned to be contacted or struck by hammer tail **40** of striking end **45** of hammer **40** in the past-cocked position of hammer **40** during assisted-reset semi-automatic firing.

In FIG. **5**, selector **70** is in the assisted-reset semi-automatic mode or assisted-reset semi-automatic setting and trigger nose **24** of head **24**A is received in trigger notch **49**, holding hammer **40** in the cocked position in preparation for firing. In the assisted-reset semi-automatic mode of operation of trigger mechanism **20**, trigger disconnector assembly **39** is a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body **23** and trigger nose **24** at head **24**A are each in a set position. In this set position of trigger body **23**, trigger nose **24** at head **24**A received in trigger notch **49** and disconnector hook **33** is in the disengaged position being disengaged relative to hammer disconnector notch **47**, allowing forward movement of hammer **40** upon pulling trigger **27**. Upon pulling trigger **27** so as to move trigger body **23** a trigger pulling or pull travel distance in the assisted-reset mode of operation from its set position holding hammer **40** to its pulled/fired position in the assisted-reset semi-automatic mode of operation releasing hammer **40**, trigger disconnector assembly **39** is pivoted from the charged orientation to the discharged orientation, lowering trigger nose **24** out of trigger notch **49** from the set position to a released position, releasing hammer **40** and moving disconnector hook **33** forwardly from the disengaged position to an engaged position, as shown in FIG. **10**, causing hammer **40** pivot forwardly in the direction of arrowed line F to a firing position shown in FIG. **11** to fire a round, while at the same time raising tail **25**A of trigger body **23** toward selector **70**.

After a round has been fired, the rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly in the direction of arrowed line G in FIG. **11** toward the cocked position in FIG. **12** and beyond the cocked position to the past-cocked position in FIG. **13**. With trigger **27** pulled and held in its pulled/fired position locating disconnector hook **33** in the engaged position as in FIG. **12**, hammer disconnector notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer moves toward and beyond the cocked position in FIG. **12** to the past-cocked position in FIG. **13**. In the past-cocked position of hammer **40** and the discharge orientation of trigger disconnector assembly **39** in FIG. **13** with trigger **27** pulled and held in its pulled/fired position, disconnector hook **33** is positioned to engage hammer disconnector notch **47** in the engaged position of disconnector hook **33** for preventing forward movement of hammer **40**. Forward movement of hammer **40** is thus arrested by disconnector hook **33** engaging hammer disconnector notch **47**. This prevents automatic fire. When trigger **27** is released, trigger body **23** and trigger **27** pivot a trigger resetting or reset travel distance in the assisted-reset semi-automatic mode of operation from the pulled position of trigger body **23** and trigger **27** to the set position of trigger body **23** and trigger **27**, whereby trigger disconnector assembly **39** pivots from the discharged orientation to the charged orientation in FIG. **5**, in which trigger **27** is moved forwardly, trigger nose **24** at head **24**A is moved to its set position received in trigger notch **49**, holding hammer **40** in the cocked position, and tail **25**A is lowered away from selec-

14

tor **70**. At the same time, disconnector hook **33** is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnector notch **47**. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull.

Reset lever **50** pivots at pivot **56** between inoperative and operative positions relative to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. The constant tension applied by reset lever spring **60** (FIGS. **2** and **3**) keeps constant tension on reset lever **50** constantly urging/biasing reset lever **50** into its operative position in the assisted-reset semi-automatic mode or setting of selector **70**, in accordance with the principle of the invention. In response to movement of reset lever **50** from its inoperative position to its operative position in response to movement of selector **70** to the assist-reset semi-automatic setting from either of the safe setting or the semi-automatic setting of selector **70**, arm **53** moves from the inoperative position thereof as in FIG. **4** to the operative position thereof as in FIG. **5** in direct contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. This contact of arm **53** of reset lever **50** directly against cam surface **35** is a mechanical coupling that forms the mechanical communication as discussed and defined above.

In the inoperative position of arm **53**, arm **53** is pivoted rearwardly with respect to cam surface **35** and trigger disconnector assembly **39** in the direction of selector **70**, and is spaced-apart from, and not in contact with, cam surface **35** of disconnector lever **32** of disconnector **30**. In the operative position of arm **53**, arm **53** is pivoted in the opposite direction forwardly with respect to cam surface **35** of disconnnector lever **32** of disconnector **30** of trigger disconnector assembly **39** in the direction of pivot **28** and into direct contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. And so in the inoperative position of reset lever **50**, arm **53** is also in an inoperative position and is made to extend upright and rearward toward selector **70** and away from hammer tail **46** of hammer **40** in the cocked position of hammer **40**, and in this position cannot be contacted or struck by hammer tail **46** of striking end **45** of hammer **40** during semi-automatic firing. As such, hammer **40** misses reset lever **50**, including arm **53**, as hammer **40** travels downwardly in the past-cocked position. In the operative position of reset lever **50**, arm **53** is also in an operative position and is made to extend upright and forward from selector **70** toward hammer tail **46** of hammer **40** in the cocked position of hammer **40**, and in this position is operatively coupled to hammer tail **46** of hammer **40**, wherein arm **53** of reset lever **50** is positioned to be contacted or struck by hammer tail **46** of striking end **45** of hammer **40** in the past-cocked position of hammer **40** during assisted-reset semi-automatic firing. Again, because the constant tension applied by reset lever spring **60** (FIGS. **2** and **3**) keeps constant tension on reset lever **50** constantly urging/biasing reset lever **50** toward its operative position in the assisted-reset semi-automatic mode or setting of selector **70**, the constant tension applied by reset lever spring **60** tends to hold reset lever **50** in its operative position in the assisted-reset semi-automatic mode of operation.

In the operative position of reset lever **50** as explained above, arm **53** is in contact with cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**, and this contact persists or is otherwise maintained by reset lever spring **60** constantly acting on reset lever

US 9,267,751 B2

15

50 during the pivoting movement of trigger disconnector assembly 39 between its charged and discharged positions. Cam surface 35 acts against arm 53 in response to movement of trigger disconnector assembly 39 between its charged and discharged positions. This contact interaction between cam surface 35 and arm 53 in the operative position of reset lever 50 moves reset lever 50 in the direction of double arrowed line H in FIG. 5 toward the inoperative position of reset lever 50 to an open position of reset lever 50 in the discharged position of trigger disconnector assembly 39 as in FIG. 10, and in the opposite direction away from the inoperative position of reset lever 50 to a closed position of reset lever in the charged position of trigger disconnector assembly 50 as in FIG. 5. And so in the operative position of reset lever 50, reset lever 50 moves between its open and closed positions relative to trigger disconnector assembly 39 and, more particular, relative to cam surface 35 of disconnector lever 32 of disconnector 30 of trigger disconnector assembly 39, in response to movement of trigger disconnector assembly 39 between the discharged and charged positions. In the operative position of reset lever 50, reset lever spring 60 keeps constant tension on reset lever 50 constantly urging/biasing reset lever 50 from its open position toward its closed position in the assisted-reset semi-automatic mode or setting of selector 70, and the constant tension applied by reset lever spring 60 thus tends to hold reset lever 50 in its closed position in the assisted-reset semi-automatic mode of operation. At the same time, reset lever 50 remains in its operative position in both its open and closed positions in the discharged and charged positions of trigger disconnector assembly 39 in the assisted-reset semi-automatic mode of operation of trigger assembly 20, in accordance with the principle of the invention.

