# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br><br>       Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br><br>       Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>PROSOURCE FIREARMS, LLC,<br><br>       Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>SUPERIOR FIREARMS OF TEXAS, LLC,<br><br>       Defendant. | Civil Action No. 2:26-cv-00058-ALM |

## ORDER DENYING PLAINTIFFS' CONSOLIDATED MOTION
## FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Consolidated Motion for Preliminary Injunction. Having considered the Motion, Defendants' responses, subsequent briefing and argument from the parties, and the entire record, Plaintiffs' Motion is hereby **DENIED**.

It is so **ORDERED**.