**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM** |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br>Defendants. | Civil Action No. 2:26-cv-00056-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PROSOURCE FIREARMS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00055-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>SUPERIOR FIREARMS OF TEXAS, LLC,<br>Defendant. | Civil Action No. 2:26-cv-00058-ALM |

**ORDER DENYING PLAINTIFFS' MOTION TO VACATE BRIEFING DEADLINES AND ENTER A COORDINATED SCHEDULE**

Before the Court is Plaintiffs' Motion to Vacate Briefing Deadlines and Enter a Coordinated Schedule (the "Vacatur Motion"). Having considered the Vacatur Motion, the Atrius Customer Defendants' Response in Opposition, and the entire record, the Court **ORDERS** as follows:

Plaintiffs' Vacatur Motion is hereby **DENIED**.

Briefing related to Plaintiffs' Consolidated Motion for Preliminary Injunction, as to the Atrius Customer Defendants ("ACD PI Motion"), is **CLOSED**. Plaintiffs waived their reply by choosing to file the Vacatur Motion instead of a substantive reply to the Atrius Customer Defendants' responses.

The ACD PI Motion is submitted to the Court on the existing, closed record.

The Court will soon set a date for an evidentiary hearing concerning the ACD PI Motion. The Parties are bound to the existing ACD PI record, including the ACD PI Motion itself, the ACDs' responses in opposition, and the supporting declarations and exhibits thereto.

**IT IS SO ORDERED.**