**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| **This document pertains to:** | |
| *ABC IP, LLC, et al. v. 80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, et al.* | **Civil Action No. 4:26-cv-00380-ALM** |
| *ABC IP, LLC, et al. v. AR-15 GUN OWNERS OF AMERICA, INC.* | **Civil Action No. 4:26-cv-00761-ALM** |
| *ABC IP, LLC, et al. v. ANTONIO CHOUKAIR d/b/a ASTRO TACTICAL* | **Civil Action No. 4:26-cv-00755-ALM** |
| ABC IP, LLC, et al. v. BARRICADE, LLC, d/b/a BARRICADE TACTICAL, et al. | **Civil Action No. 6:26-cv-00320-JCB** |
| *ABC IP, LLC et al v. DAIRYLAND DEFENSE SOLUTIONS, LLC* | **Civil Action No. 4:26-cv-00374-ALM** |
| *ABC IP, LLC et al v. DNT LLC, d/b/a DEEZ NUTZ TACTICAL,* | **Civil Action No. 4:26-cv-00377-ALM** |
| *ABC IP, LLC, et al. v. HANES TACTICAL, LLC,* | **Civil Action No. 4:26-cv-00369-ALM** |
| *ABC IP, LLC, et al. v. HARRISON GUNWORKS LLC et al.* | **Civil Action No. 4:26-cv-00379-ALM** |
| *ABC IP, LLC, et al. v. HK PARTS* | **Civil Action No. 4:26-cv-01045-ALM** |
| *ABC IP, LLC, et al. v. HOFFMAN* | **Civil Action No. 4:26-cv-00378-ALM** |
| *ABC IP, LLC, et al. v. MUFFINTOP TACTICAL* | **Civil Action No. 4:26-cv-01277-ALM** |
| *ABC IP, LLC, et al. v. NOCTURNAL APPAREL-VUKANOVICH* | **Civil Action No. 4:26-cv-01235-ALM** |

| | |
|---|---|
| *ABC IP, LLC et al. v. PEMBLETON AND SONS' LLC* | **Civil Action No. 4:26-cv-00992-ALM** |
| *ABC IP, LLC, et al. v. PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, et al.* | **Civil Action No. 2:26-cv-00053-ALM** |
| *ABC IP, LLC, et al. v. PROSOURCE FIREARMS, LLC* | **Civil Action No. 2:26-cv-00055-ALM** |
| *ABC IP, LLC, et al. v. TGR SERVICES, LLC, d/b/a MISSION RIDGE LLC & MISSION RIDGE RANGE & ACADEMY LLC, f/k/a TEXAS GUN RANGE OPERATORS LLC, et al.* | **Civil Action No. 4:26-cv-00680-ALM** |
| *ABC IP LLC et al. v. TRINITY TRIGGER LLC* | **Civil Action No. 4:26-cv-00936-ALM** |
| ABC IP, LLC, et al. v. Z3 PRODUCTIONS, LLC, d/b/a Z3PRO | **Civil Action No. 4:26-cv-00367-ALM** |

**NOTICE OF APPEARANCE OF GLENN D. BELLAMY**

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Plaintiffs and Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC. Counsel consents to electronic service of all papers in this action.

DATED: October 13, 2026

Respectfully submitted,

*/s/ Glenn D. Bellamy*
Glenn D. Bellamy

*Attorney for Plaintiffs/Counterclaim-Defendants ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC;*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 13, 2026, and was served via CM/ECF on all counsel of record.

*/s/ Glenn D. Bellamy*