The open position of reset lever 50 in the operative position of reset lever 50 is an open position of arm 53, and the closed position of reset lever 50 in the operative position of reset lever 50 is a closed position of arm 53. In response to movement of reset lever 50 between its open and closed positions in response to movement of trigger disconnector assembly 39 between its discharged and charged positions, arm 53, in turn, moves between open and closed positions relative to trigger disconnector assembly 39 and, more particular, relative to cam surface 35 of disconnector lever 32 of disconnector 30 of trigger disconnector assembly 39. In the open position of arm 53, arm 53 is pivoted rearwardly and upwardly with respect to cam surface 35 of disconnector lever 32 of disconnector 30 of trigger disconnector assembly 39 in the direction of selector 70. In the closed position of arm 53, arm 53 is pivoted forwardly and downardly from the open position thereof with respect to cam surface 35 of disconnector lever 32 of disconnector 30 of trigger disconnector assembly 39 in the direction of pivot 28. Because reset lever spring 60 keeps constant tension on reset lever 50 constantly urging/biasing reset lever 50 from its open position toward its closed position in the assisted-reset semi-automatic mode or setting of selector 70, the constant tension applied by reset lever spring 60 thus tends to hold arm 53 in its closed position in the assisted-reset semi-automatic mode of operation. At the same time, arm 53 remains in its operative position in both its open and closed positions in the discharged and charged positions of trigger disconnector assembly 39 in the assisted-reset semi-automatic mode of operation of trigger assembly 20.

In the operation of reset lever 50 in the assisted-reset semi-automatic mode of operation of trigger mechanism 20, after a round has been fired rearwardly moving bolt carrier engages hammer 40 and pivots it rearwardly in the direction of arrowed line G in FIG. 11 toward the cocked position in FIG. 12 and beyond the cocked position to the past-cocked position

16

in FIG. 13. With trigger 27 pulled and held in its pulled/fired position as in FIG. 13, as hammer 40 moves beyond the cocked position to the past-cocked position in FIG. 13, hammer disconnector notch 47 of the rearwardly pivoting hammer 40 clips past disconnector hook 33 with a sharp, glancing blow as hammer 40 moves toward and beyond the cocked position in FIG. 12 to the past-cocked position in FIG. 13, hammer tail 46 of striking end 45 of hammer 40 encounters/strikes arm 53 of reset lever 50 as shown in FIG. 13, in this example at a location above cam surface 35 and, moreover, between cam surface 35 of disconnector lever 32 and disconnector hook 33, which in turn imparts the energy from the striking hammer 40 to arm 53 of reset lever 50. This, in turn, pivots reset lever 50 from the open position to the closed position at the same time moving arm 53 from the open position in FIG. 13 to the closed position in FIG. 14 as hammer 40 over-travels downwardly in the direction of arrowed line I in FIG. 13 in the past-cocked position. At the same time, arm 53 of reset lever 50 engages cam surface 35 of disconnector lever 32 of disconnector 30 of trigger disconnector assembly 39 which in turn imparts the energy from the pivoting reset lever 50 to disconnector 30 of disconnector assembly 39, whereby arm 53 acts on cam surface 35 pivoting trigger disconnector assembly 39, including trigger body 23 at pivot 28 and disconnector 30 at pivot point 38 concurrent with pivot 28, from the discharged orientation to the charged orientation when arm 53 moves via the pivoting of reset lever 50 from the open position to the closed position, raising trigger nose 24 of head 24A to its set position in preparation to be received by trigger notch 49 in the cocked position of hammer 40 and to position disconnector 30 in the disengaged position of disconnector hook 33 relative to hammer disconnector notch 49, as shown in FIG. 14, while at the same time lowering tail 25A of trigger body 23 away from selector 70. At the same time, disconnector hook 33 is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnector notch 47. Forward movement of hammer 40 is arrested by trigger nose 24 engaging trigger notch 49. Hammer 40 is thus retained in the cocked position by trigger nose 24, preparatory to firing by another trigger pull. And so in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 trigger disconnector assembly 39 is in mechanical communication with reset lever 50, whereby movement of reset lever 50 from its open position to its closed position via the action of hammer 40 urges/imparts corresponding movement of disconnector assembly 39 from the discharged orientation to the charged orientation.

According then to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 trigger disconnector assembly 39 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on trigger disconnector assembly 39 to pivot trigger disconnector assembly 39 from the discharged orientation to the charged orientation when reset lever 50 moves from the open position to the closed position, to position trigger nose 24 in the set position in preparation to be received by trigger notch 49 in the cocked position of hammer 40 and to position disconnector 30 in the disengaged position of disconnector hook 33 relative to hammer disconnector notch 47, and to lower tail 25A of trigger body 23 away from selector 70.

In another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 cam surface 35 of trigger disconnec-

US 9,267,751 B2

17

tor 39 assembly is in mechanical communication with reset lever 50. Hammer tail 46 of striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on cam surface 35 to pivot trigger disconnector assembly 39 from the discharged orientation to the charged orientation when reset lever 50 moves from the open position to the closed position, to position trigger nose 24 in the set position in preparation to be received by trigger notch 49 in the cocked position of hammer 40 and to position disconnector 30 in the disengaged position of disconnector hook 33 relative to hammer disconnector notch 47, and to lower tail 25A of trigger body 23 away from selector 70.

In yet another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on disconnector 30 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In yet still another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 disconnector lever 32 of disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on disconnector lever 32 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In still a further aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 cam surface 35 of disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on cam surface 35 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In sum, arm 53 of reset lever 50 intercepts hammer 40 in the past-cocked position of hammer 40 just after hammer disconnector notch 47 of the rearwardly pivoting hammer 40 clips past disconnector hook 33 with a sharp, glancing blow as hammer 40 moves toward and beyond the cocked position in FIG. 12 to the past-cocked position in FIG. 13. The contact interaction between hammer 40 and reset lever 50 isolates hammer 40 from trigger disconnector assembly 39. This pre-

18

vents hammer 40 from striking trigger disconnector assembly 39 in the past cocked position of hammer 40, including trigger body 23, disconnector 30, disconnector lever 32, and cam surface 35. The interaction of reset lever 50 between hammer 40 and trigger disconnector assembly 39 in the various aspects discussed above, assists in resetting trigger disconnector assembly 39 from its discharged position to its charged position in the past-cocked position of hammer 40. The interaction of reset lever 50 between hammer 40 and trigger disconnector assembly 39 according to the various aspects discussed herein is maintained in the over-travel of hammer 40 in the past cocked position, and this accelerates the resetting of trigger disconnector assembly 39 from the discharged position to the charged position because arm 53 of reset lever 50 is acting on cam surface 35 to pivot trigger disconnector assembly 39 from the discharged position to the charged position throughout the past-cocked over-travel of hammer 40. Downward movement of hammer 40 in the past-cocked position is eventually arrested by hammer tail 46 engaging arm 53 in the closed position of arm 53 in the closed position of reset lever 50, according to the principle of the invention, at which point hammer 40 snaps forwardly. Once trigger disconnector assembly 39 is in the charged position, disconnector hook 33 is in its disengaged position free from interfering with hammer disconnector notch 47 and trigger nose 24 is in its set position in preparation to be received by the trigger notch 49 in the cocked position of hammer 40. As hammer 40 then pivots forwardly from the past-cocked position toward the cocked position, hammer disconnector notch 47 passes by disconnector hook 33 and trigger nose 24 is received trigger notch 49 as in FIG. 5, holding hammer 40 in the cocked position resetting trigger 27 of trigger body 23 to hammer 40 preparatory to firing by another trigger 27 pull. This is the trigger-to-hammer assisted reset feature of the assisted-reset semi-automatic mode of operation of trigger mechanism 20. The accelerated resetting of trigger disconnector assembly 39 from the discharged position to the charged position resulting from the interaction of reset lever 50 between trigger disconnector assembly 39 and hammer 40 in the past-cocked position quickens the rate of semi-automatic fire in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 and allows for faster trigger pulls between each fired round, which is particularly advantageous, particularly when a faster rate of semi-automatic fire is required, such as in combat situations and competitive shooting events.

FIG. 19 is a side elevation view of trigger body 23, selector 70, and hammer 40 oriented as in FIG. 5 illustrating selector 70 in the assisted-reset semi-automatic mode of operation, and illustrating trigger body 23 in the set position holding hammer 40 in the cocked position. Disconnector 30 is not shown in FIG. 17, but is shown and referenced in FIGS. 1-13. Selector 70 has stop body 78. As previously described, stop body 78 is located near, above, and opposite to, notch 25 of tail 25A of trigger body 23, stop body 78 includes two stops, including stop 78A and stop 78B, stops 78A and 78B are surfaces of stop body 78, and here stops 78A and 78B are perpendicular relative to each other.

In the first position of selector 70 corresponding to the semi-automatic mode of operation of selector 70 as in FIG. 17, stop 78A is registered with, meaning aligned with, notch 25 of tail 25A. In a second position of selector 70 corresponding to the assisted-reset semi-automatic mode of operation of selector 70 as in FIG. 17, stop 78B is registered with, meaning aligned with, tail 25A, specifically notch 25 of tail 25A. With trigger nose 24 received in trigger notch 49 holding hammer 40 in the cocked position in preparation for firing, a distance D2 is defined between semi-automatic stop 78B and tail 25A,

US 9,267,751 B2

19

20

specifically notch 25 of tail 25A. Again, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 in preparation for firing trigger body 23 and trigger nose 24 are each in a set position, and in this set position of trigger body 23 trigger nose 24 at head 24A is received in trigger notch 49 in preparation for pulling trigger 27 to release hammer 40. Upon pulling trigger 27 so as to move trigger body 23 and trigger 27 the trigger pulling travel distance in the assisted-reset semi-automatic mode of operation from the set position holding hammer 40 to the pulled/fired position releasing hammer 40, trigger nose 24 is lowered out of trigger notch 49 from the set position to a released position, releasing hammer 40, while at the same time raising tail 25A of trigger body 23 toward stop 78B of stop body 78 of selector 70 closing distance D2 between notch 25 of tail 25A of trigger body 23 so as to bring notch 25 of tail 25A of trigger body 23 into direct contact against stop 78B of stop body 78. Upward movement of tail 25A of trigger body 23 is thus arrested by notch 25 of tail 25A contacting stop 78B of stop body 78 which, in turn, and arrests movement of trigger body 23, or in other words limits or otherwise arrests the pivotal movement of trigger 27 and trigger body 23 past the pulled/fired position in the assisted-reset semi-automatic mode of operation. Trigger body 23 and trigger 27 in turn move the trigger reset travel distance in the assisted-reset semi-automatic mode of operation from the pulled position to the set position. In the assisted-reset semi-automatic mode of operation of trigger mechanism 20, the trigger pulling and trigger reset travel distances of trigger body 23 and trigger 27 are equal.

Distance D1 denoted in FIGS. 15 and 17 is greater than distance D2 denoted in FIGS. 16 and 19. Because distance D2 is less than distance D1, the trigger pull travel distance of trigger body 23 and trigger 27 from the set position thereof to the pulled/fired position thereof in the second position of selector 70 corresponding to the assisted reset semi-automatic mode of operation of trigger mechanism 20 is less than the trigger pull travel distance of trigger body 23 and trigger 27 from the set position thereof to the pulled/fired position in the first position of selector 70 corresponding to the semi-automatic mode of operation of trigger mechanism 20, and the trigger reset travel distance of trigger body 23 and trigger 27 from the pulled/fired position thereof to the set position thereof in the second position of selector 70 corresponding to the assisted reset semi-automatic mode of operation of trigger mechanism 20 is less than the trigger rest travel distance of trigger body 23 and trigger 27 from the pulled/fired position thereof to the set position in first position of selector 70 corresponding to the semi-automatic mode of operation of trigger mechanism 20. The lessened trigger pull and trigger reset travel distances of trigger body 23 and trigger 27 in second position of selector 70 corresponding to the assisted-reset mode of operation of trigger mechanism 20 compared to the first position of selector 70 corresponding to the semi-automatic mode of operation allows for a more rapid repeated pulling and resetting of trigger body 23 and trigger 27 and thus a more rapid rate of repeated semi-automatic fire in the second position of selector 70 than in the first position of selector 70. Also, the lessened trigger reset travel distance in the second position of selector 70 corresponding to the assisted-reset semi-automatic mode of operation of trigger mechanism 20 compared to the first position of selector 70 corresponding to the semi-automatic mode of operation produces less trigger snap of the trigger 27 from the pulled/fired position to the reset position and thus less discomfort on the shooter's trigger finger from prolonged firing activities.

According then to the principle of the invention with reference to FIGS. 17-19, trigger mechanism 20 includes trigger assembly 21 with hammer 40 having trigger notch 49, trigger body 23 with trigger nose 24, trigger tail 25A, and trigger 27, trigger nose 24 for receiving trigger notch 49 in the cocked position of hammer 40 and the set position of trigger body 23 and for releasing trigger nose 24 when trigger body 23 is moved a travel distance from the set position to a fired position, disconnector 30 (shown in FIGS. 1-14), coupled between hammer 40 and trigger body 23, and selector 70 movable between a first position as in FIGS. 17 and 18, which corresponds to the semi-automatic mode of fire or operation, and a second position as in FIGS. 19 and 20, which corresponds to the assisted-reset semi-automatic mode of fire or operation, for adjusting the travel distance of trigger body 23 from the set position to the fired position and from the fired position back to the set position. Selector 70 has stop 78A aligned with notch 25 of tail 25A of trigger body 23 in the first position of selector 70 as in FIGS. 17 and 18, and stop 78B aligned with notch 25 of tail 25A of trigger body 23 in the second position of selector 70 as in FIGS. 19 and 20. Stop 78A is separated from tail 25A, specifically notch 25 of tail 25A, of trigger body 23 distance D1 in the set position of trigger body 23 in the first position of the selector 70 as in FIGS. 17 and 18. Stop 78B is separated from tail 25A, specifically notch 25 of tail 25A, of trigger body 23 distance D2 in the set position of trigger body 23 in the second position of selector 70 as in FIGS. 19 and 20. In the first position of selector 70 and the fired position of trigger body 23 as in FIG. 18, distance D1 of FIG. 17 between stop 78A and tail 25A, specifically notch 25 of tail 25A, of trigger body 23 is closed and tail 25A, specifically notch 25 of tail 25A, contacts stop 78A, and movement of trigger body 23 in a direction from the set position to the fired position is arrested by tail 25A, specifically notch 25 of tail 25A, contacting stop 78A. In the second position of selector 70 and the fired position of trigger body 23 as in FIG. 20, distance D2 between stop 78B and tail 25A, specifically notch 25 of tail 25A, of trigger body 23 is closed and tail 25A, specifically notch 25 of tail 25A, contacts stop 78B, and movement of trigger body 23 is arrested by tail 25A, specifically notch 25 of tail 25A, contacting stop 78B. Distance D2 is less than distance D1, wherein the travel distance of trigger body 23 in the second position of selector 70 as in FIGS. 19 and 20 is less than the travel distance of trigger body 23 in the first position of selector 70 as in FIGS. 17 and 18.

Attention is now directed to FIG. 21, illustrating an alternate embodiment of a trigger mechanism 120 constructed and arranged in accordance with the principle of the invention. Like trigger mechanism 20, trigger mechanism 120 is intended to be employed with any of the various semi-automatic firearms that fire a single round each time the trigger is pulled and that have select fire capabilities. It will also be understood that trigger mechanism 120 is carried by a lower receiver of a firearm. A lower receiver is not shown, as they are well known in the art and trigger mechanism 120 is carried in a conventional manner. Trigger mechanism 120 can be formed as a drop-in trigger mechanism, as is the case with after-market trigger mechanisms.

Trigger mechanism 120 allows selection between a safe mode of fire or operation, a semi-automatic mode of fire or operation, and a staged semi-automatic mode of fire or operation. Looking in relevant part to FIGS. 21-25, in common with trigger mechanism 20 trigger mechanism 120 shares trigger assembly 21, including trigger body 23 having trigger nose 24 at head 24A of trigger body 23, notch 25 (FIG. 22) at tail 25A, and trough 26 (FIG. 22) formed therein extending from tail 25A of trigger body 23 across pivot 28 to just short of trigger nose 24 at head 24A, and disconnector 30. Trigger

US 9,267,751 B2

21

nose 24 is part of head 24A of trigger body 23, and notch 25 is a part of tail 25A of trigger body 23. Trigger 27 extends from trigger body 23 generally at pivot 28.

Disconnector 30, positioned within trough 26, is pivotally coupled to trigger assembly 21 at pivot 38. Disconnector 30, the semi-automatic disconnector, is part of trigger assembly 21 and is coupled between hammer 40 and trigger body 23. Disconnector 30 includes rearwardly extending disconnector lever 32 (FIG. 22), upwardly extending disconnector hook 33, and cam surface 35 that extends along disconnector 30 from lever 32 to disconnector hook 33. Disconnector 30 pivots about pivot or pivot point 38 in FIG. 21, which is concurrent with pivot 28. Trigger body 23 and disconnector 30 concurrently pivot about pivot 28 and pivot 38. Trigger assembly 21 has the customary and well-known trigger spring that acts on trigger body 23 so as to keep constant tension on trigger body 23 and thus trigger 27, the details of which are well-known to the skilled person.

Hammer 40 is coupled for pivotal movement at hammer pivot 42 defined at pivot end 43 of hammer 40 from the forward or firing position rearwardly to the cocked position and beyond the cocked position to the past-cocked position, which is the rearward most position of hammer 40. Trigger assembly 21 has the customary and well-known hammer spring 48 that acts on hammer 40 to keep constant tension on hammer 40, the details of which are well-known to the skilled person. Hammer 40 includes striking surface 44 formed in striking end 45. Striking surface 44 is raised in hammer 40 of trigger mechanism 120 to improve contact with the firing pin during semi-automatic fire compared to conventional hammers of known trigger assemblies. Striking end 45 opposes pivot end 43, and has hammer tail 46 opposite to striking surface 44. Trigger notch 49 is formed in pivot end 43. Hammer disconnector notch 47 is formed in hammer 40 between pivot end 43 and striking end 45, and in trigger mechanism 120 hammer prep notch 130 is formed in hammer 40 between pivot end 43 and hammer disconnector notch 47. Hammer disconnector notch 47 points rearwardly toward tail 46, and hammer prep notch 130 points in the opposite direction, toward pivot end 43. Trigger nose 24 is received in trigger notch 49, holding hammer 40 in the cocked position prior to firing.

In common with trigger mechanism 20, trigger mechanism 120 includes reset lever 50. Reset lever 50 is positioned within trough 26 proximate to notch 25 of tail 25A and rearwardly of, or otherwise behind, disconnector lever 32 of disconnector 30 between selector 70 and disconnector lever 32 of disconnector 30. In FIG. 22, reset lever 50 includes arms 52 and 53 connected at an angle at intermediate portion, mid-section, or middle 54 of reset lever 50. Arms 52 and 53 are lever arms and are angularly offset relative to one another like a boomerang. The angle between arms 52 and 53 is approximately 110 degrees, meaning 110 degrees+/−1-6 degrees variation as may be desired. Reset lever 50 is pivotally coupled to trigger body 23 of trigger assembly 21 at pivot 56 in FIG. 21. Arm 52 is the rearwardly extending arm that extends rearwardly through trough 26 from pivot 56 at tail 25A of trigger body 23. Arm 53 is the upwardly extending arm of reset lever 50 that extends upwardly from pivot 56 and trough 26 at tail 25A of trigger body 23. Reset lever 50 pivots or pivotally moves at pivot 56 between a safe position in FIG. 23 corresponding to the safe mode of fire of trigger mechanism 120, a semi-automatic position in FIG. 24 corresponding to the semi-automatic mode of fire of trigger mechanism 120, and a staged semi-automatic position in FIG. 25 corresponding to the staged semi-automatic mode of fire of trigger mechanism 120.

22

In the safe position of reset lever 50 in FIG. 23, arm 53 is in a fore or forward upright position away from selector 70 and toward and in contact against cam surface 35 of disconnector 30. In the semi-automatic position of reset lever 50 in FIG. 24, arm 53 is de-united from or otherwise not in contact with cam surface 35 and is held there by selector 70 to be free from interacting with disconnector 30 and hammer 40 during semi-automatic fire. In the staged semi-automatic position of reset lever 50 in FIG. 25, arm 53 is in the fore or forward upright position away from selector 70 and toward and in contact against cam surface 35. The reset lever spring, discussed in trigger assembly 20, is coupled between reset lever 50 and trigger body 23. In trigger mechanism 120, the reset lever spring constantly acts on reset lever 50 keeping constant tension on reset lever 50 to constantly bias/urge/tension reset lever 50 from its semi-automatic position to its safe and staged semi-automatic positions. In the semi-automatic position of reset lever 50, the reset lever spring constantly acts on reset lever 50 keeping constant tension on reset lever 50 to constantly bias/urge/tension arm 53 of reset lever 50 against cam surface 35. The tensioned action of arm 53 of reset lever 50 against cam surface 35 constantly acts on disconnector 30, pivotally biasing/urging/tensioning disconnector 30 about pivot 28 forwardly toward pivot end 43.

Trigger mechanism 120 further includes a preparator 140. Preparator 140 is coupled between hammer 40 and trigger body 23, and is part of trigger assembly 21. In FIG. 22, preparator 140 includes opposed, elongate, parallel, longitudinal, axially-aligned side members or rails 141 that include and extend from upright arms 142 at a head 143 of preparator 140 to ends 144 at tail 145 of preparator 140. Arms 142 extend downwardly from rails 141 to spaced-apart, axially-aligned lower ends 142A, and extend upwardly from rails 141 to upper ends 142B interconnected by preparator hook 146 that points rearwardly toward tail 145. Transverse member 147 interconnects ends 144 at tail 145 of preparator 140. Rails 141 are juxtaposed along either side of trigger body 23. Lower ends 142A of arms 142 at head 143 of preparator 140 extend downwardly on either side of trigger body and are pivoted to trigger body 23 at pivot point or pivot 150 positioned between pivot 42 and pivot 28. Preparator 140 pivots about pivot 150 between pivot 28 and pivot 42. Arms 142 extend upright from pivot 150 to preparator hook 146 over trough 26 of trigger body 23. Rails 141 extend along either side of trigger body 23 from head 143 past pivot 28 to tail 145 opposing notch 25 in tail 25A of trigger body 23. Selector 70 is positioned between tail 145 of preparator 140 and tail 25A of trigger body 23.

Trigger mechanism 120 is a select fire trigger mechanism that has safe, semi-automatic, and staged semi-automatic modes of fire, which are set or activated by selector 70. The safe mode of fire is shown in FIGS. 21 and 23, the semi-automatic mode of fire is shown in FIG. 24, and the staged semi-automatic mode of fire is shown in FIG. 25. Selector 70 is mounted for rotation so to rotate is situated between notch 25 (FIG. 22) of trigger body 23 and tail 145 of preparator 140, interacts with arm 52 of reset lever 50 and tail 25A of trigger body 23 and tail 145 of preparator 140, and has opposed handles 71 used to rotate selector 70 between its different positions including its safe mode or position corresponding to a safe mode of fire of trigger mechanism 120 in FIGS. 21 and 23, its semi-automatic mode or position in FIG. 24 corresponding to the semi-automatic mode of fire of trigger mechanism 120, and its staged semi-automatic mode or position in FIG. 25 corresponding to the staged semi-automatic mode of fire of trigger mechanism 120, wherein these positions of selector 70 are different from one another. Trigger mechanism 120 is rendered inoperative in the safe mode of

US 9,267,751 B2

23

selector **70**, trigger mechanism **120** is rendered operative for semi-automatic fire in the semi-automatic mode of selector **70**, and trigger mechanism **120** is rendered operative for staged semi-automatic fire in the staged semi-automatic mode of selector **70**.

FIG. **23** shows trigger body **23**, disconnector **30**, preparator **140**, and reset lever **60** of trigger assembly **21**, hammer **40**, and selector **70**, all of trigger mechanism **120**, in the safe mode of operation. In FIG. **23**, selector **70** is in the safe mode, setting, or position, and trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position. In the safe mode position of selector **70**, trigger mechanism **120** is disabled and incapable of being fired. At the same time, selector **70** engages arm **52** of reset lever **50** holding reset lever **50** in its safe position of arm **53** against cam surface **35** in trigger mechanism **120**.

Selector **70** is rotated in the direction of arrowed line J in FIGS. **21** and **23** from the safe mode or safe setting to the semi-automatic mode or setting in FIG. **24** to adjust trigger mechanism **120** from the safe mode of operation in FIGS. **21** and **23** to the semi-automatic mode of operation in FIG. **24**. At the same time, selector **70** contacts/abuts/engages arm **52** of reset lever **50** so as to act on arm **52** pushing it downwardly pivoting reset lever **50** about pivot **56** from the safe position of arm **53** to the semi-automatic position of arm **53** in FIG. **23** holding reset lever **50** in its semi-automatic position. The operation of trigger mechanism **120** in the semi-automatic mode of fire in FIG. **24** is the same as trigger assembly **20**, but is discussed briefly below, which is followed by a discussion of the staged semi-automatic mode of fire of trigger mechanism **120**.

In FIG. **24**, selector **70** is in the semi-automatic mode or setting and trigger nose **24** is received in and engaged to trigger notch **49**, holding hammer **40** in the cocked position in preparation for firing. In the semi-automatic mode of operation of trigger mechanism **120** in preparation for firing, trigger assembly **21** is in a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body **23** and trigger nose **24** are each in a set position. In this set position of trigger body **23**, trigger nose **24** at head **24**A is received in trigger notch **49**, preparator hook **146** is in a disengaged position forward of and disengaged from hammer prep notch **130** formed in hammer **40** between pivot end **43** and hammer disconnector notch **47**, and disconnector hook **33** is in a disengaged position being disengaged from or otherwise relative to hammer disconnector notch **47** formed in hammer **40** between pivot end **43** and striking end **45**, allowing forward movement of hammer **40** upon pulling trigger **27**. Upon pulling trigger **27** to move trigger body **23** and trigger **27** a trigger pull or pulling travel distance in the semi-automatic mode of operation from the set position holding hammer **40** to the pulled or fired position releasing hammer **40**, trigger assembly **21** is pivoted from the charged orientation to a discharged orientation, lowering trigger nose **24** out of trigger notch **49** from the set position to a released position releasing hammer **40** releasing trigger nose **24** from trigger notch **49**, pivoting preparator **140** forwardly moving preparator hook **146** forwardly toward pivot end **43** away from hammer prep notch **130**, and pivoting disconnector forwardly moving disconnector hook **33** forwardly from the disengaged position to an engaged position, causing hammer **40** to pivot forwardly to a firing position to fire a round, while at the same time raising tail **25**A of trigger body **23** toward selector **70**, and raising tail **145** of preparator **140** away from selector **70**. During this operation, preparator **140**, including preparator hook **146**, is out of play.

24

After a round has been fired, the rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly to the cocked position and beyond the cocked position to the past-cocked position. With trigger **27** pulled and held in its pulled or fired position locating disconnector hook **33** in the engaged position, hammer prep notch **130** of the rearwardly pivoting hammer **40** clears past preparator hook **146** and hammer disconnector notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer **40** moves toward and beyond the cocked position. In the past-cocked position of hammer **40** and the discharged orientation of trigger assembly **21**, with trigger **27** pulled and held in its pulled/fired position, disconnector hook **33** engages hammer disconnector notch **47** in the engaged position of disconnector hook **33** preventing forward movement of hammer **40**. Forward movement of hammer **40** is arrested by disconnector hook **33** engaging hammer disconnector notch **47**. This prevents automatic fire. When trigger **27** is released, trigger body **23** and trigger **27** pivot a trigger reset or resetting travel distance in the semi-automatic mode of operation from the pulled/fired position of trigger body **23** and trigger **27** to the set position of trigger body **23** and trigger **27**, whereby trigger assembly **21** pivots from the discharged orientation to the charged orientation, in which trigger **27** is moved forwardly, trigger nose **24** at head **24**A is raised to its set position received in trigger notch **49**, holding hammer **40** in the cocked position, tail **25**A is lowered away from selector **70**, and tail **145** is lowered toward selector **70**. At the same time, disconnector **30** pivots rearwardly moving disconnector hook **33** rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnector notch **47** and preparator **140** pivots rearwardly moving preparator hook **146** away from pivot end **43** toward hammer prep notch **130** but does not engage it. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull.

After disconnector hook **33** clips past hammer disconnector notch **47** in response to hammer **40** moving into the past-cocked position beyond the cocked position, hammer **40** over-travels in the past-cocked position, misses reset lever **50**, including arm **53**, in the semi-automatic position of reset lever **50**, and strikes disconnector **30** which, in turn, imparts the energy from the striking hammer **40** to a rear portion of trigger assembly **21**, causing trigger assembly **21** to reset, namely, to pivot from the discharged position to the charged position. When trigger assembly **21** is in the charged position, disconnector hook **33** is in its disengaged position free from interfering with hammer disconnector notch **47**, preparator hook **146** remains free from interfering with hammer prep notch **130**, and trigger nose **24** is in its set position in preparation to be received by the trigger notch **49** in the cocked position of hammer **40**. As hammer **40** then pivots forwardly from the past-cocked position to the cocked position, hammer disconnector notch **47** passes by disconnector hook **33** and trigger nose **24** is received trigger notch **49**, holding hammer **40** in the cocked position preparatory to firing by another trigger **27** pull. In the semi-automatic position of reset lever **50** in the semi-automatic mode of operation of trigger mechanism **120**, selector **70** holds reset lever **50** and preparator **140** out-of-play away from hammer **40** preventing hammer prep notch **130** from contacting preparator hook **146** and preventing hammer **40** from contacting/striking or otherwise interacting with reset lever **50** during semi-automatic firing.

Staged semi-automatic firing is achieved by utilizing selector **70**, which is rotated in the direction of arrowed line K in

US 9,267,751 B2

FIG. 24 from the semi-automatic mode or setting to the staged semi-automatic mode or setting in FIG. 25 to adjust trigger mechanism 120 from the semi-automatic mode of fire in FIG. 24 to the staged semi-automatic mode of fire in FIG. 25. At the same time, selector 70 contacts/abuts/engages arm 52 so as to act on arm 52 of reset lever 50 pivoting reset lever 50 about pivot 56 from its semi-automatic position defining the semi-automatic position of arm 53 to the staged semi-automatic position against cam surface 35 of disconnector 30 defining the staged semi-automatic position of arm 53 resulting in the movement of arm 53 from an aft or rearward upright position toward selector 70 and away from cam surface 35 of disconnector 30 to the fore of forward upright position away from selector 70 and toward and in contact against cam surface 35 of disconnector 30, and selector 70 concurrently contacts/abuts/engages tail 145 of preparator 140 so as to act on tail 145 of preparator 140 pivoting preparator 140 downwardly about pivot 150 from its semi-automatic position in FIG. 24 defining the semi-automatic position of preparator hook 146 to its staged semi-automatic position in FIG. 25 defining the staged semi-automatic position of preparator hook 146 resulting in the movement of preparator hook 146 from a forward position toward pivot end 43 away from hammer prep notch 130 to an aft or rearward position toward and engaging hammer prep notch 130. The constant tension on reset lever 50 provided by the reset lever spring constantly biasing/urging/tensioning reset lever 50 from its semi-automatic position to its staged semi-automatic position pivots reset lever from its semi-automatic position to staged semi-automatic position in response to rotation of selector 70 from its semi-automatic mode or setting to its staged semi-automatic mode or setting. The tensioned action of arm 53 of reset lever 50 against cam surface 35 constantly acts on disconnector, constantly pivotally biasing/urging/tensioning disconnector 30 about pivot 28 forwardly toward pivot end 43.

In FIG. 25, selector 70 is in the staged semi-automatic mode or setting, trigger nose 24 is received in trigger notch 49, holding hammer 40 in the cocked position in preparation for firing, and preparator hook 146 is received in hammer prep notch 130. In the staged semi-automatic mode of operation of trigger mechanism 120 in preparation for firing, trigger assembly 21 is in a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body 23, preparator 140, disconnector 30, and trigger nose 24 are each in a set position. Trigger nose 24 at head 24A is received in trigger notch 49 in the set position of trigger body 23 holding hammer 40 in the cocked position. Preparator hook 146 is in an engaged position engaged to hammer prep notch 130 formed in hammer 40 between pivot end 43 and hammer disconnector notch 47 in the set position of preparator 140 also holding hammer 40 in the cocked position. Disconnector hook 33 is in the disengaged position as in the semi-automatic mode of fire of operation of trigger mechanism 120 being disengaged from or otherwise relative to hammer disconnector notch 47 formed in hammer 40 between pivot end 43 and striking end 45 in the set position of disconnector 30. In the staged semi-automatic mode of operation of trigger mechanism 120, trigger assembly 21 moves between three stages or states, the charged stage or state in FIG. 25, a partially discharged stage or state in FIG. 26, and a fully discharged stage or state in FIG. 27.

Upon pulling trigger 27 so as to move trigger body 23 and trigger 27 an initial or first trigger pull or pulling travel distance in the staged semi-automatic mode of operation from the set or charged position of trigger assembly 21 holding hammer 40 in the cocked position to the partially pulled or partially discharged stage of the trigger assembly 21, trigger

assembly 21 pivots from the charged orientation to the partially pulled or discharged stage in FIG. 26, lowering trigger nose 24 out of trigger notch 49 from the set position to a released position releasing trigger nose 24 from trigger notch 49, pivoting preparator forwardly moving preparator hook 46 forwardly toward pivot end 43 while maintaining engagement of preparator hook 146 to hammer prep notch 130 holding hammer 40 in the cocked position in preparation for firing, and pivoting disconnector 30 forwardly moving disconnector hook 33 forwardly from the disengaged position to an engaged position. When trigger nose 24 slips out of engagement from trigger notch 49 in response to movement of trigger assembly 21 from the charged stage to the partially discharged stage, a jolt or snap in trigger assembly 21 occurs due to the action of hammer spring 48 on hammer 40. This jolt or snap in trigger assembly 21 can be felt at trigger 27 by the trigger finger of the shooter to indicate to the shooter the movement of the trigger assembly 21 from the charged stage to the partially discharged stage in preparation for completing the trigger pull to initiate firing. This described jolt or snap in trigger assembly 21 felt at trigger 27 by the trigger finger of the shooter in the operation of preparator 140 indicates to the shooter that trigger mechanism 120 is ready to fire, and will fire in response to a slight pull of trigger 27 of trigger assembly 21. By holding trigger 27 with the trigger finger, the shooter can hold trigger assembly 21 in the partially discharged stage in preparation for completing the trigger pull to initiate firing. This provides a controlled trigger pull. In the partially discharged stage of trigger assembly 21, only the engagement of preparator hook 146 to hammer prep notch 130 continues to holds hammer in the cocked position in preparation for firing in FIG. 26 by completing the trigger pull.

And so the charged stage of trigger assembly 21 includes an engaged position of trigger nose 24 engaged to trigger notch 49 of hammer 40 holding hammer 40 in the cocked position and an engaged position of preparator hook 146 engaged to hammer prep notch 130 also holding hammer 40 in the cocked position, and the partially discharged stage of trigger assembly 21 includes a released position of trigger nose 24 released from trigger notch 49 producing a slight jolt or snap in trigger 27, and an engaged position of preparator hook 146 engaged to hammer prep notch 130 holding hammer 40 in the cocked position. In the partially discharged stage of trigger assembly, trigger assembly 21, including trigger 27, is prepped for completing a full trigger pull, requiring only a slight pull at trigger 27 to fire a round. This staged and controlled trigger pull from the charged stage of trigger assembly 21 to the partially discharged stage of trigger assembly 21, and from the partially discharged stage of trigger assembly 21 to the fully discharged stage of trigger assembly 21, providing improved shooting accuracy, and comfort in shooting, all without having to make a continuous trigger pull from the charged stage of trigger assembly 21 to the discharged stage of trigger assembly 21.

Upon pulling trigger 27 to move trigger body 23 and trigger 27 a second trigger pull or pulling travel distance in the staged semi-automatic mode of operation from the partially discharged stage of trigger assembly 21 holding hammer 40 by the engagement of preparator hook 146 to trigger prep notch 130 to the fully discharged stage of trigger assembly 21, trigger assembly 21 is pivoted from the partially discharged stage in FIG. 26 to the fully discharged stage in FIG. 27, further lowering trigger nose 24 from trigger notch 49, pivoting preparator 140 forwardly moving preparator hook 146 forwardly toward pivot end 43 away from hammer prep notch 130 to a released position releasing preparator hook 146 from

US 9,267,751 B2

27

hammer prep notch 130 releasing hammer 40, and pivoting disconnector 30 forwardly moving disconnector hook 33 further forwardly into the engaged position causing hammer 40 to pivot forwardly in the direction of arrowed line L in FIG. 27 to a firing position in FIGS. 28 and 29 to fire a round, while at the same time raising tail 25A of trigger body 23 toward selector 70 and raising tail 145 of preparator 140 away from selector 70. In the firing position, striking surface 44 strikes head 160 of firing pin 161 in FIG. 29 held in bolt carrier 162 depicted in FIG. 28. As explained above, striking surface 44 is raised in hammer 40, being a raised stand-off striking surface 44 of hammer 40 of trigger mechanism 120, which provides improved contact with head 160 of firing pin 161 compared to the striking surface of a hammer that is not raised as in conventional hammers of conventional trigger mechanisms. Preparator 140 interacts between trigger assembly 21 and hammer to provide staged trigger pulling of trigger assembly 21 from the charged stage of trigger assembly 21 to the partially discharged stage of trigger assembly 21, and from the partially discharged stage of trigger assembly 21 to the fully discharged stage of trigger assembly 21, which, again, provides improved shooting accuracy, and comfort in shooting, all without having to make a continuous trigger pull from the charged stage of trigger assembly 21 to the discharged stage of trigger assembly 21.

After a round has been fired, the rearwardly moving bolt carrier 162 engages hammer 40 and pivots it rearwardly in the direction of arrowed line M in FIG. 29 to the cocked position in FIG. 30 and beyond the cocked position to the past-cocked position in FIG. 31. With trigger 27 pulled and held in its pulled or fired position in the fully discharged stage of trigger assembly 21 locating disconnector hook 33 in the engaged position, hammer prep notch 130 of the rearwardly pivoting hammer 40 clears past preparator hook 146 and hammer disconnector notch 47 of the rearwardly pivoting hammer 40 clips past disconnector hook 33 with a sharp, glancing blow as hammer 40 moves to and beyond the cocked position to the past cocked position in FIG. 31. In the past-cocked position of hammer 40 and the fully discharged orientation of trigger assembly 21, with trigger 27 pulled and held in its fully pulled/fired position, disconnector hook 33 engages hammer disconnector notch 47 in the engaged position of disconnector hook 33 in FIG. 32 preventing forward movement of hammer 40. Forward movement of hammer 40 is arrested by disconnector hook 33 engaging hammer disconnector notch 47. This prevents automatic fire. When trigger 27 is released in FIG. 32, trigger body 23 and trigger 27 pivot a trigger reset or resetting travel distance from the fully pulled/fired position of trigger body 23 and trigger 27 to the set position of trigger body 23 and trigger 27 in FIG. 33, whereby trigger assembly 21 pivots from the fully discharged orientation to the charged orientation, in which trigger 27 is moved forwardly, trigger nose 24 at head 24A is raised to its set position received in trigger notch 49, holding hammer 40 in the cocked position, tail 25A is lowered away from selector 70, and tail 145 is lowered toward selector 70. At the same time, disconnector 30 pivots rearwardly moving disconnector hook 33 rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnector notch 47 and preparator 140 pivots rearwardly moving preparator hook 146 away from pivot end 43 toward hammer prep notch 130 to its engaged position in FIG. 33 engaging hammer prep notch 130 when hammer 40 snaps forwardly from its past cocked position to its cocked position in FIG. 34. Forward movement of hammer 40 is arrested by trigger nose 24 engaging trigger notch 49, and also by preparator hook 146 engaging hammer prep notch 130. Hammer 40 is thus

28

retained in the cocked position by trigger nose 24 engaging trigger notch 49 and by preparator hook 146 engaging hammer prep notch 130, preparatory to firing by another trigger pull.

After disconnector hook 33 clips past hammer disconnector notch 47 in response to hammer 40 moving into the past-cocked position beyond the cocked position, hammer 40 over-travels in the past-cocked position, misses reset lever 50, including arm 53, in the staged semi-automatic position of reset lever 50, and strikes disconnector 30 which, in turn, imparts the energy from the striking hammer 40 to a rear portion of trigger assembly 21, causing trigger assembly 21 to reset, namely, to pivot from the fully discharged position to the charged position. The tensioned action of arm 53 of reset lever 50 against cam surface 35 that constantly pivotally biases/urges/tensions disconnector 30 about pivot 28 forwardly toward pivot end 43 assists in this reset of trigger assembly 21. When trigger assembly 21 is in the charged position in FIG. 33, disconnector hook 33 is in its disengaged position free from interfering with hammer disconnector notch 47, preparator hook 146 is in its set position in preparation to be engaged to hammer prep notch 130, and trigger nose 24 is in its set position in preparation to be received by the trigger notch 49 in the past cocked position of hammer 40. As hammer 40 then pivots forwardly from the past-cocked position to the cocked position in FIG. 34, hammer disconnector notch 47 passes by disconnector hook 33, hammer prep notch 130 engages preparator hook 146, and trigger nose 24 is received trigger notch 49 engaging trigger nose to trigger notch 49, holding hammer 40 in the cocked position preparatory to firing by another trigger 27 pull.

According to the above descriptions, trigger mechanism 120 includes trigger assembly 21 having trigger nose 24 and preparator 140. Hammer 40 includes striking end 45. Hammer 40 pivots about hammer pivot 42 between the cocked position of hammer 40 and the firing position of hammer 40. Trigger assembly 21 is mounted for movement between the charged stage, the partially discharged stage, and the fully discharged stage. Trigger nose 24 is engaged to hammer 40 holding hammer 40 in the cocked position, in the charged stage in FIG. 25. Trigger nose 24 is released from hammer 40, and preparator 140 is engaged to hammer 40 holding hammer 40 in the cocked position, in the partially discharged stage in FIG. 26. Preparator is released from hammer 40, in the fully discharged stage in FIG. 27. Preparator 140 engages hammer 40 between hammer pivot 42 and striking end 45, in the partially discharged stage in FIG. 26. Trigger nose 24 is engaged to trigger notch 49 in pivot end 43 of hammer 40, in the charged stage in FIG. 25. Trigger nose 24 is released from trigger notch 49, in the partially discharged stage in FIG. 26 and the fully discharged stage in FIG. 27.

In another aspect, trigger mechanism 120 includes trigger assembly 21 having trigger nose 24, disconnector 30, and preparator 140. Hammer 40 includes striking end 45. Hammer 40 pivots about hammer pivot 42 between the firing position of the hammer and the cocked position of the hammer. Trigger assembly 21 is mounted for movement between the charged stage, the partially discharged stage, and the fully discharged stage. Trigger nose 24 is engaged to hammer 40 holding hammer 40 in the cocked position, and disconnector 30 is in the disengaged position relative to hammer 40, in the charged stage in FIG. 25. Trigger nose 24 is released from hammer 40, disconnector 30 is in the engaged position relative to hammer 40, and preparator 140 is engaged to hammer 40 holding hammer 40 in the cocked position, in the partially discharged stage in FIG. 26. Disconnector 30 is in the engaged position relative to hammer 40, and preparator 140 is

US 9,267,751 B2

29

released from hammer **40**, in the fully discharged stage in FIG. **27**. Preparator **140** engages hammer **40** between hammer pivot **42** and striking end **45**, in the partially discharged stage in FIG. **26**. Trigger nose **24** is engaged to trigger notch **49** in pivot end **43** of hammer **40**, in the charged stage in FIG. **27**. Trigger nose **24** is released from trigger notch **49**, in the partially discharged stage in FIG. **26** and the fully discharged stage in FIG. **27**.

In yet another aspect, trigger mechanism **120** includes trigger assembly **21** having trigger nose **24** and preparator hook **146** of preparator **140**. Hammer **40** includes striking end **45** and hammer prep notch **130**. Hammer **40** pivots about hammer pivot **42** between the cocked position of hammer **40** and the firing position of hammer **40**. Trigger assembly **21** is mounted for movement between the charged stage, the partially discharged stage, and the fully discharged stage. Trigger nose **24** is engaged to hammer **40** holding hammer **40** in the cocked position, in the charged stage in FIG. **25**. Trigger nose **24** is released from hammer **40**, and preparator hook **146** is engaged to hammer prep notch **130** holding hammer **40** in the cocked position, in the partially discharged stage in FIG. **26**. Preparator hook **146** is released from hammer prep notch **130**, in the fully discharged stage in FIG. **27**. Hammer prep notch **130** is between striking end **45** and hammer pivot **42**. Trigger nose **24** is engaged to trigger notch **49** in hammer **40**, in the charged stage in FIG. **25**. Trigger nose **24** is released from trigger notch **49**, in the partially discharged stage in FIG. **26** and the fully discharged stage in FIG. **27**.

In still a further aspect, trigger mechanism **120** includes trigger assembly **21** having trigger nose **24**, disconnector hook **33** of disconnector **30**, and preparator hook **146** of preparator **140**. Hammer **40** includes striking end **45**, hammer disconnector notch **47**, and hammer prep notch **130**. Hammer **40** pivots about hammer pivot **42** between the firing position of hammer **40** and the cocked position of hammer **40**. Trigger assembly **21** is mounted for movement between the charged stage, the partially discharged stage, and the fully discharged stage. Trigger nose **24** is engaged to hammer **40** holding hammer **40** in the cocked position, and disconnector hook **33** is in the disengaged position relative to hammer disconnector notch **47**, in the charged stage in FIG. **25**. Trigger nose **24** is released from hammer **40**, disconnector hook **33** is in the engaged position relative to hammer disconnector notch **47**, and preparator hook **146** is engaged to hammer prep notch **130** holding hammer **40** in the cocked position, in the partially discharged stage in FIG. **26**. Preparator hook **146** is released from hammer prep notch **130**, and disconnector hook **33** is in the engaged position relative to hammer disconnector notch **47**, in the fully discharged stage, in FIG. **27**. Hammer disconnector notch **47** is between striking end **45** and hammer pivot **42**. Hammer prep notch **130** is between hammer pivot **42** and hammer disconnector notch **47**. Trigger nose **24** is engaged to trigger notch **49** in pivot end **43** of hammer **40**, in the charged stage in FIG. **25**. Trigger nose **24** is released from trigger notch **49**, in the partially discharged stage in FIG. **26** and the fully discharged stage in FIG. **27**.

The present invention is described above with reference to illustrative embodiments. However, those skilled in the art will recognize that changes and modifications can be made in the described embodiments without departing from the nature and scope of the present invention. Various further changes and modifications to the embodiments herein chosen for purposes of illustration will readily occur to those skilled in the art. To the extent that such modifications and variations do not depart from the spirit of the invention, they are intended to be included within the scope thereof.

30

Having fully described the invention in such clear and concise terms as to enable those skilled in the art to understand and practice the same, the invention claimed is:

1. A trigger mechanism, comprising:
a trigger assembly includes a trigger nose and a preparator;
a hammer includes a striking end, the hammer pivots about a hammer pivot between a cocked position of the hammer and a firing position of the hammer;
the trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage;
the trigger nose is engaged to the hammer holding the hammer in the cocked position, in the charged stage;
the trigger nose is released from the hammer, and the preparator is engaged to the hammer holding the hammer in the cocked position, in the partially discharged stage; and
the preparator is released from the hammer, in the fully discharged stage.

2. The trigger mechanism according to claim **1**, wherein the preparator engages the hammer between the hammer pivot and the striking end, in the partially discharged stage.

3. The trigger mechanism according to claim **1**, wherein the trigger nose is engaged to a trigger notch in the hammer, in the charged stage.

4. The trigger mechanism according to claim **3**, wherein the trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

5. A trigger mechanism, comprising:
a trigger assembly includes a trigger nose, a disconnector, and a preparator;
a hammer includes a striking end, the hammer pivots about a hammer pivot between a firing position of the hammer and a cocked position of the hammer;
the trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage;
the trigger nose is engaged to the hammer holding the hammer in the cocked position, and the disconnector is in a disengaged position relative to the hammer, in the charged stage;
the trigger nose is released from the hammer, the disconnector is in an engaged position relative to the hammer, and the preparator is engaged to the hammer holding the hammer in the cocked position, in the partially discharged stage; and
the disconnector is in the engaged position relative to the hammer, and the preparator is released from the hammer, in the fully discharged stage.

6. The trigger mechanism according to claim **5**, wherein the preparator engages the hammer between the hammer pivot and the striking end, in the partially discharged stage.

7. The trigger mechanism according to claim **5**, wherein the trigger nose is engaged to a trigger notch in the hammer, in the charged stage.

8. The trigger mechanism according to claim **7**, wherein the trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

9. A trigger mechanism, comprising:
a trigger assembly includes a trigger nose and a preparator hook;
a hammer includes a striking end and a hammer prep notch, the hammer pivots about a hammer pivot between a cocked position of the hammer and a firing position of the hammer;

US 9,267,751 B2

**31**

the trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage;

the trigger nose is engaged to the hammer holding the hammer in the cocked position, in the charged stage;

the trigger nose is released from the hammer, and the preparator hook is engaged to the hammer prep notch holding the hammer in the cocked position, in the partially discharged stage; and

the preparator hook is released from the hammer prep notch, in the fully discharged stage.

10. The trigger mechanism according to claim 9, wherein the hammer prep notch is between the striking end and the hammer pivot.

11. The trigger mechanism according to claim 9, wherein the trigger nose is engaged to a trigger notch in the hammer, in the charged stage.

12. The trigger mechanism according to claim 11, wherein the trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

13. A trigger mechanism, comprising:

a trigger assembly includes a trigger nose, a disconnector hook, and a preparator hook;

a hammer includes a striking end, a hammer disconnector notch, and a hammer prep notch, the hammer pivots about a hammer pivot between a firing position of the hammer and a cocked position of the hammer;

the trigger assembly is mounted for movement between a charged stage, a partially discharged stage, and a fully discharged stage;

**32**

the trigger nose is engaged to the hammer holding the hammer in the cocked position, and the disconnector hook is in a disengaged position relative to the hammer disconnector notch, in the charged stage;

the trigger nose is released from the hammer, the disconnector hook is in an engaged position relative to the hammer disconnector notch, and the preparatory hook is engaged to the hammer prep notch holding the hammer in the cocked position, in the partially discharged stage; and

the preparator hook is released from the hammer prep notch, and the disconnector hook is in the engaged position relative to the hammer disconnector notch, in the fully discharged stage.

14. The trigger mechanism according to claim 13, wherein the hammer disconnector notch is between the striking end and the hammer pivot.

15. The trigger mechanism according to claim 14, wherein the hammer prep notch is between the hammer pivot and the hammer disconnector notch.

16. The trigger mechanism according to claim 13, wherein the trigger nose is engaged to a trigger notch in the hammer, in the charged stage.

17. The trigger mechanism according to claim 16, wherein the trigger nose is released from the trigger notch, in the partially discharged stage and the fully discharged stage.

*    *    *    *    *